# The United States Court of Federal Claims

May 16, 2006
**No: 02-60T**

**RONALD C. and MARY G. PRATI,**

***Plaintiffs,***

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**SCHEDULING ORDER**

On May 11, 2006, the court held a telephone status conference the parties. Defendant informed the court that it intended to file a motion pursuant to Rules of Court of Federal Claims 12(b)(1) for partial dismissal of plaintiffs' complaint in this matter. Defendant filed similar motions in *Isler v. United States*, No. 01-344T, on December 12, 2005, and in *Scuteri v. United States*, No. 01-358T, on February 3, 2006. Plaintiffs have not yet filed responses to defendant's motions in those two matters.

Defendant may file its motion in this matter no later than **Friday, June 2, 2006**. Plaintiffs may file their response briefs in *Isler*, *Prati*, and *Scuteri* no later than **Friday, July 7, 2006**. Defendant may file its reply briefs in all three matters no later than **Friday, July 28, 2006**.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

Lawrence J. Block
Judge