No. 02-60 T
(Judge Lawrence J. Block)

***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

RONALD C. PRATI and MARY G. PRATI,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

APPENDIX B TO BRIEF FOR THE UNITED STATES
IN SUPPORT OF ITS MOTION FOR PARTIAL
DISMISSAL OF PLAINTIFFS' COMPLAINT

EILEEN J. O'CONNOR
Assistant Attorney General

DAVID GUSTAFSON
STEVEN I. FRAHM
BART D. JEFFRESS
Attorneys
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496

**INDEX**

| Exhibit | Description |
| --- | --- |
| 1 | Motion for Entry of Decision in *Agri-Venture Fund* |