**No. 02-060 T**
(Judge Block)

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

RONALD C. PRATI and MARY G. PRATI,

PLAINTIFFS

VS.

UNITED STATES OF AMERICA,

DEFENDANT

---

**APPENDIX B TO**
**PLAINTIFFS' RESPONSE IN OPPOSITION TO THE MOTION OF THE UNITED STATES FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINTS AND BRIEF IN SUPPORT**

---

THOMAS E. REDDING, Lead Counsel
TERESA J. WOMACK
SALLIE W. GLADNEY
REDDING & ASSOCIATES, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
Telephone: (713) 965-9244
Telecopier: (713) 621-5227
Attorneys for Plaintiffs
Ronald C. Prati and Mary G. Prati

**No. 02-060 T**
(Judge Block)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

RONALD C. PRATI and MARY G. PRATI,

PLAINTIFFS

VS.

UNITED STATES OF AMERICA,

DEFENDANT

**APPENDIX B TO
PLAINTIFFS' RESPONSE IN OPPOSITION TO THE MOTION OF THE UNITED STATES FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINTS AND BRIEF IN SUPPORT**

| Exhibit | Document | Bates Pages |
|---|---|---|
| 1 | 1985 Form 1040 tax return for the Pratis | B1 |
| 2 | 1985 AVF Schedule K-1 for Prati | B25 |
| 3 | 1985 CDV Schedule K-1 for Prati | B28 |
| 4 | 1985 ES85 Schedule K-1 for Prati | B31 |
| 5 | 1985 AVF FPAA | B34 |
| 6 | 1985 CDV FPAA | B43 |
| 7 | 1985 ES85 FPAA | B50 |
| 8 | AVF Docket Sheet for Case No. 15034-91 | B57 |
| 9 | CDV Docket Sheet for Case No. 15054-91 | B75 |
| 10 | ES85 Docket Sheet for Case No. 15039-91 | B83 |
| 11 | The Pratis 1985 IRS record of account | B93 |
| 12 | 1985 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for the Pratis for AVF | B95 |
| 13 | 1986 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for the Pratis for AVF | B99 |
| 14 | 1985 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for the Pratis for CDV | B101 |
| 15 | 1986 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for the Pratis for CDV | B104 |

| Exhibit | Document | Bates Pages |
|---|---|---|
| 16 | 1985 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for the Pratis for ES85 | B106 |
| 17 | 1986 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for the Pratis for ES85 | B109 |
| 18 | 1985 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for the Levacys for AVF | B111 |
| 19 | 1986 Form 870-P(AD) Settlement Agreement for Partnership Adjustments for the Levacys for AVF | B114 |
| 20 | 1985 and 1986 Forms 870-P(AD) Settlement Agreement for Partnership Adjustments for the Dunns for CDV | B117 |
| 21 | 1986 Forms 870-P(AD) Settlement Agreement for Partnership Adjustments for the Scuteris for CFG and VARP | B122 |
| 22 | 1984, 1985, and 1986 Forms 870-P(AD) Settlement Agreement for Partnership Adjustments for the Islers for ODA | B126 |
| 23 | Consistent Settlement Agreement for Noble Kyle, II | B132 |
| 24 | IRS Motion for Leave to treat Request for Consistent Settlement as timely from Ben Louviere with IRS settlement letter to investor | B137 |
| 25 | Consistent Agreement for Charles H Johnson | B143 |
| 26 | IRS Motion for Leave to treat Request for Consistent Settlement as timely from Vatchel Barnes with IRS settlement letter to investor | B150 |
| 27 | Various IRS notices of settlement | B160 |
| 28 | 1985 and 1986 Form 4549A-CG for Prati | B188 |
| 29 | Tax Court Decision for AVF, Docket No. 15034-91 | B198 |
| 30 | Tax Court Decision for ES85, Docket NO. 15039-91 | B204 |
| 31 | Sample of Form 870-P(AD) | B207 |
| 32 | Sample of Form 870L(AD) | B209 |
| 33 | Sample Form 906, Closing Agreement | B212 |

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS
RONALD C. PRATI and MARY G. PRATI

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

**No. 02-060 T**
(Judge Block)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

RONALD C. PRATI and MARY G. PRATI,

PLAINTIFFS

VS.

UNITED STATES OF AMERICA,

DEFENDANT

**DECLARATION OF TERESA J. WOMACK**

I declare under penalty of perjury that the Exhibits attached as Appendix B to Plaintiff's Response in Opposition to the Motion of the United States for Partial Dismissal of Plaintiff's Complaints and Brief in Support are true and correct copies of documents maintained by Redding & Associates in its AMCOR related litigation files. These documents were all obtained from one of the following sources: the United States Tax Court, the Internal Revenue Service, the various partners of the respective AMCOR partnerships identified in the respective documents, and the partnerships themselves.

Moreover, the government's assertion that the settlements were partial and did not comprehensively address all partnership items was first raised in its motion to dismiss and discovery has not been conducted with regard to that issue. Not only were the settlement comprehensive as a matter of law, but the evidence before the Court establishes that the settlements were comprehensive

and settled all partnership items. Should the Court reach this issue and not be persuaded by the evidence presented in this response, then plaintiffs request that the Court not enter judgment but grant additional time for discovery pursuant to RCRC 12(b) and 56(f).

July 17, 2006

Teresa J. Womack

CG 72400 2374-52 3 01

C

# Form 1040 Department of the Treasury—Internal Revenue Service U.S. Individual Income Tax Return 1985

For the year January 1–December 31, 1985, or other tax year beginning , 1985, ending , 19 . OMB No. 1545-0074

Your first name and initial (if joint return, also give spouse's name and initial): RONALD C & MARY G
Last name: PRATI
Your social security number: [redacted]-5010

Present home address: 4130 COCHRAN CHAPEL RD.
Spouse's social security no.: [redacted]-8501

City, town or post office, state and ZIP code: DALLAS TX 75209
Your occupation: PHYSICIAN
Spouse's occupation: HOUSEWIFE

**Presidential Election Campaign**
Do you want $1 to go to this fund? Yes [ ] No [X]
If joint return, does your spouse want $1 to go to this fund? Yes [ ] No [X]
Note: Checking "Yes" will not change your tax or reduce your refund.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

## Filing Status

Check only one box.

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security number above and full name here
4 [ ] Head of household (with qualifying person). (See page 5 of Instructions.) If the qualifying person is your unmarried child but not your dependent, write child's name here
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 6 of Instructions.)

## Exemptions

Always check the box labeled Yourself. Check other boxes if they apply.

6a [X] Yourself [ ] 65 or over [ ] Blind
b [X] Spouse [ ] 65 or over [ ] Blind
Enter number of boxes checked on 6a and b ▶ 2

c First names of your dependent children who lived with you RONALD, MARY, ROBERT, RICHARD
Enter number of children listed on 6c ▶ 4

d First names of your dependent children who did not live with you (If pre-1985 agreement, check here ▶ [ ])
Enter number of children listed on 6d ▶

e Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,040 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| | | | | |
| | | | | |

Enter number of other dependents ▶

f Total number of exemptions claimed (also complete line 36)
Add numbers entered in boxes above ▶ 6

## Income

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 4 of Instructions.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (Attach Form(s) W-2.) SEE STATEMENT 1 | 7 | 716,850. |
| 8 | Interest income (also attach Schedule B if over $400) | 8 | 27,485. |
| 9a | Dividends (also attach Schedule B if over $400) 967. , 9b Exclusion 200. | | |
| c | Subtract line 9b from line 9a and enter the result | 9c | 767. |
| 10 | Taxable refunds of state and local income taxes, if any, from the worksheet on page 9 of Instructions | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | 12 | 22,993. |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 | 508,308. |
| 14 | 40% of capital gain distributions not reported on line 13 (See page 9 of Instructions) | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | 15 | 3,378. |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 (see page 9) | 16 | |
| 17a | Other pensions and annuities, including rollovers. Total received 17a | | |
| b | Taxable amount, if any, from worksheet on page 10 of Instructions | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 | -935,167. |
| 19 | Farm income or (loss) (attach Schedule F) | 19 | |
| 20a | Unemployment compensation (insurance). Total received 20a | | |
| b | Taxable amount, if any, from worksheet on page 10 of Instructions | 20b | |
| 21a | Social security benefits. (See page 10). Total received 21a | | |
| b | Taxable amount, if any, from the worksheet on page 11. (Tax-exempt interest ) | 21b | |
| 22 | Other income (list type and amount) SEE STATEMENT 8 | 22 | 2,300. |
| 23 | Add lines 7 through 22. This is your **total income** ▶ | 23 | 346,914. |

Please attach check or money order here.

## Adjustments to Income

(See Instructions on page 11)

| Line | Description | | Amount |
|---|---|---|---|
| 24 | Moving expense (attach Form 3903 or 3903F) | 24 | |
| 25 | Employee business expenses | 25 | |
| 26 | IRA deduction, from the worksheet on page 12 | 26 | 4,000. |
| 27 | Keogh retirement plan deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid (last name and social security no. ) | 29 | |
| 30 | Deduction for married couple when both work (attach Schedule W) | 30 | 69. |
| 31 | Add lines 24 through 30. ▶ | 31 | 4,069. |

Exhibit 1

- B1 -

CLIEN

## Adjusted Gross Income

32 Subtract line 31 from line 23. This is your **adjusted gross income**. If this line is less than $11,000, and a child lived with you, see "Earned Income Credit" (line 59) on page 16 of Instructions. If you want IRS to figure your tax, see page 13 of Instructions ▶ 32 342,845.

PRATT
[redacted]-5010 026 [redacted]

Form 1040 (1985)

| Section | Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|---|
| Tax Computation | 33 | Amount from line 32 (adjusted gross income). | | | 33 | 342,[illegible] |
| | 34a | If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26. Caution: If you have unearned income and can be claimed as a dependent on your parents' return, check here ▶ ☐ and see page 13 of the Instructions. Also see page 13 if you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien. | | | 34a | 227,[illegible] |
| (See Instructions on page 13) | b | If you do not itemize but you made charitable contributions, enter your cash contributions here. (If you gave $3,000 or more to any one organization, see page 14.) | 34b | | | |
| | c | Enter your noncash contributions (you must attach Form 8283 if over $500) | 34c | | | |
| | d | Add lines 34b and 34c. Enter the total | 34d | | | |
| | e | Divide the amount on line 34d by 2. Enter the result here | | | 34e | |
| | 35 | Subtract line 34a or line 34e, whichever applies, from line 33 | | | 35 | 115,085. |
| | 36 | Multiply $1,040 by the total number of exemptions claimed on line 6f (see page 14) | | | 36 | 6,240. |
| | 37 | Taxable income. Subtract line 36 from line 35. Enter the result (but not less than zero). | | | 37 | 108,845. |
| | 38 | Enter tax here. Check if from ☐ Tax Table, ☒ Tax Rate Schedule X, Y, or Z, or ☐ Schedule G | | | 38 | 35,867. |
| | 39 | Additional taxes. (See page 14 of Instructions.) Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 | | | 39 | |
| | 40 | Add lines 38 and 39. Enter the total ▶ | | | 40 | 35,867. |
| Credits | 41 | Credit for child and dependent care expenses (attach Form 2441) | 41 | | | |
| (See Instructions on page 14) | 42 | Credit for the elderly and the permanently and totally disabled (attach Schedule R) | 42 | | | |
| | 43 | Residential energy credit (attach Form 5695) | 43 | | | |
| | 44 | Partial credit for political contributions for which you have receipts | 44 | 50. | | |
| | 45 | Add lines 41 through 44. These are your total personal credits | | | 45 | 50. |
| | 46 | Subtract line 45 from line 40. Enter the result (but not less than zero) | | | 46 | 35,817. |
| | 47 | Foreign tax credit (attach Form 1116) | 47 | | | |
| | 48 | General business credit. Check if from ☒ Form 3800, ☐ Form 3468, ☐ Form 5884, ☐ Form 6478 | 48 | 8,866. | | |
| | 49 | Add lines 47 and 48. These are your total business and other credits | | | 49 | 8,866. |
| | 50 | Subtract line 49 from line 46. Enter the result (but not less than zero) ▶ | | | 50 | 26,951. |
| Other Taxes | 51 | Self-employment tax (attach Schedule SE) | | | 51 | 317. |
| (Including Advance EIC Payments) | 52 | Alternative minimum tax (attach Form 6251) | | | 52 | 46,918. |
| | 53 | Tax from recapture of investment credit (attach Form 4255) | | | 53 | |
| | 54 | Social security tax on tip income not reported to employer (attach Form 4137) | | | 54 | |
| | 55 | Tax on an IRA (attach Form 5329) | | | 55 | |
| | 56 | Add lines 50 through 55. ▶ | | | 56 | 74,186. |
| Payments | 57 | Federal income tax withheld | 57 | 116,199. | | |
| | 58 | 1985 estimated tax payments and amount applied from 1984 return | 58 | | | |
| Attach Forms W-2, W-2G, and W-2P to page 1. | 59 | Earned income credit (see page 16) | 59 | | | |
| | 60 | Amount paid with Form 4868 | 60 | | | |
| | 61 | Excess social security tax and RRTA tax withheld | 61 | 2,792. | | |
| | 62 | Credit for Federal tax on gasoline and special fuels (attach Form 4136) | 62 | | | |
| | 63 | Regulated Investment Company credit (attach Form 2439) | 63 | | | |
| | 64 | Add lines 57 through 63. These are your total payments ▶ | | | 64 | 118,991. |
| Refund or Amount You Owe | 65 | If line 64 is larger than line 56, enter amount OVERPAID ▶ | | | 65 | 44,805. |
| | 66 | Amount of line 65 to be REFUNDED TO YOU ▶ | | | 66 | 44,805. |
| | 67 | Amount of line 65 to be applied to your 1986 estimated tax ▶ | 67 | | | |
| | 68 | If line 56 is larger than line 64, enter AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number and "1985 Form 1040" on it. ▶ Check ▶ ☐ if Form 2210 (2210F) is attached. See page 17. Penalty: $ | | | 68 | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Your signature — Date 8/7/86 ▶ [signature] Spouse's signature (if filing jointly, BOTH must sign)

**Paid Preparer's Use Only**

Preparer's signature ▶ [signature] Date 8/4/86 Check if self-employed ☐ Preparer's social security no. [redacted]-7605

Firm's name (or yours, if self-employed) and address ▶ BLAND, GARVEY & TAYLOR, INC., P.C.
1202 RICHARDSON DR, SUITE 203
RICHARDSON, TEXAS

E.I. No. 75-1854024

ZIP code 75080-4645



95-2396893

PRATI



2374-52 03

**SCHEDULES A&B (Form 1040)**

Department of the Treasury Internal Revenue Service

# Schedule A – Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB NO. 1545-0074

**1985**

07

Name(s) as shown on Form 1040: RONALD C & MARY G PRATI

Your social security number: [redacted]-5010

| Section | Line | Description | Line no. | Amount | Line no. | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** (Do not include expenses reimbursed or paid by others.) (See instructions on page 19.) | 1 | Prescription medicines and drugs; and insulin | 1 | | | |
| | 2 a | Doctors, dentists, nurses, hospitals, insurance premiums you paid for medical and dental care, etc. | 2a | | | |
| | b | Transportation and lodging | 2b | | | |
| | c | Other (list - include hearing aids, dentures, eyeglasses, etc.) ▶ | 2c | | | |
| | 3 | Add lines 1 through 2c, and write the total here | 3 | | | |
| | 4 | Multiply the amount on Form 1040, line 33, by 5% (.05). | 4 | | | |
| | 5 | Subtract line 4 from line 3. If zero or less, write -0-. Total medical and dental. | | | ▶ 5 | |
| **Taxes You Paid** (See instructions on page 20.) | 6 | State and local income taxes | 6 | | | |
| | 7 | Real estate taxes | 7 | 5,024. | | |
| | 8 a | General sales tax (see sales tax tables in instruction booklet). | 8a | 12,069. | | |
| | b | General sales tax on motor vehicles | 8b | 768. | | |
| | 9 | Other taxes ▶ SEE STATEMENT 17 | 9 | 3,377. | | |
| | 10 | Add the amounts on lines 6 through 9. Write the total here. Total taxes | | | ▶ 10 | 21,238. |
| **Interest You Paid** (See instructions on page 20.) | 11 a | Home mortgage interest you paid to financial institutions | 11a | 54,939. | | |
| | b | Home mortgage interest you paid to individuals (show person's name and address) ▶ | 11b | | | |
| | 12 | Total credit card and charge account interest you paid | 12 | 28. | | |
| | 13 | Other interest you paid (list) ▶ SEE STATEMENT 19 | 13 | 119,445. | | |
| | 14 | Add the amounts on lines 11a through 13. Write the total here. Total interest | | | ▶ 14 | 174,412. |
| **Contributions You Made** (See instructions on page 21.) | 15 a | Cash contributions. (If you gave $3,000 or more to any one organization, report those contributions on line 15b.). | 15a | 6,526. | | |
| | b | Cash contributions totaling $3,000 or more to any one organization. (Show to whom you gave and how much you gave.) ▶ CHURCH | 15b | 9,475. | | |
| | 16 | Other than cash. (Attach Form 8283 if over $500.) SEE STMT 18 | 16 | 495. | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add the amounts on lines 15a through 17. Total contributions | | | ▶ 18 | 16,496. |
| **Casualty and Theft Losses** | 19 | Total casualty or theft loss(es). (You must attach Form 4684 or similar statement.) (See page 21 of Instructions.) | | | ▶ 19 | |
| **Miscellaneous Deductions** (See instructions on page 21.) | 20 | Union and professional dues | 20 | | | |
| | 21 | Tax return preparation fee | 21 | 3,815. | | |
| | 22 | Other (list type and amount) ▶ SEE STATEMENT 20 | 22 | 15,339. | | |
| | 23 | Add the amounts on lines 20 through 22. Write the total here. Total miscellaneous. | | | ▶ 23 | 19,154. |
| **Summary of Itemized Deductions** (See instructions on page 22.) | 24 | Add the amounts on lines 5, 10, 14, 18, 19, and 23. Write your answer here | | | 24 | 231,300. |
| | 25 | If you checked Form 1040 { Filing Status box 2 or 5, write $3,540; Filing Status box 1 or 4, write $2,390; Filing Status box 3, write $1,770 } | | | 25 | 3,540. |
| | 26 | Subtract line 25 from line 24. Write your answer here and on Form 1040, line 34a. (If line 25 is more than line 24, see the Instructions for line 26 on page 22.) | | | ▶ 26 | 227,760. |

**For Paperwork Reduction Act Notice, see Form 1040 Instructions.**

95-2396893

**Schedule A (Form 1040) 1985**

PRATI



049 2374-52 04

Schedules A&B (Form 1040) 1985

# Schedule B—Interest and Dividend Income

08 OMB No. 1545-0074 Page 2

Name(s) as shown on Form 1040 (Do not enter name and social security number if shown on page 1.)
RONALD C & MARY G PRATI

Your social security number: [redacted]-5010

## Part I Interest Income

If you received more than $400 in interest income, you must complete Part I and list ALL interest received. If you received interest as a nominee for another, or you received or paid accrued interest on securities transferred between interest payment dates, see page 22.

(See Instructions on pages 8 and 22.) Also complete Part III.

| Interest income | Line | Amount |
|---|---|---|
| 1 Interest income from seller-financed mortgages. (See Instructions and show name of payer.) ▶ 1531 KIA DRIVE | 1 | 1,065. |
| 2 Other interest income (list name of payer) ▶ | 2 | |
| TEXAS AMERICAN BANK | | 2,575. |
| STANBY RESERVE FUND | | 1. |
| FORESTWOOD NATL BK OF DALLAS | | 628. |
| LIBERTY NAT'L BANK | | 64. |
| MERRILL LYNCH READY ASSET TRUST | | 1. |
| DNA DEBENTURES | | 1,188. |
| TAB MONEY MARKET | | 16,270. |
| BEAR, STEARNS, & CO | | 1,268. |
| TRAVIS JOINT VENTURE | | 2,229. |
| S J PARTNERSHIP | | 255. |
| SHARON STEEL CORP | | 156. |
| IRS | | 1,160. |
| RONALD C PRATI JR | | 625. |
| 3 Add the amounts on lines 1 and 2. Write the total here and on Form 1040, line 8 ▶ | 3 | 27,485. |

## Part II Dividend Income

If you received more than $400 in gross dividends and other distributions on stock, or you are electing to exclude qualified reinvested dividends from a public utility, complete Part II. If you received dividends as a nominee for another, see page 23.

(See Instructions on pages 8 and 22.) Also complete Part III.

| Dividend income | Line | | Amount |
|---|---|---|---|
| 4 Dividend income (list name of payer - include on line 4 capital gain distributions, nontaxable distributions, etc.) ▶ | 4 | | |
| U. S. GOLD SHARES FUND -SO. AFRICA | | | 201. |
| BEAR STEARNS & CO | | | 657. |
| WINDSOR II (VANGUARD) | | | 109. |
| 5 Add the amounts on line 4. Write the total here | 5 | | 967. |
| 6 Capital gain distributions. Enter here and on line 15, Schedule D.* | 6 | | |
| 7 Nontaxable distributions. (See Schedule D Instructions for adjustment to basis.) | 7 | | |
| 8 Exclusion of qualified reinvested dividends from a public utility. (See page 23 of Instructions.) | 8 | | |
| 9 Add the amounts on lines 6, 7, and 8. Write the total here | 9 | | |
| 10 Subtract line 9 from line 5. Write the result here and on Form 1040, line 9a. ▶ | 10 | | 967. |

**If you received capital gain distributions for the year and you do not need Schedule D to report any other gains or losses, do not file that schedule. Instead, enter 40% of your capital gain distributions on Form 1040, line 14.*

## Part III Foreign Accounts and Foreign Trusts

(See Instructions on page 23.)

**If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.**

| | Yes | No |
|---|---|---|
| 11 At any time during the tax year, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 23 of the Instructions for exceptions and filing requirements for Form TD F 90-22.1.) | | X |
| If "Yes," write the name of the foreign country ▶ | | |
| 12 Were you the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not you have any beneficial interest in it? If "Yes," you may have to file Forms 3520, 3520-A, or 926 | | X |

**For Paperwork Reduction Act Notice, see Form 1040 Instructions.**

96-2398893



**Schedule B (Form 1040) 1985**

049 2374-52 05

**SCHEDULE C (Form 1040)**
Department of the Treasury
Internal Revenue Service

# Profit or (Loss) From Business or Profession

(Sole Proprietorship)

Partnerships, Joint Ventures, etc., Must File Form 1065.

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**1985**

09

Name of proprietor: RONALD C PRATI

Social security number: [redacted]-5010

A Principal business or profession, including product or service: EXPLORATION OIL AND GAS

B Principal business code: 1552

C Business name and address ▶ RONALD C PRATI
6010 FOREST PARK RD
DALLAS TX 75235

D Employer ID number

E Method(s) used to value closing inventory:
(1) ☐ Cost (2) ☐ Lower of cost or market (3) ☐ Other (attach explanation)

F Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

| | Yes | No |
|---|---|---|
| G Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation. | | X |
| H Did you deduct expenses for an office in your home? | | X |

## Part I Income

| | | |
|---|---|---|
| 1 a Gross receipts or sales | 1a | 39,294. |
| b Less: Returns and allowances | 1b | |
| c Subtract line 1b from line 1a and enter the balance here | 1c | 39,294. |
| 2 Cost of goods sold and/or operations (from Part III, line 8) | 2 | |
| 3 Subtract line 2 from line 1c and enter the **gross profit** here | 3 | 39,294. |
| 4 a Windfall Profit Tax Credit or Refund received in 1985 (see Instructions) | 4a | |
| b Other income | 4b | |
| 5 Add lines 3, 4a, and 4b. This is the **gross income** ▶ | 5 | 39,294. |

## Part II Deductions

| | | | |
|---|---|---|---|
| 6 Advertising | | 23 Rent on business property | |
| 7 Bad debts from sales or services (Cash method taxpayers, see instructions) | | 24 Repairs | |
| 8 Bank service charges | | 25 Supplies (not included in Part III below) | |
| 9 Car and truck expenses | | 26 Taxes (Do not include Windfall Profit Tax here. See line 30.) | |
| 10 Commissions | | 27 Travel and entertainment | |
| 11 Depletion | 5,666. | 28 Utilities and telephone | |
| 12 Depreciation and Section 179 deduction from Form 4562 (not included in Part III below) | | 29 a Wages | |
| | | b Jobs credit | |
| | | c Subtract line 29b from 29a | |
| 13 Dues and publications | | 30 Windfall Profit Tax withheld in 1985 | 897. |
| 14 Employee benefit programs | | 31 Other expenses (specify): | |
| 15 Freight (not included in Part III below) | | a | |
| 16 Insurance | | b | |
| 17 Laundry and cleaning | | c | |
| 18 Legal and professional services | | d | |
| 19 Mortgage interest paid to financial institutions | | e SEE STATEMENT 12 | 10,428. |
| 20 Office expense | | f | |
| 21 Other interest | | g | |
| 22 Pension and profit-sharing plans | | h | |

| | | |
|---|---|---|
| 32 Add amounts in columns for lines 6 through 31h. These are the **total deductions** ▶ | 32 | 16,991. |
| 33 **Net profit or (loss).** Subtract line 32 from line 5 and enter the result. If a profit, enter on Form 1040, line 12, and on Schedule SE, Part I, line 2 (or Form 1041, line 5). If a loss, you **MUST** go on to line 34 | 33 | 22,303. |

34 If you have a loss, you **MUST** answer this question: "Do you have amounts for which you are not at risk in this business (see Instructions)?" ☐ Yes ☐ No
If "Yes," you **MUST** attach **Form 6198**. If "No," enter the loss on Form 1040, line 12, and on Schedule SE, Part I, line 2 (or Form 1041, line 5).

## Part III Cost of Goods Sold and/or Operations (See Schedule C Instructions for Part III)

| | | |
|---|---|---|
| 1 Inventory at beginning of year (if different from last year's closing inventory, attach explanation) | 1 | |
| 2 Purchases less cost of items withdrawn for personal use | 2 | |
| 3 Cost of labor (do not include salary paid to yourself) | 3 | |
| 4 Materials and supplies | 4 | |
| 5 Other costs | 5 | |
| 6 Add lines 1 through 5 | 6 | |
| 7 Less: Inventory at end of year | 7 | |
| 8 Cost of goods sold and/or operations. Subtract line 7 from line 6. Enter here and in Part I, line 2, above | 8 | |

**SCHEDULE C (Form 1040)**
Department of the Treasury Internal Revenue Service

# Profit or (Loss) From Business or Profession
(Sole Proprietorship)
Partnerships, Joint Ventures, etc., Must File Form 1065.
▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**1985**
09

Name of proprietor: MARY G PRATI
Social security number: [redacted]-8501

A Principal business or profession, including product or service: OIL & GAS
B Principal business code: 1552
C Business name and address ▶ MARY G PRATI
4656 MEADOWOOD RD
DALLAS TEXAS 75220
D Employer ID number

E Method(s) used to value closing inventory:
(1) ☐ Cost (2) ☐ Lower of cost or market (3) ☐ Other (attach explanation)
F Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

| | Yes | No |
|---|---|---|
| G Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation. | | X |
| H Did you deduct expenses for an office in your home? | | X |

## Part I Income

| | | |
|---|---|---|
| 1 a Gross receipts or sales | 1a | 1,138. |
| b Less: Returns and allowances | 1b | |
| c Subtract line 1b from line 1a and enter the balance here | 1c | 1,138. |
| 2 Cost of goods sold and/or operations (from Part III, line 8) | 2 | |
| 3 Subtract line 2 from line 1c and enter the **gross profit** here | 3 | 1,138. |
| 4 a Windfall Profit Tax Credit or Refund received in 1985 (see Instructions) | 4a | |
| b Other income | 4b | |
| 5 Add lines 3, 4a, and 4b. This is the **gross income** ▶ | 5 | 1,138. |

## Part II Deductions

| | | | |
|---|---|---|---|
| 6 Advertising | | 23 Rent on business property | |
| 7 Bad debts from sales or services (Cash method taxpayers, see instructions) | | 24 Repairs | |
| 8 Bank service charges | | 25 Supplies (not included in Part III below) | |
| 9 Car and truck expenses | | 26 Taxes (Do not include Windfall Profit Tax here. See line 30.) | |
| 10 Commissions | | 27 Travel and entertainment | |
| 11 Depletion | 170. | 28 Utilities and telephone | |
| 12 Depreciation and Section 179 deduction from Form 4562 (not included in Part III below) | | 29 a Wages | |
| | | b Jobs credit | |
| 13 Dues and publications | | c Subtract line 29b from 29a | |
| 14 Employee benefit programs | | 30 Windfall Profit Tax withheld in 1985 | 5. |
| 15 Freight (not included in Part III below) | | 31 Other expenses (specify): | |
| 16 Insurance | | a | |
| 17 Laundry and cleaning | | b | |
| 18 Legal and professional services | | c | |
| 19 Mortgage interest paid to financial institutions | | d | |
| 20 Office expense | | e SEE STATEMENT 13 | 273. |
| 21 Other interest | | f | |
| 22 Pension and profit-sharing plans | | g | |
| | | h | |

| | | |
|---|---|---|
| 32 Add amounts in columns for lines 6 through 31h. These are the **total deductions** ▶ | 32 | 448. |
| 33 **Net profit or (loss).** Subtract line 32 from line 5 and enter the result. If a profit, enter on Form 1040, line 12, and on Schedule SE, Part I, line 2 (or Form 1041, line 5). If a loss, you **MUST** go on to line 34 | 33 | 690. |

34 If you have a loss, you **MUST** answer this question: "Do you have amounts for which you are not at risk in this business (see Instructions)?" ☐ Yes ☐ No
If "Yes," you **MUST** attach Form 6198. If "No," enter the loss on Form 1040, line 12, and on Schedule SE, Part I, line 2 (or Form 1041, line 5).

## Part III Cost of Goods Sold and/or Operations (See Schedule C Instructions for Part III)

| | | |
|---|---|---|
| 1 Inventory at beginning of year (if different from last year's closing inventory, attach explanation) | 1 | |
| 2 Purchases less cost of items withdrawn for personal use | 2 | |
| 3 Cost of labor (do not include salary paid to yourself) | 3 | |
| 4 Materials and supplies | 4 | |
| 5 Other costs | 5 | |
| 6 Add lines 1 through 5 | 6 | |
| 7 Less: Inventory at end of year | 7 | |
| 8 Cost of goods sold and/or operations. Subtract line 7 from line 6. Enter here and in Part I, line 2, above | 8 | |

**SCHEDULE D (FORM 1040)**
Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses and Reconciliation of Forms 1099-B

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).

OMB No. 1545-0074
**1985**
12

Name(s) as shown on Form 1040: RONALD C & MARY G PRATI

Your social security number: [redacted]-5010

**Part I** Summary of Forms 1099-B for Sales of Stocks, Bonds, Etc.

1a Report here and on line 37, Part VII, page 2, total sales of stocks, bonds, etc., reported for 1985 by your broker to you on Form(s) 1099-B or an equivalent substitute statement(s), such as a broker's confirmation statement . . . 1a

**Note:** *Also complete Part VII if you received one or more Form(s) 1099-B or equivalent statement(s) for 1985, for bartering income.*

**Part II** Short-term Capital Gains and Losses—Assets Held Six Months or Less (one year or less if acquired before 6/23/84)

| (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Gross sales price | (e) Cost or other basis (see instructions) | (f) LOSS If column (e) is more than (d) subtract (d) from (e) | (g) GAIN If column (d) is more than (e) subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 1b SHARON STEEL CORP | | | | | | |
| | 3/26/85 | 3/26/85 | 13,760. | 12,197. | | 1,563. |
| CRC (NONBUSINESS BAD DEBT) | | | | | | |
| | 1/01/83 | 12/31/85 | 0. | 17,500. | 17,500. | |

| Line | Description | No. | (f) | (g) |
|---|---|---|---|---|
| 2 | Short-term gain from sale or exchange of a principal residence from Form 2119, lines 6 or 12 | 2 | | |
| 3 | Short-term capital gain from installment sales from Form 6252, line 22 or 30 | 3 | | |
| 4 | Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries | 4 | | 10. |
| 5 | Add lines 1b through 4 in columns (f) and (g) | 5 | 17,500. | 1,573. |
| 6 | Combine columns (f) and (g) of line 5 and enter the net gain or (loss) | 6 | | -15,927. |
| 7 | Short-term capital loss carryover from years beginning after 1969 | 7 | | |
| 8 | Net short-term gain or (loss), combine lines 6 and 7 | 8 | | -15,927. |

**Part III** Long-term Capital Gains and Losses—Assets Held More Than Six Months (more than one year if acquired before 6/23/84)

| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 9 | | | | | | |
| SEE STATEMENT 4 | | | | | 13,877. | 81,494. |

| Line | Description | No. | (f) | (g) |
|---|---|---|---|---|
| 10 | Long-term gain from sale or exchange of a principal residence from Form 2119, lines 6, 8, or 12 | 10 | | 1,161,348. |
| 11 | Long-term gain from installment sales from Form 6252, lines 22 or 30 | 11 | | |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries | 12 | | 2,806. |
| 13 | Add lines 9 through 12 in columns (f) and (g) | 13 | 13,877. | 1,245,648. |
| 14 | Combine columns (f) and (g) of line 13 and enter the net gain or (loss) | 14 | | 1,231,771. |
| 15 | Capital gain distributions | 15 | | |
| 16 | Enter gain from Form 4797, line 6 or 8b | 16 | | 54,925. |
| 17 | Combine lines 14 through 16 | 17 | | 1,286,696. |
| 18 | Long-term capital loss carryover from years beginning after 1969 | 18 | | |
| 19 | Net long-term gain or (loss), combine lines 17 and 18 | 19 | | 1,286,696. |

- B7 -

**Note:** *Complete this form on page 2. However, if you have capital loss carryovers from years beginning before 1970, do not complete Parts IV or V. See Form 4798 instead.*

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**

PRATI
[redacted]-5010 049 2374-52 08

Schedule D (Form 1040) 1985 12 Page 2

Name(s) as shown on Form 1040 (Do not enter name and social security number if shown on page 1) | Your social security number

## Part IV Summary of Parts II and III

| | | | |
|---|---|---|---|
| 20 Combine lines 8 and 19, and enter the net gain or (loss) here | | 20 | 1,270,769. |
| **Note:** *If line 20 is a loss, skip lines 21 through 23 and complete lines 24 and 25. If line 20 is a gain, complete lines 21 through 23 and skip lines 24 and 25.* | | | |
| 21 If line 20 shows a gain, enter the smaller of line 19 or line 20. Enter zero if there is a loss or no entry on line 19 | 21 1,270,769. | | |
| 22 Enter 60% of line 21 *If line 22 is more than zero, you may be liable for the alternative minimum tax. See Form 6251.* | | 22 | 762,461. |
| 23 Subtract line 22 from line 20. Enter here and on Form 1040, line 13 | | 23 | 508,308. |
| 24 If line 20 shows a loss, enter one of the following amounts: a If line 8 is zero or a net gain, enter 50% of line 20; b If line 19 is zero or a net gain, enter line 20; or c If line 8 and line 19 are net losses, enter amount on line 8 added to 50% of the amount on line 19 | | 24 | |
| 25 Enter here and as a loss on Form 1040, line 13, the smallest of: a The amount on line 24; b $3,000 ($1,500 if married and filing a separate return); or c Taxable income, as adjusted | | 25 | |

## Part V Computation of Post-1969 Capital Loss Carryover from 1985 to 1986

(Complete this part if the loss on line 24 is more than the loss on line 25)

| | | |
|---|---|---|
| 26 Enter loss shown on line 8; if none, enter zero and skip lines 27 through 30, then go to line 31 | 26 | |
| 27 Enter gain shown on line 19. If that line is blank or shows a loss, enter zero | 27 | |
| 28 Subtract line 27 from line 26 | 28 | |
| 29 Enter smaller of line 25 or line 28 | 29 | |
| 30 Subtract line 29 from line 28. This is your short-term capital loss carryover from 1985 to 1986 | 30 | |
| 31 Subtract line 29 from line 25. (Note: If you skipped lines 27 through 30, enter amount from line 25) | 31 | |
| 32 Enter loss from line 19; if none, enter zero and skip lines 33 through 36 | 32 | |
| 33 Enter gain shown on line 8. If that line is blank or shows a loss, enter zero | 33 | |
| 34 Subtract line 33 from line 32 | 34 | |
| 35 Multiply amount on line 31 by 2 | 35 | |
| 36 Subtract line 35 from line 34. This is your long-term capital loss carryover from 1985 to 1986 | 36 | |

## Part VI Complete This Part Only If You Elect Out of the Installment Method and Report a Note or Other Obligation at Less Than Full Face Value

☐ Check here if you elect out of the installment method.

Enter the face amount of the note or other obligation. ▶

Enter the percentage of valuation of the note or other obligation ▶

## Part VII Reconciliation of Forms 1099-B With Tax Return

(Complete this part if you received one or more Form(s) 1099-B or an equivalent broker's substitute statement(s) reporting sales of stock, bonds, etc., or bartering income.)

### SECTION A. - Reconciliation of Sales of Stocks, Bonds, etc.

| | | |
|---|---|---|
| 37 Total sales of stock, bonds, etc., reported for 1985 by your broker to you, on Form(s) 1099-B or an equivalent substitute statement(s), such as a broker's confirmation statement. Also included on line 1a, page 1, Part I | 37 | |
| 38 Proceeds from sale or exchange of capital assets reported on Schedule D, but not included in line 37 | 38 | |
| 39 Add Lines 37 and 38 | 39 | |
| 40 Part of line 37 not reported on Schedule D this year, (attach explanation) | 40 | |
| 41 Subtract line 40 from line 39 | 41 | |

**Note:** *The amount on line 41 should be the same as the total of all amounts on page 1, lines 1b and 9 of column (d).*

### SECTION B. - Reconciliation of Bartering Income

| Indicate below, the amount of bartering income reported on each form or schedule | | Amount of bartering from Form 1099-B or equivalent statement |
|---|---|---|
| 42 Form 1040, line 22 | 42 | |
| 43 Schedule C (Form 1040) | 43 | |
| 44 Schedule D (Form 1040) | 44 | |
| 45 Schedule E (Form 1040) | 45 | |
| 46 Schedule F (Form 1040) | 46 | |
| 47 Other (identify) (if not taxable, indicate reason - attach additional sheets if necessary) ▶ | 47 | |
| 48 Total (add lines 42 through 47) | 48 | |

**Note:** *The amount on line 48 should be the same as the total bartering on all Forms 1099-B or equivalent statements received.*



95-2396893

SCHEDULE E (Form 1040)
Department of the Treasury Internal Revenue Service

# Supplemental Income Schedule

(From rents and royalties, partnerships, estates, and trusts, etc.)
▶ Attach to Form 1040. ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
1985
13

Name(s) as shown on Form 1040: RONALD C & MARY G PRATI
Your social security number: [redacted]-5010

## Part I Rental and Royalty Income or Loss

1 In the space provided below, show the kind and location of each rental property.

2 For each property listed, did you or a member of your family use for personal purposes any of the properties for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year?

| | Property | Yes | No |
|---|---|---|---|
| A | CONDOS ON KIA DRIVE<br>HOMESTEAD, FLA | | X |
| B | | | |
| C | | | |

| Rental and Royalty Income | Line | A | B | C | Line | Totals (Add columns A, B, and C) |
|---|---|---|---|---|---|---|
| 3 a Rents received | | 7,248. | | | 3 | |
| b Royalties received. SEE STMT 14 | | 425. | | | | 7,673. |
| **Rental and Royalty Expenses** | | | | | | |
| 4 Advertising | 4 | | | | | |
| 5 Auto and travel | 5 | | | | | |
| 6 Cleaning and maintenance | 6 | | | | | |
| 7 Commissions | 7 | | | | | |
| 8 Insurance | 8 | | | | | |
| 9 Legal and other professional fees | 9 | | | | | |
| 10 Mortgage interest paid to financial institutions | 10 | | | | 10 | |
| 11 Other interest | 11 | | | | | |
| 12 Repairs | 12 | | | | | |
| 13 Supplies | 13 | | | | | |
| 14 Taxes (Do not include Windfall Profit Tax here. See Part III, line 34.) | 14 | | | | | |
| 15 Utilities | 15 | | | | | |
| 16 Wages and salaries | 16 | | | | | |
| 17 Other (list) ▶ SEE STATEMENT 14 | | 16,896. | | | | |
| 18 Total expenses other than depreciation and depletion. Add lines 4 through 17 | 18 | 16,896. | | | 18 | 16,896. |
| FORM 4562 & STMT 14<br>19 Depreciation expense or depletion | 19 | 3,804. | | | 19 | 3,804. |
| 20 Total. Add lines 18 and 19 | 20 | 20,700. | | | | |
| 21 Income or (loss) from rental or royalty properties. Subtract line 20 from line 3a (rents) or 3b (royalties) | 21 | -13,027. | | | | |

| | Line | Amount |
|---|---|---|
| 22 Add properties with profits on line 21, and write the total profits here | 22 | |
| 23 Add properties with losses on line 21, and write the total (losses) here | 23 | -13,027. |
| 24 Combine amounts on lines 22 and 23, and write the net profit or (loss) here | 24 | -13,027. |
| 25 Net farm rental profit or (loss) from Form 4835, line 35. | 25 | |
| 26 Total rental or royalty income or (loss). Combine amounts on lines 24 and 25, and write the total here. If Parts II and III on page 2 do not apply to you, write the amount from line 26 on Form 1040, line 18. Otherwise, include the amount in line 36 on page 2 of Schedule E. | 26 | -13,027. |

- B9 -

For Paperwork Reduction Act Notice, see Form 1040 Instructions.
95-2396893