## Partnerships and S Corporations

| (a) Name | (b) Enter appropriate code[1] | (c) Check if foreign partnership | (d) Employer identification number | (e) Net loss (see instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| SEE STATEMENT 15 | P | | | 967,840. | 45,715. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[1] Codes: P for partnership; S for S corporation

| | | (e) | (f) |
|---|---|---|---|
| 27 Add amounts in columns (e) and (f) and write the total(s) here | 27 | 967,840. | 45,715. |
| 28 Combine amounts in columns (e) and (f), line 27, and write the net income or (loss) here | 28 | | -922,125. |
| 29 Deduction for section 179 property (from Form 1065, Schedule K-1, and Form 1120S, Schedule K-1). (See Instructions for limitations.) | 29 | | 1. |
| 30 Total partnership and S corporation income or (loss). Combine amounts on lines 28 and 29. Write the total here and include in line 36 below | 30 | | -922,126. |

## Estates and Trusts

| (a) Name | (b) | (c) | (d) Employer identification number | (e) Net loss (see instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 31 Add amounts in columns (e) and (f) and write the total(s) here | 31 | | |
| 32 Total estate or trust income or (loss). Combine amounts in columns (e) and (f), line 31. Write the total here and include in line 36 below | 32 | | |

## Part III Windfall Profit Tax Summary

| | | |
|---|---|---|
| 33 Windfall profit tax credit or refund received in 1985 (see Instructions) | 33 | |
| 34 Windfall profit tax withheld in 1985 (see Instructions) | 34 | -14. |
| 35 Combine amounts on lines 33 and 34. Write the total here and include in line 36 below | 35 | -14. |

## Part IV Summary

| | | |
|---|---|---|
| 36 TOTAL income or (loss). Combine lines 26, 30, 32, and 35. Write the total here and on Form 1040, line 18 ▶ | 36 | -935,167. |
| 37 Farmers and fishermen: Write your share of GROSS FARMING AND FISHING INCOME applicable to Parts I and II (see Instructions) | 37 | |

## Part V Optional Depreciation Worksheet.

**– You may use this worksheet to figure depreciation only on property placed in service before 1981. If you placed any property in service after 1980, you must use Form 4562 for all property.**

| | (a) Description of property | (b) Date acquired | (c) Cost or other basis | (d) Depreciation allowed or allowable in prior years | (e) Depreciation method | (f) Life or rate | (g) Depreciation for this year |
|---|---|---|---|---|---|---|---|
| A | | | | | | | |
| | | | | | | | |
| | Total (Property A) | | | | | | |
| B | | | | | | | |
| | | | | | | | |
| | Total (Property B) | | | | | | |
| C | | | | | | | |
| | | | | | | | |
| | Total (Property C) | | | | | | |

**For Paperwork Reduction Act Notice, see Form 1040 Instructions.** **Schedule E (Form 1040) 1985**

95-2398893



1985

SCHEDULE SE (Form 1040)
Department of the Treasury Internal Revenue Service

# Computation of Social Security Self-Employment Tax

▶ See Instructions for Schedule SE (Form 1040).
▶ Attach to Form 1040.

OMB No. 1545-0074
**1985**
18

Name of self-employed person (as shown on social security card): MARY G PRATI
Social security number of self-employed person ▶ [redacted]-8501

## Part I Regular Computation of Net Earnings from Self-Employment

*Note: If you performed services for certain churches or church-controlled organizations and you are not a minister or a member of a religious order, see the instructions.*

| | | | |
|---|---|---|---|
| 1 Net profit or (loss) from: | | | |
| a Schedule F (Form 1040), line 39 | | | |
| b Farm partnerships, Schedule K-1 (Form 1065), line 13a | | | |
| Net earnings from farm self-employment | | 1 | |
| 2 Net profit or (loss) from: | | | |
| a Schedule C (Form 1040), line 33 | 690. | | |
| b Partnerships (other than farming), Schedule K-1 (Form 1065), line 13a | | | |
| c Service as a minister or member of a religious order. NOTE: If you are exempt from self-employment tax because you filed Form 4361, but you have other earnings of $400 or more that are subject to self-employment tax, check here ▶ ☐ | | | |
| d Service with a foreign government or international organization | | | |
| e Other ▶ STATEMENT 8 | 2,000. | | |
| Total | 2,690. | | |
| Adjustments | | | |
| Net earnings from nonfarm self-employment | | 2 | 2,690. |

## Part II Optional Computation of Net Earnings from Self-Employment (See "Who Can Use Schedule SE")

Generally, this part may be used only if you meet any of the following tests:

A Your gross farm income (Schedule F (Form 1040), line 12) was not more than $2,400, or

B Your gross farm income (Schedule F (Form 1040), line 12) was more than $2,400 and your net farm profits (Schedule F (Form 1040), line 39) were less than $1,600, or

C Your net nonfarm profits (Schedule C (Form 1040), line 33) were less than $1,600 and also less than two-thirds (2/3) of your gross nonfarm income (Schedule C (Form 1040), line 5).

| | | |
|---|---|---|
| 3 Maximum income for optional methods | 3 | $1,600.00 |
| 4 Farm Optional Method-Enter two thirds (2/3) of gross income from Schedule F (Form 1040), line 12, and farm partnerships, Schedule K-1 (Form 1065), line 13b, or $1,600 | 4 | |
| 5 Subtract line 4 from line 3 | 5 | |
| 6 Nonfarm Optional Method-Enter the smaller of two thirds (2/3) of gross nonfarm income from Schedule C (Form 1040), line 5, and Schedule K-1 (Form 1065), line 13c (other than farming), or $1,600, or, if you elected the farm optional method, the amount on line 5 | 6 | |

## Part III Computation of Social Security Self-Employment Tax

| | | | |
|---|---|---|---|
| 7 Enter the amount from Part I, line 1, or, if you elected the farm optional method, Part II, line 4 | | 7 | |
| 8 Enter the amount from Part I, line 2, or, if you elected the nonfarm optional method, Part II, line 6 | | 8 | 2,690. |
| 9 Add lines 7 and 8. If less than $400, do not fill in the rest of the schedule because you are not subject to self-employment tax | | 9 | 2,690. |
| 10 The largest amount of combined wages and self-employment earnings subject to social security or railroad retirement tax (Tier I) for 1985 is | | 10 | $39,600.00 |
| 11 a Total social security wages from Forms W-2 and railroad retirement compensation (Tier I) | 11a | | |
| b Unreported tips subject to social security tax from Form 4137, line 9, or to railroad retirement tax (Tier I) | 11b | | |
| c Add lines 11a and 11b | | 11c | |
| 12 a Subtract line 11c from line 10 | | 12a | 39,600. |
| b Enter your "qualified" U.S. Government wages if you are required to use the worksheet in Part III of the instructions. | 12b | | |
| c Enter your Form W-2 wages from an electing church or church-controlled organization. | 12c | | |
| 13 Enter the smaller of line 9 or line 12a | | 13 | 2,690. |
| If line 13 is $39,600 or more, fill in $4,672.80 on line 14. Otherwise, multiply line 13 by .118 and enter the result on line 14 | | | .118 |
| 14 Self-employment tax. Enter this amount on Form 1040, line 51 | | 14 | 317. |

049
2374-52
12

Schedule W (Form 1040)
Department of the Treasury Internal Revenue Service

# Deduction for a Married Couple When Both Work

▶ For Paperwork Reduction Act Notice, See Form 1040 Instructions.
▶ Attach to Form 1040.

OMB No. 1545-0074
**1985**
20

Names as shown on Form 1040
RONALD C & MARY G PRATI

Your social security number
[redacted]-5010

## Step 1 Figure your earned income

| | | (a) You | | (b) Your spouse |
|---|---|---|---|---|
| 1 Wages, salaries, tips, etc., from Form 1040, line 7. (Do not include nondisability pensions or annuities.) | 1 | 716,850. | 1 | |
| 2 Net profit or (loss) from self-employment (from Schedules C and F (Form 1040), Schedule K-1 (Form 1065), and any other earned income) | 2 | 6,944. | 2 | 2,690. |
| 3 Add lines 1 and 2. This is your total earned income. | 3 | 723,794. | 3 | 2,690. |

## Step 2 Figure your qualified earned income

| | | | | |
|---|---|---|---|---|
| 4 Adjustments from Form 1040, lines 25, 26, 27 and any repayment of sub-pay included on line 31. | 4 | 2,000. | 4 | 2,000. |
| 5 Subtract line 4 from line 3. This is your qualified earned income. If the amount in column (a) or (b) is zero (-0-) or less, stop here. You may not take this deduction. | 5 | 721,794. | 5 | 690. |

## Step 3 Figure your deduction

| | | |
|---|---|---|
| 6 Compare the amounts in columns (a) and (b) of line 5. Write the smaller amount here. (Write either amount if 5(a) and 5(b) are the same.) **Do not write more than $30,000** | 6 | 690. |
| 7 Percentage used to figure the deduction (10%) | 7 | × .10 |
| 8 Multiply the amount on line 6 by the percentage on line 7. This is the amount of your deduction. Write the answer here and on Form 1040, line 30. ▶ | 8 | 69. |

95-2396893

**Schedule W (Form 1040) 1985**

049 2374-52 14

Form **3468**

Department of the Treasury
Internal Revenue Service

# Computation of Investment Credit

▶ Attach to your tax return.

▶ Schedule B (Business Energy Investment Credit) on page 2.

OMB No. 1545-0155

**1985**

24

Name(s) as shown on return: RONALD C & MARY G PRATI

Identifying number: [redacted]-5010

## Part I Elections (Check the box(es) below that apply to you (See Instruction D).)

A I elect to increase my qualified investment to 100% for certain commuter highway vehicles placed in service before January 1, 1986(section 46(c)(6)) X

B I elect to increase my qualified investment by all qualified progress expenditures made this and all later tax years . . . . . . . .
Enter total qualified progress expenditures included in column (4), Part II ▶

C I claim full credit on certain ships under section 46(g)(3) (See **Instruction B** for details.) . . . . . . . . . .

## Part II Qualified Investment (See instructions for rules on automobiles and other property with any personal use)

| 1 Recovery Property | | Line | (1) Class of Property | (2) Cost or Other Basis | (3) Applicable Percentage | (4) Qualified Investment (Column 2 x column 3) |
|---|---|---|---|---|---|---|
| Regular Percentage | New Property | (a) | 3-year | 56. | 60 | 34. |
| | | (b) | Other | 7,441. | 100 | 7,441. |
| | Used Property | (c) | 3-year | | 60 | |
| | | (d) | Other | | 100 | |
| Section 48(q) Election to Reduce Credit (instead of adjusting basis) | New Property | (e) | 3-year | | 40 | |
| | | (f) | Other | 6,459. | 80 | 5,167. |
| | Used Property | (g) | 3-year | | 40 | |
| | | (h) | Other | 18,538. | 80 | 14,830. |

| | | Line | Amount |
|---|---|---|---|
| 2 | Nonrecovery property - Enter total qualified investment (See instructions for line 2) | 2 | |
| 3 | New commuter highway vehicle - Enter total qualified investment (See Instruction D(1)) | 3 | 201. |
| 4 | Used commuter highway vehicle - Enter total qualified investment (See Instruction D(1)) | 4 | |
| 5 | **Total qualified investment in 10% property** – Add lines 1(a) through 1(h), 2, 3, and 4 (See instructions for special limits) | 5 | 27,673. |
| 6 | Qualified rehabilitation expenditures - Enter total qualified investment for: | | |
| | a 30-year-old buildings | 6a | |
| | b 40-year-old buildings | 6b | |
| | c Certified historic structures (You must attach NPS certification-see instructions) | 6c | |

## Part III Tentative Regular Investment Credit

| | | Line | Amount |
|---|---|---|---|
| 7 | 10% of line 5 | 7 | 2,767. |
| 8 | 15% of line 6a | 8 | |
| 9 | 20% of line 6b | 9 | |
| 10 | 25% of line 6c | 10 | |
| 11 | Credit from cooperatives - Enter regular investment credit from cooperatives | 11 | |
| 12 | Regular investment credit - Add lines 7 through 11 | 12 | 2,767. |
| 13 | Business energy investment credit-From line 11 of Schedule B | 13 | |
| 14 | Current year investment credit-Add lines 12 and 13 | 14 | 2,767. |

Note: *If you have a 1985 jobs credit (Form 5884), credit for alcohol used as fuel (Form 6478), or employee stock ownership plan (ESOP) credit (Form 8007) in addition to your 1985 investment credit, or if you have a carryback or carryforward of any general business credit, stop here and go to* **Form 3800**, *General Business Credit, to claim your 1985 investment credit. If you have only a 1985 investment credit (which may include business energy investment credit), you may continue with lines 15 through 20 to claim your credit.*

## Part IV Tax Liability Limitations

| | | Line | Amount |
|---|---|---|---|
| 15 | a Individuals - From Form 1040, enter amount from line 46<br>b Corporations-From Form 1120, Schedule J, enter tax from line 3 (or Form 1120-A, Part I, line 1)<br>c Other filers-Enter income tax before credits from return | 15 | |
| 16 | a Individuals-From Form 1040, enter credit from line 47, plus any orphan drug, nonconventional source fuel, and research credits included on line 49<br>b Corporations-From Form 1120, Schedule J, enter credits from lines 4(a) through 4(e)(Form 1120-A filers, enter zero)<br>c Other filers-See instructions for line 16c | 16 | |
| 17 | Income tax liability as adjusted (subtract line 16 from line 15) | 17 | |
| 18 | a Enter smaller of line 17 or $25,000. (See instructions for line 18) | 18a | |
| | b If line 17 is more than $25,000 - Enter 85% of the excess | 18b | |
| 19 | Investment credit limitation-Add lines 18a and 18b | 19 | |
| 20 | Total allowed credit-Enter the smaller of line 14 or line 19. This is your **General Business Credit** for 1985. Enter here and on Form 1040, line 48; Form 1120, Schedule J, line 4(f); Form 1120-A, Part I, line 2; or the proper line of other returns | 20 | |

**For Paperwork Reduction Act Notice, see separate instructions.**

95-2396893

Form **3468** (1985)

[redacted]

Name(s) as shown on return

RONALD C & MARY [redacted]-5010

**Part I** Tentative Credit [redacted]

| | | | |
|---|---|---|---|
| 1 | Investment credit (Form 3468, line 14) [redacted] | 1 | 2,767. |
| 2 | Jobs credit (Form 5884, line 7) | 2 | |
| 3 | Credit for alcohol used as fuel (Form 6478, line 11) | 3 | |
| 4 | Employee stock ownership plan (ESOP) credit (Form 8007, line 3) | 4 | |
| 5 | **Current year general business credit**-Add lines 1 through 4 | 5 | 2,767. |
| 6 | Carryforward of general business credit (or investment, WIN, jobs, alcohol fuel, or ESOP credits) | 6 | 6,099.* |
| 7 | Carryback of general business credit to 1985 | 7 | |
| 8 | Tentative general business credit - Add lines 5, 6, and 7 | 8 | 8,866. |

**Part II** Tax Liability Limitations

| | | | |
|---|---|---|---|
| 9 a | Individuals - From Form 1040, enter amount from line 46 | | |
| b | Corporations - From Form 1120, Schedule J, enter tax from line 3 (or Form 1120-A, Part I, line 1) | | |
| c | Other filers - Enter tax before credits from return | 9 | 35,817. |
| 10 a | Individuals - From Form 1040, enter credit from line 47, plus any orphan drug, nonconventional source fuel, and research credits included on line 49 | | |
| b | Corporations - From Form 1120, Schedule J, enter credits from lines 4(a) through 4(e) (Form 1120-A filers, enter zero) | | |
| c | Other filers - See instructions for line 10c | 10 | |
| 11 | Income tax liability as adjusted - Subtract line 10 from line 9 | 11 | 35,817. |
| 12 a | Enter smaller of line 11 or $25,000 (See instruction for line 12) | 12a | 25,000. |
| b | If line 11 is more than $25,000 - Enter 85% of the excess | 12b | 9,194. |
| 13 | Credit limitation - Add lines 12a and 12b | 13 | 34,194. |
| 14 | General business credit - Enter smaller of line 8 or line 13 here and on Form 1040, line 48; Form 1120, Schedule J, line 4(f); Form 1120-A, Part I, line 2; or the proper line on other returns. | 14 | 8,866. |

**For Paperwork Reduction Act Notice, see separate instructions.**
95-2398893

Form **3800** (1985)

GENERAL BUSINESS CREDIT CARRYOVER SUMMARY

CLASSIFICATION OF CARRYOVER

*INVESTMENT TAX CREDIT

Form **4797**

Department of the Treasury Internal Revenue Service

# Gains and Losses From Sales or Exchanges of Assets Used in a Trade or Business and Involuntary Conversions

(And Computation of Recapture Amounts Under Sections 179 and 280F)

▶ Attach to your tax return. See Separate Instructions

OMB No. 1545-0184

**1985**

27

Name(s) as shown on return: RONALD C & MARY G PRATI

Identifying number: [redacted]-5010

## Part I Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty and Theft – Property Held More Than 6 months (More Than 1 Year if Acquired Before 6/23/84)

Notes:
- *Use Form 4684 to report involuntary conversions from casualty and theft.*
- *If you sold property that you claimed investment credit on, get Form 4255 to see if you are liable for recapture of the credit.*
- *File Form 6198 if you are reporting a loss and have amounts invested in the activity for which you are not at risk. (See instructions under "Special Rules.")*

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed (or allowable) since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) LOSS ((f) minus the sum of (d) and (e)) | (h) GAIN ((d) plus (e) minus (f)) |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| OTHER SECTION 1231 GAIN OR LOSS FROM PARTNERSHIPS | | | | | | | |
| SEE STATEMENT 15 | | | | | | | 46,392. |
| | | | | | | | |
| | | | | | | | |

| | | (g) LOSS | (h) GAIN |
|---|---|---|---|
| 2 | Gain, if any, from Form 4684, Section B, line 21 | | |
| 3 | Section 1231 gain from installment sales from Form 6252, line 22 or 30 | | |
| 4 | Gain, if any, on line 31 from other than casualty and theft | | 8,533. |
| 5 | Add lines 1 through 4 in column (g) and column (h) | ( ) | 54,925. |
| 6 | Combine columns (g) and (h) of line 5. Enter gain or (loss) here, and on the appropriate line as follows (Partnerships see the instructions for your line references.): | | 54,925. |

a If line 6 is zero or a loss, enter the amount on line 9 below and skip lines 7 and 8. (S corporations, enter the loss on Schedule K (Form 1120S), line 5.)

b If line 6 is a gain, see the instructions under Part I, **Nonrecaptured Net Section 1231 Losses.**

**Note:** *If you had no prior year section 1231 losses and line 6 is a gain, enter the gain from line 6 as a long-term capital gain on Schedule D.*

7 Nonrecaptured net section 1231 losses from prior years. (See instructions.)

8 Subtract line 7 from line 6. If zero or less, enter zero

a If line 8 is zero, enter the amount from line 6 on line 10 below.

b If line 8 is more than zero, enter the amount from line 7 on line 10 below, and enter the amount from line 8 as a long-term capital gain on Schedule D. See specific instructions for line 8b.

## Part II Ordinary Gains and Losses

| | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed (or allowable) since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) LOSS ((f) minus the sum of (d) and (e)) | (h) GAIN ((d) plus (e) minus (f)) |
|---|---|---|---|---|---|---|---|---|
| 9 | Loss, if any, from line 6 | | | | | | | |
| 10 | Gain, if any, from line 6 or amount from line 7 if applicable | | | | | | | |
| 11 | Gain, if any, from line 30, Part III | | | | | | | |
| 12 | Net gain or (loss) from Form 4684, Section B, lines 13 and 20a | | | | | | | 3,033. |
| 13 | Ordinary gain from installment sales from Form 6252, line 21 or 29 (Applies only to sales before 6/7/84) | | | | | | | |
| 14 | Recapture of section 179 deduction on property dispositions by partners and S corporation shareholders (see instructions) | | | | | | | |
| 15 | Other ordinary gains and losses (include property held 6 months or less (1 year or less if acquired before 6/23/84)): | | | | | | | |
| | STATEMENT 5 | | | | | | | 345. |
| | | | | | | | | |
| | | | | | | | | |
| 16 | Add lines 9 through 15 in column (g) and column (h) | | | | | | ( ) | 3,378. |
| 17 | Combine columns (g) and (h) of line 16. Enter gain or (loss) here, and on the appropriate line as follows: | | | | | | | 3,378. |

a For all except individual returns: Enter the gain or (loss) from line 17, on the return being filed.

b For individual returns:

(1) If the loss on line 9 includes a loss from Form 4684, Section B, Part II, column (b)(ii), enter that part of the loss here and on line 19 of Schedule A (Form 1040). Identify as from "Form 4797, line 17b(1)"

(2) Redetermine the gain or (loss) on line 17, excluding the loss (if any) on line 17b(1). Enter here and on Form 1040, line 15 ....... 3,378.

**For Paperwork Reduction Act Notice, see separate instructions.**

95-2396893

Form 4797 (1985) Page 2

**Part III** Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, 1255

Skip section 1252 on line 26 and in the instructions, if you did not dispose of farmland, or if a partnership files this form.

| 18 Description of sections 1245, 1250, 1252, 1254, and 1255 property: | Date acquired (mo., day, yr.) | Date sold (mo., day, yr.) |
|---|---|---|
| A 1521 KIA DRIVE | | |
| B | 111679 | 61485 |
| C | | |
| D | | |

| Relate lines 18A through 18D to these columns ▶ ▶ ▶ ▶ | Property A | Property B | Property C | Property D |
|---|---|---|---|---|
| 19 Gross sales price | 34,700. | | | |
| 20 Cost or other basis plus expense of sale | 31,117. | | | |
| 21 Depreciation (or depletion) allowed (or allowable) | 7,983. | | | |
| 22 Adjusted basis, subtract line 21 from line 20 | 23,134. | | | |
| 23 Total gain, subtract line 22 from line 19 | 11,566. | | | |
| 24 If section 1245 property: | | | | |
| a Depreciation allowed (or allowable) | | | | |
| b Enter smaller of line 23 or 24a | | | | |
| 25 If section 1250 property: (If straight line depreciation used, enter zero on line 25g unless you are a corporation subject to section 291.) | | | | |
| a Additional depreciation after 12/31/75 | 3,033. | | | |
| b Applicable percentage times the smaller of line 23 or line 25a (see instructions) | 3,033. | | | |
| c Subtract line 25a from line 23. If line 23 is not more than line 25a, skip lines 25d and 25e | 8,533. | | | |
| d Add'l depreciation after 12/31/69 & before 1/1/76 | | | | |
| e Applicable percentage times the smaller of line 25c or 25d (see instructions) | | | | |
| f Section 291 amount (For Corporations only) | | | | |
| g Add lines 25b, 25e, and 25f | 3,033. | | | |
| 26 If section 1252 property: | | | | |
| a Soil, water, & land clearing expenses | | | | |
| b Line 26a times applicable percentage (see instructions) | | | | |
| c Enter smaller of line 23 or 26b | | | | |
| 27 If section 1254 property: | | | | |
| a Intangible drilling and development costs deducted after 12/31/75 (see instructions) | | | | |
| b Enter smaller of line 23 or 27a | | | | |
| 28 If section 1255 property: | | | | |
| a Applicable percentage of payments excluded from income under section 126 (see instructions) | | | | |
| b Enter the smaller of line 23 or 28a | | | | |

**Summary of Part III Gains (Complete Property columns A through D through line 28b before going to line 29)**

| | |
|---|---|
| 29 Total gains for all properties (add columns A through D, line 23) | 11,566. |
| 30 Add columns A through D, lines 24b, 25g, 26c, 27b, and 28b. Enter here and in Part II, line 11 | 3,033. |
| 31 Subtract line 30 from line 29. Enter the portion from casualty and theft on Form 4684, Section B, line15; enter the portion from other than casualty and theft on Form 4797, Part I, line 4 | 8,533. |

**Part IV** Complete This Part Only If You Elect Out of the Installment Method And Report a Note or Other Obligation at Less Than Full Face Value

☐ Check here if you elect out of the installment method.

Enter the face amount of the note or other obligation ▶

Enter the percentage of valuation of the note or other obligation ▶

**Part V** Computation of Recapture Amounts Under Sections 179 and 280F When Business Use Drops to 50% or Less (See instructions for Part V.)

| | (a) Section 179 | (b) Section 280F |
|---|---|---|
| 1 Section 179 expense deduction or section 280F recovery deductions | | |
| 2 Depreciation (see instructions). | | |
| 3 Recapture amount. (Subtract line 2 from line 1.) | | |

1985

Name(s) as shown on tax return: RONALD C & MARY

Identifying number: [redacted]-5010

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 1 | Adjusted gross income from Form 1040, line 33 or Form 1040NR | | | 1 | 342,845. |
| 2 | Deductions (see instructions): | | | | |
| a (1) | Medical and dental expense from Schedule A, line 5 | 2a(1) | | | |
| (2) | Multiply Form 1040, line 33 by 5% (.05) | 2a(2) | | | |
| (3) | Subtract line 2a(2) from line 2a(1). (If zero or less, enter zero) | 2a(3) | | | |
| b | Contributions from Schedule A, line 18 | 2b | 16,496. | | |
| c | Casualty and theft losses from Schedule A, line 19 | 2c | | | |
| d | Qualified interest on property used as a residence from Schedule A, line 11 | 2d | 54,939. | | |
| e (1) | Interest, other than line 2d above, from Schedule A, line 14 | 2e(1) | 119,473. | | |
| (2) | Net investment income (If zero or less, enter zero) | 2e(2) | 0. | | |
| (3) | Enter the smaller of line 2e(1) or line 2e(2) | 2e(3) | 0. | | |
| f | Gambling losses to the extent of gambling winnings from Schedule A, line 22 | 2f | | | |
| g | Estate tax allowable under section 691(c) from Schedule A | 2g | | | |
| h | Estates and trusts only: Charitable deduction and income distribution deduction | 2h | | | |
| i | Add lines 2a(3), b, c, d, e(3), f, g, and h | | | 2i | 71,435. |
| 3 | Subtract line 2i from line 1 | | | 3 | 271,410. |
| 4 | Tax preference items: | | | | |
| a | Dividend exclusion | 4a | 200. | | |
| b | 60% capital gain deduction 696,808*** | 4b | 65,653. | | |
| c | Accelerated depreciation on nonrecovery real property or 15 (or 18)-year real property | 4c | 61,630. | | |
| d | Accelerated depreciation on leased personal property or leased recovery property other than 15 (or 18)-year real property | 4d | 780. | | |
| e | Amortization of certified pollution control facilities | 4e | | | |
| f | Mining exploration and development costs | 4f | | | |
| g | Circulation and research and experimental expenditures | 4g | | | |
| h | Reserves for losses on bad debts of financial institutions | 4h | | | |
| i | Depletion | 4i | 9,670. | | |
| j | Incentive stock options | 4j | | | |
| k | Intangible drilling costs | 4k | | | |
| l | Add lines 4a through 4k | | | 4l | 137,933. |
| 5 | Alternative minimum taxable income (add lines 3 and 4(l)) (short period returns, see instructions) | | | 5 | 409,343. |
| 6 | Enter: $40,000, if married filing joint return or qualifying widow(er); $30,000, if single or head of household; $20,000, if married filing separate return or estate or trust | | | 6 | 40,000. |
| 7 | Subtract line 6 from line 5. If zero or less, do not complete the rest of this form | | | 7 | 369,343. |
| 8 | Enter 20% of line 7 | | | 8 | 73,869. |
| 9 | Amount from Form 1040, line 50 or Form 1040NR, line 51 (Do not include Form 1040, line 39 or Form 1040NR, line 41.) (estates and trusts, see instructions) | | | 9 | 26,951. |
| 10 | Subtract line 9 from line 8. If zero or less, enter zero | | | 10 | 46,918. |
| 11 | Foreign tax credit | | | 11 | |
| 12 | Alternative minimum tax (subtract line 11 from line 10). Enter on Form 1040, line 52, or Form 1040NR, line 52, Form 1041, line 31, or Form 990-T, page 1, line 14. | | | 12 | 46,918. |

For Paperwork Reduction Act Notice, see Instructions.

95-2396893

Form 6251 (1985)

***NON-PREFERENCE GAIN ON SALE OF PRINCIPAL RESIDENCE

Form **4255** (Rev. September 1985) Department of the Treasury Internal Revenue Service

# Recapture of Investment Credit

(Including Energy Investment Credit)

▶ Attach to your income tax return

OMB No. 1545-0166 Expires 8-31-88

65

Name(s) as shown on return: RONALD C & MARY G PRATI

Identifying number: [redacted]-5010

| Properties | Kind of property – State whether recovery or nonrecovery (see the instructions for Form 3468 for definitions). If energy property, show type. Also indicate if rehabilitation expenditure property. |
|---|---|
| A | |
| B | |
| C | |
| D | SEE STATEMENT 7 |

| | Computation Steps: (see Specific Instructions) | Properties A | Properties B | Properties C | Properties D |
|---|---|---|---|---|---|
| Original Investment Credit | 1 Original rate of credit | | | | |
| | 2 Date property was placed in service | | | | |
| | 3 Cost or other basis | | | | |
| | 4 Original estimated useful life or class of property | | | | |
| | 5 Applicable percentage | | | | |
| | 6 Original qualified investment (line 3 times line 5) | | | | |
| | 7 Original credit (line 1 times line 6) | | | | |
| | 8 Date property ceased to be qualified investment credit property | | | | |
| | 9 Number of full years between the date on line 2 and the date on line 8 | | | | |
| Computation of Recapture Tax | 10 Recapture percentage (from instructions) | | | | |
| | 11 Tentative recapture tax – Line 7 times line 10 | | | | |

| Computation of Recapture Tax | |
|---|---|
| 12 Add line 11, columns A through D | 282. |
| 13 Enter tax from property ceasing to be at risk, or for which there was an increase in nonqualified nonrecourse financing (attach seperate computation) | |
| 14 Total – Add lines 12 and 13 | 282. |
| 15 Portion of original credit (line 7) not used to offset tax in any year, **plus** any carryback and carryforward of credits you can now apply to the original credit year because you have freed up tax liability in the amount of the tax recaptured (Do not enter more than line 14 – see instructions) | 282. |
| 16 Total increase in tax – Subtract line 15 from line 14. Enter here and on the proper line of your tax return. | 0. |

**For Paperwork Reduction Act Notice, see separate instructions.**

95-2398893

049 2374-52 20

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization

▶ See separate instructions.
▶ Attach this form to your return.

OMB No. 1545-0172

**1985**

67

Name(s) as shown on return
RONALD C & MARY G PRATI

Identifying number
[redacted]-5010

Business or activity to which this form relates
SCHEDULE E - RENTS

## Part I Depreciation

Use Part III, Specific Information Concerning Automobiles and other Listed Property, for certain transportation equipment (e.g. autos), amusement/recreation property, and computer/peripheral equipment.

**Section A. – Election to Expense Recovery Property (Section 179)**

| (a) Class of property | (b) Cost | (c) Expense deduction |
|---|---|---|
| 1 | | |
| | | |
| 2 Listed property - Enter total from Part III, Section A, column (h) | | |
| 3 Total (see instructions for limitations). (Partnerships or S corporations - see the Schedule K and Schedule K-1 Instructions of Form 1065 or 1120S) | | |

**Section B. – Depreciation of Recovery Property**

| (a) Class of property | (b) Date placed in service | (c) Cost or other basis | (d) Recovery period | (e) Method of figuring depreciation | (f) Deduction |
|---|---|---|---|---|---|
| 4 Accelerated Cost Recovery System (ACRS) (see instructions): *For assets other than automobiles and other listed property placed in service* **ONLY** *during tax year beginning in 1985* | | | | | |
| a 3-year property | | | | | |
| b 5-year property | | | | | |
| c 10-year property | | | | | |
| d 15-year public utility property | | | | | |
| e Low-income housing | | | | | |
| f 15-year real property | | | | | |
| g 18-year real property | | | | | |
| (See "Items You Should Note") | | | | | |
| 5 Listed property - Enter total from Part III, Section A, column (g) | | | | | |
| 6 ACRS deduction for assets other than automobiles and other listed property placed in service prior to 1985 (see instructions) | | | | | |

**Section C.–Depreciation of Nonrecovery Property**

| | |
|---|---|
| 7 Property subject to section 168(e)(2) election (see instructions) | |
| 8 Other depreciation (see instructions) SEE STATEMENT 14 | 3,804. |

**Section D.– Summary**

| | |
|---|---|
| 9 Total (Add deductions on lines 3 though 8). Enter here and on the Depreciation line of your return (Partnerships and S corporations— Do NOT include any amounts entered on line 3.) | 3,804. |

## Part II Amortization

| (a) Description of property | (b) Date acquired | (c) Cost or other basis | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total. Enter here and on Other Deductions or Other Expenses line of your return | | | | | |

**See Paperwork Reduction Act Notice on page 1 of the separate instructions.**

95-2396893



Form 4562 (1985)

Form **4952** Department of the Treasury Internal Revenue Service

# Investment Interest Expense Deduction

▶ See instructions.
▶ Attach to Form 1040 (or Form 1041).

OMB No. 1545-0191 **1985** 72

Name(s) as shown on return: RONALD C & MARY G PRATI

Identifying number: [redacted]-5010

Kind of return ▶ [X] Individual [ ] Estate [ ] Trust

## Part I Interest on Investment Debts Incurred Before December 17, 1969

Note: *Use Part I only if you have investment interest expense on debts incurred before December 17, 1969, in addition to debts incurred on or after that date.*

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Interest expense on investment debts incurred before December 17, 1969 | 1 | |
| 2 | Total net investment income | 2 | |
| 3 | Net investment income allocable to the period before December 17, 1969: Line 1 / (Line 1 + Line 7 + Line 15 + Line 27) x Line 2 | 3 | |
| 4 | Subtract line 3 from line 2 - Enter here and on line 10(a) | 4 | |

## Part II Interest on Investment Debts Incurred After September 10, 1975

| Line | Description | Box | Inner amount | Box | Amount |
|---|---|---|---|---|---|
| 5 | Interest expense on investment debts incurred after September 10, 1975 | | | 5 | 85,910. |
| 6 | Carryover - Enter amount from 1984 Form 4952, line 14 (see instructions) | | | 6 | |
| 7 | Total investment interest expense (add lines 5 and 6) | | | 7 | 85,910. |
| 8 (a) | Individuals enter $10,000 ($5,000 if married filing separately) | 8a | 10,000. | | |
| (b) | Additional limitation | 8b | | | |
| 9 | Estates enter $10,000; trusts enter zero | 9 | | | |
| 10 (a) | Total net investment income (amount from line 4 if Part I is used) 10a 144,376. | | | | |
| (b) | Line 7 / (Line 7 + Line 15 + Line 27) x Line 10(a) | 10b | 143,589. | | |
| 11 | Excess expenses from "net lease property" | 11 | | | |
| 12 | Limitation on deduction (add lines 8(a), (b), 9, 10(b) and 11) | | | 12 | 153,589. |
| 13 | Allowable investment interest deduction - Enter the smaller of line 7 or line 12 (see instructions) | | | 13 | 85,910. |
| 14 | Disallowed investment interest to be carried over to 1986 (subtract line 13 from line 7) | | | 14 | |

## Part III Interest on Investment Debts Incurred Before September 11, 1975, and After December 16, 1969

| Line | Description | Box | Inner amount | Box | Amount |
|---|---|---|---|---|---|
| 15 | Interest expense on investment debts incurred before September 11, 1975, and after December 16, 1969 | | | 15 | 471. |
| 16 | Individuals enter $25,000 ($12,500 if married filing separately) | 16 | 25,000. | | |
| 17 | Estates enter $25,000; trusts enter zero | 17 | | | |
| 18 | Net investment income (subtract line 10(b) from line 10(a)) | 18 | 787. | | |
| 19 | Excess expenses from "net lease property" | 19 | | | |
| 20 | Net long-term capital gain minus net short-term capital loss from sale or exchange of property held for investment. **Note:** *To adjust this gain on Schedule D or Form 4798, see Schedule D (Form 1040) instructions.* | 20 | 1,270,769. | | |
| 21 | Tentative limitation (add lines 16 through 20) | | | 21 | 1,296,556. |
| 22 | Subtract line 21 from line 15. If line 21 is more than line 15, enter zero | | | 22 | |
| 23 | Additional deduction (50% of line 22) | | | 23 | |
| 24 | Limitation on deduction (add lines 21 and 23) | | | 24 | 1,296,556. |
| 25 | Allowable investment interest deduction - Enter the smaller of line 15 or line 24 (see instructions) | | | 25 | 471. |
| 26 | Disallowed investment interest to be carried over to 1986 (subtract line 25 from line 15) | | | 26 | |

## Part IV Investment Interest Expense Carryover From Earlier Years-Incurred Before September 11, 1975

| Line | Description | Box | Inner amount | Box | Amount |
|---|---|---|---|---|---|
| 27 | Carryover - Enter the sum of the amounts from 1984 Form 4952, lines 26 and 35 (see instructions) | | | 27 | |
| 28 | Enter amount reportable on line 18 plus $25,000* | 28 | | | |
| 29 | Enter the larger of line 15 or $25,000* | 29 | | | |
| 30 | Subtract line 29 from line 28. If line 29 is larger than line 28, enter zero | 30 | | | |
| 31 | Enter 50% of line 30 | | | 31 | |
| 32 | Allowable investment interest deduction (enter the smaller of line 27 or line 31) | | | 32 | |
| 33 | Interest carryover from earlier years disallowed in 1985 (subtract line 32 from line 27) | | | 33 | |
| 34 | Enter the 60% capital gain deduction from your 1985 Schedule D or 1985 Form 4798 | | | 34 | |
| 35 | Interest carryover to 1986 (subtract line 34 from line 33) | | | 35 | |

* $12,500, if married filing separately; zero, if a trust.

**For Paperwork Reduction Act Notice, see separate instructions.**

95-2396893

Form **4952** (1985)

Form **8271** (Rev. December 1985) Department of the Treasury Internal Revenue Service

# Investor Reporting of Tax Shelter Registration Number

▶ Attach to your tax return

▶ If you received this form from a partnership, S corporation, or trust, see the Instructions.

OMB No. 1545-0881

Expires 11-30-87

Investor's name(s) as shown on return: RONALD C & MARY G PRATI

Investor's taxpayer identification number: [redacted]-5010

Investor's tax year ending: 12-31-85

**Part I** Tax Shelter Information

| | a. Tax Shelter Name | b. Tax Shelter Registration Number (11-DIGIT NUMBER) | c. Tax Shelter Taxpayer ID Number | d. Type of Tax Shelter (see instructions) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | HEAVENER, OGIER ENERGY INVESTORS LTD - 84A | | | |
| 3 | | 84303001121 | 59-2438710 | 32 |
| 4 | PIONEER ASSOCIATES 6925 UNION PARK CENTER | | | |
| 5 | CANYON DESERT VINEYARDS 5000 BIRCH ST., STE 610 | 85156000649 | 87-0420968 | 37 |
| | | 85171001341 | 33-0098216 | 15 |

**Part II** Tax Shelter Benefits Claimed or Reported By Investor on This Return

| | a. Gross Income, Gross Profits, and Gains | b. Deductions and Losses | c. Credits | d. Forms and Schedules Where Benefits Are Claimed or Reported |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | SEE K-1 (FORM 1065) ATTACHED |
| 4 | | | | |
| 5 | | | | SEE K-1 (FORM 1065) ATTACHED |
| | | | | SEE K-1 (FORM 1065) ATTACHED |

For Paperwork Reduction Act Notice, see separate Instructions.

95-2396893

Form **8271** (Rev. 12-85)

Form **8271** (Rev. December 1985)
Department of the Treasury
Internal Revenue Service

# Investor Reporting of Tax Shelter Registration Number

▶ Attach to your tax return
▶ If you received this form from a partnership, S corporation, or trust, see the Instructions.

OMB No. 1545-0881
Expires 11-30-87

Investor's name(s) as shown on return: RONALD C & MARY G PRATI

Investor's taxpayer identification number: [redacted]-5010

Investor's tax year ending: 12-31-85

**Part I** Tax Shelter Information

| | a. Tax Shelter Name | b. Tax Shelter Registration Number (11-DIGIT NUMBER) | c. Tax Shelter Taxpayer ID Number | d. Type of Tax Shelter (see instructions) |
|---|---|---|---|---|
| 1 | AGRI VENTURE FUND<br>5000 BIRCH STREET | | | |
| 2 | RANCHO PENASQUITOS<br>2144 SO HIGHLAND DR. | 85345000617 | 33-0115708 | 15 |
| 3 | EMPEROR SEEDLESS-85<br>5000 BIRCH ST. | 85206000201 | 94-2962575 | 37 |
| 4 | | 85262001168 | 33-0112157 | 15 |
| 5 | | | | |

**Part II** Tax Shelter Benefits Claimed or Reported By Investor on This Return

| | a. Gross Income, Gross Profits, and Gains | b. Deductions and Losses | c. Credits | d. Forms and Schedules Where Benefits Are Claimed or Reported |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | SEE K-1 (FORM 1065) ATTACHED |
| 3 | | | | SEE K-1 (FORM 1065) ATTACHED |
| 4 | | | | SEE K-1 (FORM 1065) ATTACHED |
| 5 | | | | |

**For Paperwork Reduction Act Notice, see separate Instructions.**
95-2396893

Form **8271** (Rev. 12-85)

[redacted]-5010 PRATI 049 2374-52

1985 FEDERAL INCOME TAX STATEMENTS



STATEMENT 15 - INCOME FROM PARTNERSHIPS (CONTINUED)

NAME AND ADDRESS OF PARTNERSHIP
EMPEROR SEEDLESS-85
5000 BIRCH ST.
NEWPORT BEACH, CA
FED EMP I.D. NUMBER 33-0112157

| | | |
|---|---|---|
| TOTAL PARTNERSHIP INCOME | | -66,120 |
| | | =========== |
| OTHER K-1 INFORMATION | | |
| TAX PREFERENCE ITEMS | | |
| QUALIFIED INVESTMENT INCOME | 166 | |
| QUALIFIED INVESTMENT EXPENSES | 66,286 | |
| INVESTMENT INTEREST EXPENSE | | |
| INVESTMENT INCOME | 146 | |

NAME AND ADDRESS OF PARTNERSHIP
EQI ROYALTY TRUST
618 STERLING PLAZA
5949 SHERRY LANE
DALLAS, TEXAS
FED EMP I.D. NUMBER 75-2056565

| | | |
|---|---|---|
| TOTAL PARTNERSHIP INCOME | | 988 |
| | | =========== |

NAME AND ADDRESS OF PARTNERSHIP
GATOR VAIL ASSOCIATES
105 SAND PINE LANE
LONGWOOD, FL
FED EMP I.D. NUMBER 59-2530204

| | | |
|---|---|---|
| TOTAL PARTNERSHIP INCOME | | -1,081 |
| LESS INTANGIBLE DRILLING COSTS | | 10,868 |
| | | ----------- |
| NET PARTNERSHIP INCOME | | -11,949 |
| | | =========== |
| OTHER K-1 INFORMATION | | |
| PROPERTY QUALIFIED FOR INVESTMENT CREDIT | | |
| NEW RECOVERY PROPERTY - OTHER - REDUCED CREDIT | 2,387 | |
| TAX PREFERENCE ITEMS | | |
| EXCESS INTANGIBLE DRILLING COSTS | 7,413 | |
| QUALIFIED INVESTMENT INCOME | 384 | |

[redacted]-5010 PRATI 049 2374-52

1985 FEDERAL INCOME TAX STATEMENTS



STATEMENT 15 - INCOME FROM PARTNERSHIPS (CONTINUED)

NAME AND ADDRESS OF PARTNERSHIP
BROADMOOR PRESTON PARTNERS
1999 BRYAN STREET
DALLAS, TEXAS 75201
FED EMP I.D. NUMBER 75-2064781

| | | |
|---|---|---|
| TOTAL PARTNERSHIP INCOME | | -22 |
| | | =========== |

NAME AND ADDRESS OF PARTNERSHIP
CANYON DESERT VINEYARDS
5000 BIRCH ST., STE 610
NEWPORT BEACH, CA 92660
FED EMP I.D. NUMBER 33-0098216

| | | |
|---|---|---|
| TOTAL PARTNERSHIP INCOME | | -94,893 |
| | | =========== |
| OTHER K-1 INFORMATION | | |
| TAX PREFERENCE ITEMS | | |
| QUALIFIED INVESTMENT INCOME | 168 | |
| QUALIFIED INVESTMENT EXPENSES | 95,061 | |
| INVESTMENT INTEREST EXPENSE | | |
| INVESTMENT INCOME | 168 | |

NAME AND ADDRESS OF PARTNERSHIP
AGRI VENTURE FUND
5000 BIRCH STREET
NEWPORT BEACH, CA
FED EMP I.D. NUMBER 33-0115708

| | | |
|---|---|---|
| TOTAL PARTNERSHIP INCOME | | -89,290 |
| | | =========== |
| OTHER K-1 INFORMATION | | |
| PROPERTY QUALIFIED FOR INVESTMENT CREDIT | | |
| NEW RECOVERY PROPERTY - 3-YEAR | 56 | |
| NEW RECOVERY PROPERTY - OTHER | 6,712 | |
| NEW RECOVERY PROPERTY - OTHER - REDUCED CREDIT | 41 | |
| TAX PREFERENCE ITEMS | | |
| QUALIFIED INVESTMENT INCOME | 92 | |
| QUALIFIED INVESTMENT EXPENSES | 79,049 | |



STATEMENT 15 (CONTINUED)