**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

for calendar year 1985 or fiscal year beginning , and ending

OMB No. 1545-0099

**1985**

**Partner's identifying number** ▶ [redacted]-5010

Partner's name, address, and ZIP code PARTNER NO 175
RONALD C. PRATI
DALLAS NEPHROLOGY ASSOCIATES
6010 FOREST PARK ROAD
DALLAS, TX 75235

**Partnership's identifying number** ▶ 33-0115708

Partnership's name, address, and ZIP code
AGRI-VENTURE FUND
C/O AMERICAN AGRI-CORP
5000 BIRCH ST, STE 610
NEWPORT BEACH
CA 92660

A Is partner a general partner (see page 3 of Instructions for Form 1065)? ☐ YES ☒ NO

B Partner's share of liabilities (see page 10 of Instructions for Form 1065):
Nonrecourse $ NA
Other $ 57,000.

C What type of entity is this partner? ▶ INDIVIDUAL

D Enter partner's percentage of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.277500% |
| Loss sharing | % | 0.277500% |
| Ownership of capital | % | 0.277500% |

E IRS Center where partnership filed return ▶ FRESNO, CA

F Tax Shelter Registration Number ▶ 85345000617

G Reconciliation of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Ordinary income (loss) from line 1 | (d) Income not included in column (c), plus nontaxable income | (e) Losses not included in column (c), plus unallowable deductions | (f) Withdrawals and distributions | (g) Capital account at end of year |
|---|---|---|---|---|---|---|
| | 30,000. | -89,290. | | | | -59,290. |

| | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) | -89,290. | Sch. E, Part II, col. (e) or (f) |
| | 2 Guaranteed payments | | Sch. E, Part II, column (f) |
| | 3 Dividends qualifying for exclusion | | Sch. B, Part II, line 4 |
| | 4 Net short-term capital gain (loss) | | Sch. D, line 4, col. (f) or (g) |
| | 5 Net long-term capital gain (loss) | | Sch. D, line 12, col. (f) or (g) |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) | | Form 4797, line 1 |
| | 7 Other | | (Enter on applicable lines of your return) |
| Deductions | 8 Charitable contributions | | See Form 1040 instructions |
| | 9 Expense deduction for recovery property (section 179) | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | 10 Other | | (Enter on applicable lines of your return) |
| Credits | 11 Credit for income tax withheld | | See Form 1040 instructions, line 57 for Backup Withholding |
| | 12 Other | | (Enter on applicable lines of your return) |
| Self-employment | 13 a Net earnings (loss) from self-employment | | Sch. SE, Part I |
| | b Gross farming or fishing income | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | c Gross nonfarm income | | |
| Tax Preference Items | 14 a Accelerated depreciation on nonrecovery real property or 15-year or 18-year real property | | Form 6251, line 4c |
| | b Accelerated depreciation on leased personal property or leased recovery property other than 15-year or 18-year real property | | Form 6251, line 4d |
| | c Depletion (other than oil and gas) | | Form 6251, line 4i |
| | d (1) Gross income from oil, gas, and geothermal properties | | See Form 6251 instructions |
| | (2) Deductions allocable to oil, gas, and geothermal properties | | See Form 6251 instructions |
| | e (1) Qualified investment income included in Schedule K-1, line 1 | 92. | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | (2) Qualified investment expenses included in Schedule K-1, line 1 | 79,049. | |
| | f Other | | |

**For Paperwork Reduction Act Notice, see Form 1065 Instructions.**



Exhibit 2

| | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| Investment Interest | 15 a Interest expense on: | | |
| | (1) Investment debts incurred before 12/17/69 | | Form 4952, line 1 |
| | (2) Investment debts incurred before 9/11/75, but after 12/16/69 | | Form 4952, line 15 |
| | (3) Investment debts incurred after 9/10/75 | | Form 4952, line 5 |
| | b (1) Investment income included in Schedule K-1, line 1 | 44. | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | (2) Investment expenses included in Schedule K-1, line 1 | | |
| | c (1) Income from "net lease property" | | |
| | (2) Expenses from "net lease property" | | |
| Foreign Taxes | 16 a Type of income | | Form 1116, Check boxes |
| | b Name of foreign country or U.S. possession | | Form 1116, Part I |
| | c Total gross income from sources outside the U.S. (attach schedule) | | Form 1116, Part I |
| | d Total applicable deductions and losses (attach schedule) | | Form 1116, Part I |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | | Form 1116, Part II |
| | f Reduction in taxes available for credit (attach schedule) | | Form 1116, Part III |
| | g Other (attach schedule) | | Form 1116 Instructions |
| Other | 17 Other items and amounts not included in lines 1 through 16g and 18 and 19 that are required to be reported separately to you | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |

| Property Eligible for Investment Credit | 18 | | | (b) Amount | (c) |
|---|---|---|---|---|---|
| | Regular Percentage | Cost or other basis of new recovery property | a 3-Year | 506. | Form 3468, line 1(a) |
| | | | b Other | 6,712. | Form 3468, line 1(b) |
| | | Cost or other basis of used recovery property | c 3-Year | | Form 3468, line 1(c) |
| | | | d Other | 41. | Form 3468, line 1(d) |
| | Section 48(q) Election to Reduce Credit (Instead of Adjusting Basis) | Cost or other basis of new recovery property | e 3-Year | | Form 3468, line 1(e) |
| | | | f Other | | Form 3468, line 1(f) |
| | | Cost or other basis of used recovery property | g 3-Year | | Form 3468, line 1(g) |
| | | | h Other | | Form 3468, line 1(h) |
| | i Other property (see instructions for Schedule K-1 Form 1065) | | | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |

| Property Subject to Recapture of Investment Credit | 19 Properties: | A | B | C | |
|---|---|---|---|---|---|
| | a Description of property (State whether recovery or nonrecovery property. If recovery property, state whether regular percentage method or section 48(q) election used.) | | | | Form 4255, top |
| | b Date placed in service | | | | Form 4255, line 2 |
| | c Cost or other basis | | | | Form 4255, line 3 |
| | d Class of recovery property or original estimated useful life | | | | Form 4255, line 4 |
| | e Date item ceased to be investment credit property | | | | Form 4255, line 8 |

95-2396893

006 7069-58
00227

Form 8271
(November 1984)
Department of the Treasury
Internal Revenue Service

# Investor Reporting of Tax Shelter Registration Number

▶ Attach to your tax return
▶ If you received this form from a partnership, S corporation, or trust, see the instructions.

OMB No. 1545-0881
Expires 9-30-87

| Investor's name(s) as shown on return | Investor's taxpayer identification number | Investor's tax year ending |
|---|---|---|
| RONALD C. PRATI<br>DALLAS NEPHROLOGY ASSOCIATES | [redacted]-5010 | |

**Part I** Tax Shelter Information

| | a. Tax Shelter Name | b. Tax Shelter Registration Number | c. Tax Shelter Taxpayer Identification Number | d. Type of Tax Shelter (see inst.) |
|---|---|---|---|---|
| 1 | AGRI-VENTURE FUND<br>C/O AMERICAN AGRI-CORP | 85345000617 | 33-0115708 | 15 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**Part II** Tax Shelter Benefits Claimed or Reported By Investor on This Return

| | a. Gross Income, Gross Profits, and Gains | b. Deductions and Losses | c. Credits | d. Forms and Schedules Where Benefits Are Claimed or Reported |
|---|---|---|---|---|
| 1 | | | | SEE SCHEDULE K-1 (FORM 1065) ATTACHED |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**For Paperwork Reduction Act Notice, see instructions.**
95-2396893

Form **8271** (11-84)

Schedule K-1 (Form 1065)
Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

for calendar year 1985 or fiscal year beginning , and ending

OMB No. 1545-0099

**1985**

Partner's identifying number ▶ [redacted]-5010

Partner's name, address, and ZIP code PARTNER NO 69
RONALD C. PRATI
DALLAS NEPHROLOGY ASSOCIATES
6010 FOREST PARK ROAD
DALLAS, TX 75235

Partnership's identifying number ▶ 33-0098216

Partnership's name, address, and ZIP code
CANYON DESERT VINEYARDS
C/O AMERICAN AGRI-CORP
5000 BIRCH ST., STE 610
NEWPORT BEACH
CA 92660

A Is partner a general partner (see page 3 of Instructions for Form 1065)? [ ] YES [X] NO

B Partner's share of liabilities (see page 10 of Instructions for Form 1065):
Nonrecourse $ 30,886.
Other $ 49,500.

C What type of entity is this partner? ▶ INDIVIDUAL

D Enter partner's percentage of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 1.247700% |
| Loss sharing | % | 1.247700% |
| Ownership of capital | % | 1.247700% |

E IRS Center where partnership filed return ▶ FRESNO, CA

F Tax Shelter Registration Number ▶ 85171001341

G Reconciliation of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Ordinary income (loss) from line 1 |
|---|---|---|
| | 45,000. | -94,893. |

| (d) Income not included in column (c), plus nontaxable income | (e) Losses not included in column (c), plus unallowable deductions | (f) Withdrawals and distributions | (g) Capital account at end of year |
|---|---|---|---|
| | | | -49,893. |

| | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) | -94,893. | Sch. E, Part II, col. (e) or (f) |
| | 2 Guaranteed payments | | Sch. E, Part II, column (f) |
| | 3 Dividends qualifying for exclusion | | Sch. B, Part II, line 4 |
| | 4 Net short-term capital gain (loss) | | Sch. D, line 4, col. (f) or (g) |
| | 5 Net long-term capital gain (loss) | | Sch. D, line 12, col. (f) or (g) |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) | | Form 4797, line 1 |
| | 7 Other | | (Enter on applicable lines of your return) |
| Deductions | 8 Charitable contributions | | See Form 1040 instructions |
| | 9 Expense deduction for recovery property (section 179) | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | 10 Other | | (Enter on applicable lines of your return) |
| Credits | 11 Credit for income tax withheld | | See Form 1040 instructions, line 57 for Backup Withholding |
| | 12 Other | | (Enter on applicable lines of your return) |
| Self-employment | 13 a Net earnings (loss) from self-employment | | Sch. SE, Part I |
| | b Gross farming or fishing income | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | c Gross nonfarm income | | |
| Tax Preference Items | 14 a Accelerated depreciation on nonrecovery real property or 15-year or 18-year real property | | Form 6251, line 4c |
| | b Accelerated depreciation on leased personal property or leased recovery property other than 15-year or 18-year real property | | Form 6251, line 4d |
| | c Depletion (other than oil and gas) | | Form 6251, line 4i |
| | d (1) Gross income from oil, gas, and geothermal properties | | See Form 6251 instructions |
| | (2) Deductions allocable to oil, gas, and geothermal properties | | See Form 6251 instructions |
| | e (1) Qualified investment income included in Schedule K-1, line 1 | 168. | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | (2) Qualified investment expenses included in Schedule K-1, line 1 | 95,061. | |
| | f Other | | |

For Paperwork Reduction Act Notice, see Form 1065 Instructions.

Schedule K-1 (Form 1065) 1985

95-2396893

Exhibit 3

| | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| Investment Interest | 15 a Interest expense on: | | |
| | (1) Investment debts incurred before 12/17/69 | | Form 4952, line 1 |
| | (2) Investment debts incurred before 9/11/75, but after 12/16/69 | | Form 4952, line 15 |
| | (3) Investment debts incurred after 9/10/75 | | Form 4952, line 5 |
| | b (1) Investment income included in Schedule K-1, line 1 | 168. | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | (2) Investment expenses included in Schedule K-1, line 1 | | |
| | c (1) Income from "net lease property" | | |
| | (2) Expenses from "net lease property" | | |
| Foreign Taxes | 16 a Type of income | | Form 1116, Check boxes |
| | b Name of foreign country or U.S. possession | | Form 1116, Part I |
| | c Total gross income from sources outside the U.S. (attach schedule) | | Form 1116, Part I |
| | d Total applicable deductions and losses (attach schedule) | | Form 1116, Part I |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | | Form 1116, Part II |
| | f Reduction in taxes available for credit (attach schedule) | | Form 1116, Part III |
| | g Other (attach schedule) | | Form 1116 Instructions |
| Other | 17 Other items and amounts not included in lines 1 through 16g and 18 and 19 that are required to be reported separately to you | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |

| | 18 | | | (b) Amount | (c) |
|---|---|---|---|---|---|
| Property Eligible for Investment Credit | Regular Percentage | Cost or other basis of new recovery property | a 3-Year | | Form 3468, line 1(a) |
| | | | b Other | | Form 3468, line 1(b) |
| | | Cost or other basis of used recovery property | c 3-Year | | Form 3468, line 1(c) |
| | | | d Other | | Form 3468, line 1(d) |
| | Section 48(q) Election to Reduce Credit (Instead of Adjusting Basis) | Cost or other basis of new recovery property | e 3-Year | | Form 3468, line 1(e) |
| | | | f Other | | Form 3468, line 1(f) |
| | | Cost or other basis of used recovery property | g 3-Year | | Form 3468, line 1(g) |
| | | | h Other | | Form 3468, line 1(h) |
| | i Other property (see instructions for Schedule K-1 Form 1065) | | | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |

| | 19 Properties: | A | B | C | |
|---|---|---|---|---|---|
| Property Subject to Recapture of Investment Credit | a Description of property (State whether recovery or nonrecovery property. If recovery property, state whether regular percentage method or section 48(q) election used.) | | | | |
| | b Date placed in service | | | | Form 4255, top |
| | c Cost or other basis | | | | Form 4255, line 2 |
| | d Class of recovery property or original estimated useful life | | | | Form 4255, line 3 |
| | | | | | Form 4255, line 4 |
| | e Date item ceased to be investment credit property | | | | Form 4255, line 8 |

95-2396893

020 7512-50
00098

Form **8271** (November 1984) Department of the Treasury Internal Revenue Service

# Investor Reporting of Tax Shelter Registration Number

▶ Attach to your tax return

▶ If you received this form from a partnership, S corporation, or trust, see the instructions.

OMB No. 1545-0881
Expires 9-30-87

| Investor's name(s) as shown on return | Investor's taxpayer identification number | Investor's tax year ending |
|---|---|---|
| RONALD C. PRATI | [redacted]-5010 | |

**Part I** Tax Shelter Information

| | a. Tax Shelter Name | b. Tax Shelter Registration Number | c. Tax Shelter Taxpayer Identification Number | d. Type of Tax Shelter (see inst.) |
|---|---|---|---|---|
| 1 | CANYON DESERT VINEYARDS C/O AMERICAN AGRI-CORP | 85171001341 | 33-0098216 | 15 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**Part II** Tax Shelter Benefits Claimed or Reported By Investor on This Return

| | a. Gross Income, Gross Profits, and Gains | b. Deductions and Losses | c. Credits | d. Forms and Schedules Where Benefits Are Claimed or Reported |
|---|---|---|---|---|
| 1 | | | | SEE SCHEDULE K-1 (FORM 1065) ATTACHED |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**For Paperwork Reduction Act Notice, see instructions.**
95-2396893

Form **8271** (11-84)

Schedule K-1 (Form 1065)
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

for calendar year 1985 or fiscal year
beginning , and ending

OMB No. 1545-0099
**1985**

Partner's identifying number ▶ [redacted]-5010

Partner's name, address, and ZIP code PARTNER NO 89
RONALD C. PRATI, M.D.
DALLAS NEPHROLOGY ASSOCIATES
6010 FOREST PARK ROAD
DALLAS, TX 75235

Partnership's identifying number ▶ 33-0112157

Partnership's name, address, and ZIP code
EMPEROR SEEDLESS-85
C/O AMERICAN AGRI-CORP
5000 BIRCH ST., STE 610
NEWPORT BEACH
CA 92660

A Is partner a general partner (see page 3 of Instructions for Form 1065)? ☐ YES ☒ NO

B Partner's share of liabilities (see page 10 of Instructions for Form 1065):
Nonrecourse $ NA
Other $ 36,000.

C What type of entity is this partner? ▶ INDIVIDUAL

D Enter partner's percentage of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.728600% |
| Loss sharing | % | 0.728600% |
| Ownership of capital | % | 0.728600% |

E IRS Center where partnership filed return ▶ FRESNO, CA

F Tax Shelter Registration Number ▶ 85262001168

G Reconciliation of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Ordinary income (loss) from line 1 |
|---|---|---|
| | 30,000. | -66,120. |

| (d) Income not included in column (c), plus nontaxable income | (e) Losses not included in column (c), plus unallowable deductions | (f) Withdrawals and distributions | (g) Capital account at end of year |
|---|---|---|---|
| | | | -36,120. |

| | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) | -66,120. | Sch. E, Part II, col. (e) or (f) |
| | 2 Guaranteed payments | | Sch. E, Part II, column (f) |
| | 3 Dividends qualifying for exclusion | | Sch. B, Part II, line 4 |
| | 4 Net short-term capital gain (loss) | | Sch. D, line 4, col. (f) or (g) |
| | 5 Net long-term capital gain (loss) | | Sch. D, line 12, col. (f) or (g) |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) | | Form 4797, line 1 |
| | 7 Other | | (Enter on applicable lines of your return) |
| Deductions | 8 Charitable contributions | | See Form 1040 instructions |
| | 9 Expense deduction for recovery property (section 179) | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | 10 Other | | (Enter on applicable lines of your return) |
| Credits | 11 Credit for income tax withheld | | See Form 1040 instructions, line 57 for Backup Withholding |
| | 12 Other | | (Enter on applicable lines of your return) |
| Self-employment | 13 a Net earnings (loss) from self-employment | | Sch. SE, Part I |
| | b Gross farming or fishing income | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | c Gross nonfarm income | | |
| Tax Preference Items | 14 a Accelerated depreciation on nonrecovery real property or 15-year or 18-year real property | | Form 6251, line 4c |
| | b Accelerated depreciation on leased personal property or leased recovery property other than 15-year or 18-year real property | | Form 6251, line 4d |
| | c Depletion (other than oil and gas) | | Form 6251, line 4i |
| | d (1) Gross income from oil, gas, and geothermal properties | | See Form 6251 instructions |
| | (2) Deductions allocable to oil, gas, and geothermal properties | | See Form 6251 instructions |
| | e (1) Qualified investment income included in Schedule K-1, line 1 | 166. | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | (2) Qualified investment expenses included in Schedule K-1, line 1 | 66,286. | |
| | f Other | | |

For Paperwork Reduction Act Notice, see Form 1065 Instructions.

Schedule K-1 (Form 1065) 1985
95-2396893

Exhibit 4

| | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| Investment Interest | 15 a Interest expense on: | | |
| | (1) Investment debts incurred before 12/17/69 | | Form 4952, line 1 |
| | (2) Investment debts incurred before 9/11/75, but after 12/16/69 | | Form 4952, line 15 |
| | (3) Investment debts incurred after 9/10/75 | | Form 4952, line 5 |
| | b (1) Investment income included in Schedule K-1, line 1 | 146. | (See Partner's Instructions for Schedule K-1 (Form 1065)) |
| | (2) Investment expenses included in Schedule K-1, line 1 | | |
| | c (1) Income from "net lease property" | | |
| | (2) Expenses from "net lease property" | | |
| Foreign Taxes | 16 a Type of income | | Form 1116, Check boxes |
| | b Name of foreign country or U.S. possession | | Form 1116, Part I |
| | c Total gross income from sources outside the U.S. (attach schedule) | | Form 1116, Part I |
| | d Total applicable deductions and losses (attach schedule) | | Form 1116, Part I |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | | Form 1116, Part II |
| | f Reduction in taxes available for credit (attach schedule) | | Form 1116, Part III |
| | g Other (attach schedule) | | Form 1116 Instructions |
| Other | 17 Other items and amounts not included in lines 1 through 16g and 18 and 19 that are required to be reported separately to you | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |

| Property Eligible for Investment Credit | 18 | | | (b) Amount | (c) |
|---|---|---|---|---|---|
| | Regular Percentage | Cost or other basis of new recovery property | a 3-Year | | Form 3468, line 1(a) |
| | | | b Other | | Form 3468, line 1(b) |
| | | Cost or other basis of used recovery property | c 3-Year | | Form 3468, line 1(c) |
| | | | d Other | | Form 3468, line 1(d) |
| | Section 48(q) Election to Reduce Credit (Instead of Adjusting Basis) | Cost or other basis of new recovery property | e 3-Year | | Form 3468, line 1(e) |
| | | | f Other | | Form 3468, line 1(f) |
| | | Cost or other basis of used recovery property | g 3-Year | | Form 3468, line 1(g) |
| | | | h Other | | Form 3468, line 1(h) |
| | i Other property (see instructions for Schedule K-1 Form 1065) | | | | (See Partner's Instructions for Schedule K-1 (Form 1065)) |

| Property Subject to Recapture of Investment Credit | 19 Properties: | A | B | C | |
|---|---|---|---|---|---|
| | a Description of property (State whether recovery or nonrecovery property. If recovery property, state whether regular percentage method or section 48(q) election used.) | | | | Form 4255, top |
| | b Date placed in service | | | | Form 4255, line 2 |
| | c Cost or other basis | | | | Form 4255, line 3 |
| | d Class of recovery property or original estimated useful life | | | | Form 4255, line 4 |
| | e Date item ceased to be investment credit property | | | | Form 4255, line 8 |

95-2396893

Form 8271
(November 1984)
Department of the Treasury
Internal Revenue Service

# Investor Reporting of Tax Shelter Registration Number

▶ Attach to your tax return

▶ If you received this form from a partnership, S corporation, or trust, see the instructions.

OMB No. 1545-0881
Expires 9-30-87

| Investor's name(s) as shown on return | Investor's taxpayer identification number | Investor's tax year ending |
|---|---|---|
| RONALD C. PRATI, M.D. | [redacted]-5010 | |

## Part I Tax Shelter Information

| | a. Tax Shelter Name | b. Tax Shelter Registration Number | c. Tax Shelter Taxpayer Identification Number | d. Type of Tax Shelter (see inst.) |
|---|---|---|---|---|
| 1 | EMPEROR SEEDLESS-85<br>C/O AMERICAN AGRI-CORP | 85262001168 | 33-0112157 | 15 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

## Part II Tax Shelter Benefits Claimed or Reported By Investor on This Return

| | a. Gross Income, Gross Profits, and Gains | b. Deductions and Losses | c. Credits | d. Forms and Schedules Where Benefits Are Claimed or Reported |
|---|---|---|---|---|
| 1 | | | | SEE SCHEDULE K-1 (FORM 1065) ATTACHED |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

For Paperwork Reduction Act Notice, see instructions.

95-2396893

Form 8271 (11-84)