06/21/02

UNITED STATES TAX COURT
DOCKET ENTRIES

Docket No. 15034-91 INDEX

Agri-Venture Fund, Frederick H. Behrens, Tax Matters Partner
v. COMMISSIONER OF INTERNAL REVENUE

| | | |
|---|---|---|
| Agri-Venture Fund<br>C/O Frederick H. Behrens | MS0086<br>NO. 4 | (Service Attorney)<br>Mather,Steven Ray<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212-1968 |
| | KE0153 | Kajan,Elliott Hugh<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212-1968 |
| | BK0089 | Barish,Kenneth M.<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212-1968 |
| | SJ1899 | Silver,Jason Mark<br>Walker Silver, PLC<br>Suite 1100, Great Amer. Tower<br>3200 North Central Avenue<br>Phoenix, AZ 85012-2430 |
| Frederick H. Behrens | MS0086<br>NO. 4 | Mather,Steven Ray<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212-1968 |
| | KE0153 | Kajan,Elliott Hugh<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212-1968 |
| | BK0089 | Barish,Kenneth M.<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212-1968 |

(Continued to page 2)



| | | |
|---|---|---|
| | SJ1899 | Silver,Jason Mark<br>Walker Silver, PLC<br>Suite 1100, Great Amer. Tower<br>3200 North Central Avenue<br>Phoenix, AZ 85012-2430 |

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 07/10/91 | PF | PETITION Filed:Fee Paid | | R 07/12/91 | |
| 0002 | 07/10/91 | DPT | DESIGNATION of Trial at Washington, DC | | R 07/12/91 | |

Exhibit 8

B57

0003 08/09/91 NOE NOTICE OF ELECTION TO PARTICIPATE by Muhammad & Riffat Afridi and Ernst & Julane Knobil. C/S-Resp P 08/12/91
0004 08/14/91 NOE NOTICE OF ELECTION TO PARTICIPATE by Marshall H. & Rosslyn F. Crawford, Herbert G. Haydel & Richard A. & Mary Grace Levacy. C/S-resp P 08/15/91
0005 08/19/91 NOE NOTICE OF ELECTION TO PARTICIPATE by Donald G. & Ronna W. Martin. C/S-Resp P 08/26/91
0006 08/22/91 NOE NOTICE OF ELECTION TO PARTICIPATE by Noble Weir Kyle, II and William E. & Barbara H. Sanders. C/S-Resp. P 08/26/91
0007 08/23/91 NOE NOTICE OF ELECTION TO PARTICIPATE by William T. & Carroll S. Flowers and Katherine G. Pryor. C/S-Resp P 08/26/91
0008 08/26/91 MOTR MOTION by resp. to ext. time to move or ans. to 9/9/91 & 9/24/91. (no obj) C/S GR 08/30/91 B 08/30/91
0009 09/05/91 NOE NOTICE OF ELECTION TO PARTICIPATE by Buck Wayne McNeil, John K. Wallace, Jr. & Herbert L. & Eleanor B. Watrous. C/S
0010 09/09/91 JMOT JT. MOTION re:procedure. ORD 09/12/91
0011 09/12/91 OAJ ORDER that case is assigned to Judge Dawson. for statute of limitations issue only. Ans due 10-1-91; Reply due 10-11-91; Resp. mot. for partial summ. judg. due 11-25-91. B 09/13/91 C
0012 09/17/91 NOE NOTICE OF ELECTION TO PARTICIPATE by Leslie C. & Kathryn B. Grammer. C/S-Resp P 09/18/91 C
0013 10/01/91 ACS ANSWER (C/S 09/30/91).
0014 10/03/91 NOE NOTICE OF ELECTION TO PARTICIPATE by Wilfred J. Blease. B 10/08/91
0015 10/04/91 NOE NOTICE OF ELECTION TO PARTICIPATE by Phillip R. & Lucinn T. Sams, Edward John O'Neill, Jr. & James H. Ward. C/S

(Continued to page 3)



| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0016 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE Harvey Folks Zimand. | | B 10/15/91 | C |
| 0017 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE E. Lisk Wyckoff, Jr. | | B 10/15/91 | C |
| 0018 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE John F. Gibbons. | | B 10/15/91 | C |
| 0019 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE Robert Ehrenbard. | | B 10/15/91 | C |
| 0020 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE Eugene T. D'Ablemont. | | B 10/15/91 | C |
| 0021 | 10/10/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE Brian Christaldi. | | B 10/15/91 | C |
| 0022 | 10/11/91 | RCS | REPLY (C/S 10/11/91) | | | |
| 0023 | 10/24/91 | NCA | NOTICE of Change of Address for atty. Stuart Seigel. C/S | | | |
| 0024 | 11/14/91 | JMOT | JT. MOTION to cons. 15032-91, 15033-91, 15034-91, 15035-91, 15036-91, 15037-91, 15038-91, 15039-91, 15040-91, 15041-91, 15042-91, 15043-91, 15044-91, 15045-91, 15046-91, 15047-91, 15048-91, 15049-91, 15050-91, 15051-91, 15052-91, 15053-91, 15054-91, 15055-91, 15056-91, 15057-91, 15058-91, 15059-91, 15060-91, 20132-91 and 20133-91. | GR 11/20/91 | B 11/27/91 | C |
| ( 5 | 11/26/91 | MOTR | MOTION by resp. for partial summary judgment. C/S (Affidavits att'd) | ORD 01/12/93 | | |
| 0026 | 11/26/91 | MEMO | MEMORANDUM OF LAW AND FACTS by resp. in support of motion for partial summary judgment. C/S | | | |
| 0027 | 11/29/91 | O | ORDER Petr. by 1/10/92 file response to mot. for partial | | B 12/02/91 | C |

B58

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | summ. judg.; Resp. by 2/10/92 file reply to Petr. response | | | |
| 0028 | 12/20/91 | O | ORDER Court's 11/29/91 Order is rescinded. | | B 12/23/91 | C |
| 0029 | 01/14/92 | STP | STIPULATION OF FACTS. w/Ex. | | | |
| 0030 | 01/31/92 | MOTP | MOTION by petr. to compel docu. & ans. Interr. w/Exh. C/S | ORD 04/21/92 | | |
| [illegible] | 01/31/92 | MEMO | MEMORANDUM by petr. in support of mot to compel. C/S | | | |
| 0032 | 02/18/92 | MOTR | MOTION by resp. to have until 3/9/92 to file opposition to mot to compel. (N.Obj) | GR 02/20/92 | B 03/02/92 | C |
| 0033 | 03/09/92 | OBJ | OBJECTION by resp. to mot to compel. (Reply to discovery Memo att'd.) C/S | | | |
| 0034 | 03/24/92 | MEMO | MEMORANDUM by Petr. in response to Resp. obj. to mot. to compel. w/ex. C/S | | | |

(Continued to page 4)

Docket No. 15034-91 (Continuation Page 4) 06/21/02

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0035 | 04/21/92 | O | ORDER petrs. by 5/29/92 file response to mot. for partial summ. judg.; resp. by 6/30/92 file reply to petrs. response. Mot to compel is Dn. | | B 04/23/92 | C |
| 0036 | 05/28/92 | MOTP | MOTION by petr. to extend time to 6/8/92 for response to mot. for partial summ. judgment. (N.Obj) C/S | GR 05/29/92 | B 06/01/92 | C |
| 0037 | 06/08/92 | MOTP | MOTION by petr. to strike improper portions of affidavits in support of resp. mot. for partial summary Judgement. (Appendix att'd.) C/S | ORD 01/12/93 | | |
| [illegible] | 06/08/92 | MOTP | MOTION by petr. (Cross) for partial summary Judgment. w/Ex. & Memo. att'd. C/S | ORD 01/12/93 | | |
| 0039 | 06/10/92 | MOTP | MOTION by petr. to dismiss participants, Donald & Ronna Martin. (Per Judge) | ORD 07/09/92 | R 06/18/92 | |
| 0040 | 06/16/92 | O | ORDER resp by 6/30/92 file response to mot. to dismiss. | | B 06/18/92 | C |
| 0041 | 07/06/92 | NOBJ | NO OBJECTION by resp. to mot. to dismiss. C/S (Leave Gr.) | | | |
| 0042 | 07/09/92 | O | ORDER mot. to dismiss participants, Donald & Ronna Martin is Gr. | | B 07/13/92 | C |
| 0043 | 07/13/92 | OBJ | OBJECTION by resp. to cross mot. for partial summ. judg. C/S | | | |
| 0044 | 07/13/92 | OBJ | OBJECTION by resp to mot. to strike portions of affidavits. C/S | | | |
| 0045 | 07/13/92 | MEMO | MEMORANDUM by resp. in reply to memo. in opposition to mot. for partial summ. judg. & in support of petr. cross-mot. C/S (Per Judge) | | | |
| 0046 | 07/29/92 | NCA | NOTICE of Change of Address for atty-Leonard S. Roth. C/S | | | |
| 0047 | 08/10/92 | MOT | MOTION by certain participating partners to file memo. in opposition to mot. for partial summ. judg. & in support of Petr. cross mot. (Memo. Ld.) C/S | ORD 09/25/92 | | |
| [illegible] | 08/21/92 | O | ORDER Resp by 9-11-92 file response to mot. by Participants to file Memo. | | B 08/25/92 | C |
| 0049 | 08/25/92 | JMOT | JT. MOTION for special calendar. | ORD 09/25/92 | | |
| 0050 | 09/09/92 | NOBJ | NO OBJECTION by Resp to mot. by certain participation partner to file Memo. C/S | | | |

(Continued to page 5)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0051 | 09/25/92 | O | ORDER mot. for special calendar is Dn. | | B 09/25/92 | C |
| [illegible] | 09/25/92 | O | ORDER resp. by 10-26-92 file suppl. stip. or mot. to correct stip. Resp. within 30 days after ruling with respect to suppl stip. or mot. to correct stip. file response to memo. in opposition to mot. for partial summ. judg. Mot. to file memo. to mot. for partial summ. judg. is Gr. | | B 09/25/92 | C |
| 0053 | 09/25/92 | MEMO | MEMORANDUM by certain participating partners in Opposition to mot. for partial summ. judg. & in support of petrs. cross-mot. | | B 09/25/92 | C |
| 0054 | 10/15/92 | MOTP | MOTION by petr. to file suppl. memo. of law in opposition to resp mot. for partial summ. judg. & in support of petrs. Cross-mot. (Suppl. memo. of law Ld) C/S | ORD 10/19/92 | | |
| 0055 | 10/19/92 | MEMO | MEMORANDUM OF LAW (SUPPLEMENTAL) by Petr. in Opposition to resp. mot. for partial summ. judg. & in support of petrs. Cross-mot. | | R 10/21/92 | |
| 0056 | 10/19/92 | O | ORDER resp. by 11-27-92 file response to petrs. suppl. memo. Mot. to file suppl. memo. is Gr. | | B 10/21/92 | C |
| 0057 | 10/26/92 | STP | STIPULATION OF FACTS (SUPPLEMENTAL). w/Ex. | | | |
| 0058 | 10/26/92 | MOTR | MOTION by resp. to Reform Stipulation of facts. w/affidavits att'd. C/S (Per Judge) | ORD 01/12/93 | | |
| 0059 | 11/06/92 | O | ORDER petr. by 11-25-92 file response to mot. to reform. | | B 11/09/92 | C |
| [illegible] | 11/24/92 | MEMO | MEMORANDUM OF LAW by petr. in Opposition to mot. to reform. w/Ex. C/S | | | |
| 0061 | 11/27/92 | RESP | RESPONSE by Resp. to partners memo. filed 9/25/92 & Petr. suppl. memo. filed 10/19/92. (Serve Per Judge) | | P 12/07/92 | C |
| 0062 | 01/12/93 | O | ORDER Resp. mot. for partial summ. judg. & Petr. cross-mot. for partial summ. judg. are Dn. Mot. to reform stip. of facts is moot. Mot. to strike improper portions of affidavits is moot. | | B 01/14/93 | C |
| 0063 | 02/19/93 | MEMO | MEMORANDUM OF LAW by petr. in opposition to separate trial on statute of limitations issues. C/S (Per Judge) | | | |
| 0064 | 03/18/93 | RESP | RESPONSE by resp. to memo. of law in opposition to separate | | | |

(Continued to page 6)



| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | trials. C/S (Per Judge) | | | |
| 0065 | 03/23/93 | MOTP | MOTION by petr. to file reply to response to memo. of law in opposition to separate trials. (Reply to response Ld.) (N.Obj) C/S | ORD 03/25/93 | | |
| 0066 | 03/25/93 | O | ORDER mot. for leave to file reply is Gr. | | B 03/26/93 | C |
| [illegible] | 03/25/93 | R | REPLY by petr. to resp's Response to petrs. memo. of law in opposition to separate trials. | | R 03/26/93 | |
| 0068 | 04/19/93 | ORJ | ORDER that case is reassigned to B60 Judge Halpern. | | B 04/20/93 | C |
| 0069 | 05/18/93 | JMOT | JT. MOTION for due date of 9/15/93 for filing of amendment to answer & due date of 11/15/93 for filing of reply to | ORD 05/19/93 | | |

such amendment
0070 05/19/93 O ORDER mot. to file amd. to ans. & reply is Gr. B 05/20/93 C
0071 08/06/93 ATA AMENDMENT TO ANSWER (C/S 8/2/93)
0072 11/12/93 R REPLY by petr. to amendment to ans. (C/S 11/12/93)
( 3 01/12/94 O ORDER that the consolidation is severed. B 01/13/94 C
0074 01/12/94 O ORDER set 10/31/94 Washington, DC (Spec.) for trial. Parties by 3/3/94 file a joint report. 12532-90 15034-91 15041-91 15047-91 & 15050-91 are consolidated. B 01/14/94 C
0075 02/17/94 STP STIPULATION to take deposition of James Laurence, Dallas, TX, a non-party witness.
0076 02/17/94 STP STIPULATION to take deposition of George Martin, Amarillo, TX, a non-party witness.
0077 03/02/94 STP STIPULATION to take deposition of Bobbie Jack Tadlock, Laguna Niguel, CA, a non-party witness.
0078 03/03/94 STP STIPULATION to take deposition of Douglas Watson, Santa Ana, CA, a non-party witness.
0079 03/03/94 STP STIPULATION to take deposition of Naomi Coy, Santa Ana, CA, a non-party witness.
0080 03/03/94 STP STIPULATION to take deposition of Wilbur Goolkasian, Fresno, CA, a non-party witness.
0081 03/03/94 RPT REPORT by petr. (resp. concurs) C/S (Per Judge)
0082 03/18/94 MOTP MOTION by petr. to compel. w/Affidavit & Memorandum in ORD 04/29/94 ORD 06/10/94

(Continued to page 7)



| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|

Support attached. C/S
0083 03/22/94 STP STIPULATION to take deposition of Michael Teetor, Laguna Niguel, CA, a non-party witness.
0084 03/25/94 O ORDER set 4/28/94 Washington, DC (Spec) for hrg. on petr. mot. to compel. Resp. by 4/15/94 file & serve response to mot. to compel. B 03/29/94 C
0085 04/19/94 RESP RESPONSE by resp. to mot. to compel. w/Ex. C/S
0086 04/25/94 MEMO MEMORANDUM (SUPPLEMENTAL) by petr. in support of petrs' mot. to compel. C/S
0087 04/25/94 AFF AFFIDAVIT (SUPPLEMENTAL) of James P. Joseph in support of petrs' mot. to compel. w/Ex. C/S
0088 04/26/94 R REPLY by petr. to resp's response to mot. to compel. w/Ex. C/S
0089 04/28/94 HEAR HEARING before Judge Halpern at Washington, DC
Daniel Marriman, Specially recognized for TMP F. Behrens.
Petr. mot to compel filed 3/18/94. - C.A.V.
0090 04/29/94 O ORDER resp. by 5/6/94 file a Vaughn Index of all in camera documents submitted to the court on 4/28/94. Mot. to compel is Gr. in part. B 05/03/94 C
0091 05/09/94 MISC VAUGHN INDEX by resp. (Leave Gr.)
0092 05/10/94 TRAN TRANSCRIPT of 4/28/94 rec'd.
0093 06/10/94 O ORDER mot. to compel is Gr. in part & denied in part. All documents lodged for in camera review are returned to resp. B 06/13/94 C
0094 07/08/94 MOTP MOTION by petr. to permit

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | retention of materials protected by the privacy act. (N.Obj) C/S | GR 07/25/94 | B 07/26/94 | C |
| 0095 | 07/22/94 | MOTP | MOTION by petr. for sanctions. w/memo. of law, Exs. & attachments. C/S | ORD 10/13/94<br>ORD 11/15/94 | | |
| 0096 | 07/22/94 | MOTP | MOTION by petr. to reconsider the denial of petrs' mot. for partial summary Judgment. w/memo in support of mot., Exs. & attachments. C/S | ORD 09/02/98 | | |
| 0097 | 07/25/94 | O | ORDER resp. by 9/2/94 file response to mot. for sanctions. Petr. by 9/9/94 may file reply to resp's response. | | B 07/26/94 | C |
| 0098 | 07/25/94 | O | ORDER resp. by 9/2/94 file response to mot. to reconsider the denial of mot. for summ. judgment. Petr. by 9/9/94 may | | B 07/26/94 | C |

(Continued to page 8)



| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | file reply to resp's response. | | | |
| 0099 | 07/25/94 | MOTP | MOTION by petr. to compel documents. w/Ex. C/S | ORD 08/03/94 | | |
| 0100 | 07/25/94 | MOTP | MOTION by petr. for expedited hearing on mot. to compel documents. C/S | ORD 08/01/94 | | |
| 0101 | 07/25/94 | MOTP | MOTION by petr. for expedited hearing on resp's (oral) objections to depositions of non-party witnesses. C/S (Per Judge) | ORD 08/01/94 | | |
| 0102 | 08/01/94 | O | ORDER set 8/3/94 Washington, DC (Spec.) for hearing on (oral) objections to depositions of non-party witnesses & mot. to compel. Mots. for expedited hearing are Gr. (Hand delivered to K. Peter Schmidt) | | B 08/02/94 | C |
| 0103 | 08/02/94 | MOTR | MOTION by resp. for protective order & memo. in support thereof. C/S | ORD 08/03/94 | | |
| 0104 | 08/03/94 | HEAR | HEARING before Judge Halpern at Washington, DC Hearing on resp's oral objections to depositions held. Mot. filed 7/25/94--See order. Mot. filed 8/2/94--See order. | | | |
| 0105 | 08/03/94 | O | ORDER mot. to compel docu. is Gr. Mot. for protective ord. is Dn. | | B 08/05/94 | C |
| 0106 | 08/15/94 | TRAN | TRANSCRIPT of 8/3/94 received. | | | |
| 0107 | 09/01/94 | MOTR | MOTION by resp. for recons. of the denial of resp. mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0108 | 09/01/94 | MOTR | MOTION by resp. for recons. of the mooting of mot. to reform stip. of facts. C/S | ORD 10/08/98 | | |
| 0109 | 09/01/94 | MOTR | MOTION by resp. to strike affidavits submitted in support of mot. for recons. of mhe denial of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0110 | 09/01/94 | MEMO | MEMORANDUM by resp. in opposition to petr. mot. for recon. of the denial of mot. for partial summ. judg. and in support of mot. for recons. of the denial of resp. mot. for partial summ. judg. & reformation of the stip. of facts. w/Exs. & Affidavit. C/S | ORD 09/02/98 | | |
| 0111 | 09/01/94 | MOTR | MOTION by resp. to compel ans. to interr. C/S | ORD 09/26/94 | | |
| 0112 | 09/01/94 | MOTR | MOTION by resp. to compel documents. C/S | ORD 09/26/94 | | |
| 0113 | 09/01/94 | MEMO | MEMORANDUM by resp. in support of mots. to compel. w/Exs. C/S | | | |
| 0114 | 09/01/94 | OBJ | OBJECTION by resp. to motion for sanctions. C/S | | | |

B62

(Continued to page 9)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0115 | 09/01/94 | MEMO | MEMORANDUM by resp. in support of obj. to mot. for sanctions. w/Exs. C/S | | | |
| 0116 | 09/01/94 | MOTR | MOTION by resp. to file Suppl. Memo. in opposition to Petr's. Motion for reconsideration filed 7-22-94. C/S | ORD 09/02/98 | | |
| 0117 | 09/01/94 | OBJ | OBJECTION by Resp. to Mot. for reconsideration. (C/S 9-1-94) | | | |
| 0118 | 09/02/94 | MOTP | MOTION by petr. to take deposition of Bobby "Cobb" Adams. w/Exs. C/S | ORD 09/30/94 | | |
| 0119 | 09/02/94 | MOTP | MOTION by petr. to take deposition of Theodore Heap. w/Exs. C/S | ORD 09/30/94 | | |
| 0120 | 09/02/94 | MOTP | MOTION by petr. to take deposition of Peter Tagni. w/Exs. C/S | ORD 09/30/94 | | |
| 0121 | 09/02/94 | MOTP | MOTION by petr. to take deposition of Allen Silverman. w/Exs. C/S | ORD 09/30/94 | | |
| 0122 | 09/02/94 | MOTP | MOTION by petr. to take deposition of Wendell Davies. w/Exs. C/S | ORD 09/30/94 | | |
| 0123 | 09/02/94 | MOTP | MOTION by petr. to take deposition of Joseph Cordero. w/Exs. C/S | ORD 09/30/94 | | |
| 0124 | 09/02/94 | MOTP | MOTION by petr. to take deposition of Philip Larson. w/Exs. C/S | ORD 09/30/94 | | |
| 0125 | 09/02/94 | MOTP | MOTION by petr. to take deposition of Vincent Capodianco. w/Exs. C/S | ORD 09/30/94 | | |
| 0126 | 09/02/94 | MOTP | MOTION by petr. to compel documents. w/Exs. C/S | ORD 10/08/98 | | |
| 0127 | 09/09/94 | OP | OPPOSITION by petr. to mot. for recons. of mot. for partial summ. judg. C/S | | | |
| 0128 | 09/09/94 | RESP | RESPONSE by petr. to mot. for recons. of mot. to reform stip. of facts. C/S | | | |
| 0129 | 09/09/94 | RESP | RESPONSE by petr. to mot. to strike affidavits. C/S | ORD 09/02/98 | | |
| 0130 | 09/09/94 | R | REPLY by petr. to memo. in opposition to mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0131 | 09/09/94 | R | REPLY by petr. to objection to mot. for sanctions. w/Ex. | | | |
| 0132 | 09/12/94 | O | ORDER resp. by 9/22/94 file response to mot. to compel docu. | | B 09/13/94 | C |
| 0133 | 09/15/94 | O | ORDER set 9/26/94 Washington, DC | | | |

(Continued to page 10)



| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | (Spec.) for pretrial conference. Petrs' by 9/23/94 file response to mots. to compel. Resp & proposed deponents by 9/23/94 file response to mots. to take deposition. Additional service on the proposed deponents as listed herein. | | B 09/15/94 | C |
| 0134 | 09/19/94 | RESP | RESPONSE by Theodore H. Heap & objs. to mot. to take deposition of Theodore Heap & in the alternative, MOTION for a protective order. C/S (Per Judge) | ORD 09/30/94 | | |
| 0135 | 09/21/94 | O | ORDER time ext. to 9/23/94 for response to mot. to compel docu. | | B 09/23/94 | C |

B63

0136 09/23/94 RESP RESPONSE by Joseph Cordero to
mot. to take deposition of B 10/13/94 C
Joseph Cordero.

0137 09/23/94 RESP RESPONSE by resp. to mots. to
take depositions. P 10/13/94 C

0138 09/23/94 OBJ OBJECTION by petr. to resp's
mots. to compel. w/memo. in
opposition att'd. C/S

0139 09/26/94 OBJ OBJECTION by Vincent Capobianco
to mot. to take deposition of
Vincent Capobianco. C/S

0140 09/26/94 RESP RESPONSE by resp. to reply to
obj. to mot. for sanctions. P 10/14/94 C
w/Ex.

0141 09/26/94 OBJ OBJECTION by Philip Larson to
mot. to take deposition of
Philip Larson. C/S

0142 09/26/94 OBJ OBJECTION by Bobby Adams to mot.
to take deposition of Bobby B 10/13/94 C
Adams.

0143 09/26/94 HEAR HEARING before Judge Halpern at
Washington, DC
Mot. for sanctions -- C.A.V. Resp's Mots. to compel ans. to
interr. & docu. --
See order. Mots. to take depositions of Bobby "Cob" Adams,
Peter Tagni, Allen
Silverman, Wendell Davies, Joseph Cordero, Phillip Larson,
Theodore Heap & Vincent Capodianco -- C.A.V. Petr. Mot. to
compel docu -- C.A.V. -- See order. Resp's oral mot. to
continue trial -- See order. Report due from the parties by
10/6/94.

0144 09/26/94 O ORDER resp's mots. to compel ans.
to interr. & docu. are Dn. B 10/13/94 C
Petr mot. to compel docu. is taken under advisement &
parties are to submit report by 10/6/94 as to said mot.
Oral mot. to continue is Dn.

(Continued to page 11)



| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0145 | 09/28/94 | OBJ | OBJECTION by resp. to petrs mot. to compel docu. (Leave Gr.) | | | |
| 0146 | 09/30/94 | O | ORDER mot. to take deposition of Bobby "Cobb" Adams is Dn. Additional service on Bobby Adams as stated herein. | | B 10/13/94 | C |
| 0147 | 09/30/94 | O | ORDER mot. to take deposition of Peter Tagni is Dn. Additional service on Peter Tagni as stated herein. | | B 10/13/94 | C |
| 0148 | 09/30/94 | O | ORDER mot. to take deposition of Allen Silverman is Dn. Additional service on Allen Silverman as stated herein. | | B 10/13/94 | C |
| 0149 | 09/30/94 | O | ORDER mot. to take deposition of Wendell Davies is Dn. Additional service on Wendell Davies as stated herein. | | B 10/13/94 | C |
| 0150 | 09/30/94 | O | ORDER mot. to take deposition of Joseph Cordero is Dn. Additional service on Joseph Cordero as stated herein. | | B 10/13/94 | C |
| 0151 | 09/30/94 | O | ORDER mot. to take deposition of Philip Larson is Dn. Additional service on Philip Larson as stated herein. | | B 10/13/94 | C |
| 0152 | 09/30/94 | O | ORDER mot. to take deposition of Theodore Heap is Dn. Additional service on Theodore Heap as stated herein. | | B 10/13/94 | C |
| 0153 | 09/30/94 | O | ORDER mot. to take deposition of Vincent Capodianco is Dn. Additional service on Vincent Capadianco as stated herein. | | B 10/13/94 | C |
| 0154 | 09/30/94 | MOTP | MOTION by petr. to extend time to 10/17/94 for submission of expert reports. C/S (Hand-delivered to K. Peter Schmidt) | DN 10/17/94 | B 10/21/94 | C |
| 0155 | 10/11/94 | OBJ | OBJECTION by resp. to mot. to | | | |

B64

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | extend time for submission of expert reports. C/S | | | |
| 0156 | 10/12/94 | MOTP | MOTION by petr. for dismissal or alternative relief based upon resp's violations of grand jury secrecy. w/Memo. in support of & Ex. att'd. | ORD 10/19/94 | R 10/21/94 | |
| 7 | 10/12/94 | MOTP | MOTION by petr. for expedited hearing on mot. for dismissal or alternative relief. | ORD 10/19/94 | R 10/21/94 | |
| 0158 | 10/13/94 | O | ORDER resp. by 10-24-94 file an answer to petrs' allegation that resp has failed to produce documents listed in a letter of petrs' counsel dated 8/22/94 as described herein. Mot. for sanctions is Dn. in part. | | B 10/14/94 | C |
| 0159 | 10/19/94 | O | ORDER mot. for dismissal or alternative relief is Dn. Mot. | | B 10/21/94 | C |

(Continued to page 12)

06/21/02

Docket No. 15034-91 (Continuation Page 12)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | for expedited hearing is deemed moot. (Hand-delivered to K. Peter Schmidt) | | | |
| 0160 | 10/19/94 | O | ORDER trial cont. & set 9/11/95 Washington, DC (spec). Parties by 11/30/94 file joint report. There will be no further discovery by the parties without permission of the Court. (Hand-delivered to K. Peter Schmidt) | | B 10/21/94 | C |
| 0161 | 10/21/94 | RESP | RESPONSE (SUPPLEMENTAL) by resp. to petr. reply in further support of petr. mot. for sanctions. w/Exs. C/S | | | |
| 0162 | 11/15/94 | O | ORDER mot. for sanctions is Dn. in its entirety. | | B 11/16/94 | C |
| 3 | 11/30/94 | RPT | REPORT (JOINT) | | | |
| 0164 | 03/24/95 | MOTP | MOTION by petr. for dismissal or alternative relief based on resp's misconduct. w/memo & exs. att'd. C/S | ORD 09/02/98 | | |
| 0165 | 03/27/95 | O | ORDER resp. by 4/28/95 file response to mot. for dismissal, joint report re: settlement negotiations & joint report re: litigation in any other court matters related to issues. | | B 03/29/95 | C |
| 0166 | 04/03/95 | MOTR | MOTION by resp. to Amend Answer. (Second Am. to ans. Ld.) C/S | ORD 05/12/95 | | |
| 0167 | 04/03/95 | MEMO | MEMORANDUM by resp. in support of mot. to amend answer. C/S | | | |
| 0168 | 04/05/95 | O | ORDER Petr. by 5-5-95 file & serve on Resp. a Response to mot. to amd. answer. | | B 04/06/95 | C |
| 0169 | 04/24/95 | MOTR | MOTION by resp. to ext. time to 5-8-95 to file response to mot. for dismissal. | GR 04/27/95 | B 05/01/95 | C |
| 0170 | 04/28/95 | RPT | REPORT (JOINT) | | | |
| 0171 | 05/02/95 | NCA | NOTICE of Change of Address for Schmidt, atty. C/S | | | |
| 0172 | 05/05/95 | OP | OPPOSITION by petr. to mot. to amend answer. C/S | | | |
| 0173 | 05/08/95 | OBJ | OBJECTION by resp. to mot. for dismissal or alternative relief. C/S (Leave Gr.) | ORD 09/02/98 | | |
| 0174 | 05/08/95 | MEMO | MEMORANDUM by resp. in support of obj. to mot. for dismissal or alternative relief. w/Ex. C/S (Leave Gr.) | ORD 09/02/98 | | |
| ( 5 | 05/12/95 | O | ORDER mot. to amend answer. is Gr. | | B 05/15/95 | C |
| 0176 | 05/12/95 | ATA | AMENDMENT TO ANSWER (SECOND) | | P 05/15/95 | C |
| 0177 | 05/30/95 | MOTR | MOTION by resp. for pretrial conference in Washington, DC C/S | ORD 06/09/95 | | |

B65

(Continued to page 13)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0178 | 05/31/95 | O | ORDER petr. by 6-7-95 file response to mot. for pretrial conference. | | B 06/01/95 | C |
| 0179 | 06/07/95 | OBJ | OBJECTION by petr. to mot. for pretrial conference. C/S | | | |
| 0180 | 06/07/95 | MOTP | MOTION by petr. to strike & to seal certain exhibits att'd to resp's memo. in support of obj. to mot. for dismissal. w/memo. in support att'd. C/S | ORD 09/02/98 | | |
| 0181 | 06/09/95 | O | ORDER resp. by 6/23/95 file & serve on petr., a response to mot. to strike & to seal. Mot. for pre-trial conf. is Dn. | | B 06/12/95 | C |
| 0182 | 06/23/95 | OBJ | OBJECTION by resp. to mot. to strike & seal. C/S | ORD 09/02/98 | | |
| 0183 | 07/05/95 | MOTR | MOTION by resp. to supplement resp's memo. in support of resp's mot. for partial summary Judgment. (Suppl. memo. in support of mot. for recons. of resp's mot. for partial summ. Judg. Ld) C/S (Per Judge) | ORD 09/02/98 | | |
| 0184 | 08/03/95 | O | ORDER parties by 11/6/95 file joint report. Trial is continued. | | B 08/07/95 | C |
| 0185 | 11/03/95 | MISC | JOINT REPORT filed. | | | |
| 0186 | 11/13/95 | NCA | NOTICE of Change of Address for participant, E. Lisk Wyckoff. | | B 11/14/95 | |
| 0187 | 11/09/95 | O | ORDER parties by 2/6/96 file a joint report. | | B 11/14/95 | C |
| 0188 | 01/29/96 | JMOT | JT. MOTION to ext. time to 7/10/96 to file report. | GR 01/31/96 | B 02/01/96 | C |
| 0189 | 01/30/96 | MOT | MOTION by Stuart E. Seigel & K. Peter Schmidt to withdraw as to Donald Housman. N.obj. (C/S 1/30/96) | GR 02/12/96 | B 02/15/96 | C |
| 0190 | 01/30/96 | MOT | MOTION by K. Peter Schmidt to withdraw as to Buck Wayne McNeil (participating partner) N.obj. (C/S 1/30/96) | GR 07/29/96 | B 08/02/96 | C |
| 0191 | 01/30/96 | MOT | MOTION by K. Peter Schmidt to withdraw as to Edward John O'Neill, Jr. (participating partner) N.obj. (C/S 1/30/96) | GR 07/29/96 | B 08/02/96 | C |
| 0192 | 01/30/96 | MOT | MOTION by K. Peter Schmidt to withdraw as to Leslie C. & Kathryn Grammer (participating partner) N.obj. (C/S 1/30/96) | GR 07/29/96 | B 08/02/96 | C |
| 0193 | 02/06/96 | MOT | MOTION by Leonard Roth to w/d as to Petr. (C/S-2/2/96 on all except attys. Seigel & Schmidt). (N.Obj.-Resp.) | GR 02/12/96 | B 02/15/96 | C |
| 0194 | 02/12/96 | O | ORDER participating partners, as stated herein, file objs. to | | B 02/15/96 | C |

(Continued to page 14)



| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | mots. to w/d. A copy of this order is served on petr., resp. & said participating partners only. | | | |
| 0195 | 06/14/96 | NOT | NOTICE by resp. of intent to comply with congressional inquiry. w/Ex. (C/S 6/14/96 on all parties except Brian Christaldi, John Gibbons & E. Lisk Wyckoff) (Filed & served on parties stated above per Judge) | | P 06/25/96 | C |
| 0196 | 07/09/96 | MISC | JOINT REPORT filed. | | | |
| 0197 | 07/09/96 | RESP | RESPONSE by petr. to resp's notice of intent to comply with congressional inquiry. (C/S 7/9/96) | | | |
| 0198 | 07/12/96 | O | ORDER parties by 10/11/96 file a joint report. | | B 07/16/96 | C |
| 0199 | 08/23/96 | MOTP | MOTION by petr. to compel suppl. | | | |

B66

discovery responses to second ORD 09/27/96
set of interr. & second request for docu. w/Exs. (C/S
8/13/96)

0200 08/26/96 O ORDER resp. by 9/11/96 file a
response to mot. to compel B 08/28/96 C
suppl. discovery responses.

1 09/11/96 O ORDER time ext. to 9/13/96 for
resp's response to mot. to B 09/12/96 C
compel suppl. discovery responses.

0202 09/16/96 OBJ OBJECTION by resp. to mot. to
compel suppl. discovery
responses. w/Ex. (C/S 9/13/96) (Leave Gr.)

0203 09/27/96 MOTP MOTION by petr. to withdraw mot.
to compel suppl. discovery GR 10/02/96 B 10/03/96 C
responses. w/Stip. att'd. (N.Obj) (C/S 9/27/96)

0204 10/11/96 MISC JOINT REPORT filed.

0205 10/15/96 O ORDER parties by 1/13/97 file
joint report. B 10/16/96 C

0206 01/13/97 RPT REPORT by resp. (C/S 1/10/97)
(Per Judge)

0207 01/13/97 RPT REPORT by petr. (C/S 1/13/97)
(Per Judge)

0208 01/21/97 O ORDER parties by 2/14/97 file
joint report. B 01/22/97 C

0209 02/18/97 MISC JOINT REPORT (Leave Gr.)

0210 02/19/97 O ORDER parties by 8/18/97 file
joint report. B 02/21/97 C

0211 08/18/97 MISC JOINT REPORT. (Per Judge)

0212 10/14/97 NOT NOTICE by Resp. of settlement
under Rule 248(c)(1) for
participants Ernst & Julane Knobil, Marshall & Rosslyn
Crawford, Herbert Haydel, Richard & Mary Levacy, Herbert &
Eleanor Watrous, Leslie & Kathryn Grammer,
Edward O'Neill, Jr., Wilfred Blease, Harvey Zimand & E.
(Continued to page 15)

06/21/02
Docket No. 15034-91 (Continuation Page 15)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|

Lisk Wyckoff, Jr. (C/S 10-9-97)

0213 11/03/97 O ORDER parties by 11/20/97 file
report. B 11/05/97 C

0214 11/20/97 MISC JOINT REPORT. (Per Judge)

0215 12/24/97 RPT REPORT by resp. w/Ex. (C/S
12/23/97)

0216 12/30/97 NOT NOTICE by Resp. of consistent
agreement under Rule 248 (c)(1)
for Petr. Donald Housman and Participants Katherine Pryor,
Robert Ehrenbard, and William & Carroll Flowers. (C/S
12-29-97)

0217 01/06/98 OCA ORDER that caption of case is
amended. B 01/08/98 C

0218 02/02/98 JMOT JT. MOTION to w/d certain pending
mots. & docu. relating thereto ORD 09/02/98
without prejudice. (C/S 2-11-98) (Per Judge)

0219 02/04/98 MOT MOTION by K. Schmidt to w/d for
Petrs. & participants Kyle, ORD 10/29/98
Samms, Sanders, Wallace & Ward. (C/S 2-4-98) (Moot as to
Kyle-No Order)

0220 02/23/98 O ORDER petrs. & participants Kyle,
II, Sanders, Sams, Wallace, B 02/27/98 C
Jr. & Ward by 3/16/98 file obj. to mot. to withdraw.

0221 04/16/98 NOT NOTICE by Resp. of consistent
agreement under Rule 248 (c)(1)
for participant Noble Weir Kyle, II. (C/S 4-15-98)

0222 06/04/98 MOTR MOTION by resp. to be relieved of
duty under Rule 248(c)(2)(C). ORD 11/24/98
w/Exs. (C/S 6/3/98)

0223 07/31/98 JT JOINT REPORT

0224 09/02/98 O ORDER that Joint Motion filed B67
2-2-98 is granted in that B 09/03/98 C

certain motions & documents are withdrawn.
0225 09/02/98 O ORDER set 10-8-98 Washington,DC
Spec. for hearing on Resp's. B 09/03/98 C
9-1-94 Mot for reconsideration, Petr's. 9-2-94 Mot to
compel documents, and Resp's. Mot to be relieved of duty
under Rule 248(c). Petr. and Participating Partners by
9-23-98 file an objection to motion to be relieved of duty.
0226 09/23/98 OBJ OBJECTION by Petr. to mot to be
relieved of duty under Rule
248(c). (C/S 9-23-98)
0227 10/02/98 RESP RESPONSE by Petr. & TMP to 9-2-98
order re:the hearing on
certain mots. (C/S 10-2-98)
0228 10/02/98 MOT MOTION by Petr. & TMP to clarify
or recon. 9-2-98 order that w/d ORD 10/08/98
(Continued to page 16)



| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|

certain mots. & documents. (C/S 10-2-98)
0229 10/05/98 RESP RESPONSE by Resp. to 9-2-98 order
re:hrg. on certain mots. w/Ex.
(C/S 10-2-98)
0230 10/08/98 HEAR HEARING before Judge Halpern at ORD 11/24/98
Washington, DC
Petr's. 9-2-94 Mot to compel documents-See order. Resp's.
6-4-98 Mot to be relieved of duty--CAV. Petr. & TMP
10-2-98 Mot for clarification or reconsideration-See order.
Petr's. Oral Motion to Seal certain documents-CAV (Written
motion to be filed by 10-19-98-No order) Petr's. Memo. in
support of Mot to seal to be filed by 11-3-98-No order.
Resp's. Response to Petr's. Mot to seal to be filed by
11-18-98-No order.
1 10/08/98 O ORDER Petr's. 9-2-94 Mot to
compel docus. is denied. B 10/29/98 C
0232 10/08/98 O ORDER that Resp's. 9-1-94 Mot for
reconsideration is denied. B 10/29/98 C
0233 10/08/98 O ORDER Petr. & TMP Motion filed
10-2-98 to clarify or B 10/29/98 C
reconsider is denied in part and granted in part.
0234 10/15/98 MOTP MOTION by petr. to seal certain
exhibits attached to Resp's. ORD 11/23/98
Memo. filed 5-8-95. (C/S 10-15-98) (Per Judge)
0235 10/29/98 O ORDER Mot to withdraw filed
2-4-98 is granted. B 10/29/98 C
0236 11/09/98 TRAN TRANSCRIPT of 10-8-98 rec'd.
(Hear)
0237 11/13/98 JT JOINT REPORT filed w/Ex. (Per
Judge)
0238 11/23/98 O ORDER mot. to seal is Dn. (R-Re-M B 11/27/98 C
12-9-98 to Petr.)
0239 11/24/98 O ORDER resp. mot. to be relieved
filed 6-4-98 is deemed moot. B 11/27/98 C
(R-Re-M 12-9-98 to Petr.)
0240 04/05/99 MOTR MOTION by resp. to calendar for
report. w/Ex. (C/S 4/2/99) ORD 06/04/99
0241 05/14/99 MOT MOTION by Steven R. Mather to
file notice of election to ORD 06/28/99
intervene for Frederick H. Behrens. (NOEI Ld.) (C/S
5/13/99)
0242 05/21/99 O ORDER resp. petr. & participants
by 6/14/99 file obj. to mot. to B 05/21/99 C
file notice of election to intervene. (R-In F 6-28-99
B.Sanders)
0243 05/26/99 NOT NOTICE by resp. of consistent
settlement under Rule 248 (c)
(Continued to page 17) B68

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | (1) for participant Eugene T. D'Ablemont. (C/S 5-25-99) | | | |
| 0244 | 06/04/99 | O | ORDER set 10-4-99 Washington, DC Spec. for trial. Mot. to cal. is Dn. (R-ReM 6-28-99 B.Sanders) | | B 06/04/99 | C |
| 5 | 06/04/99 | SPTO | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | B 06/04/99 | C |
| 0246 | 06/10/99 | NOBJ | NO OBJECTION by resp. to mot. to file notice of election to intervene. (C/S 6/9/99) | | | |
| 0247 | 06/28/99 | O | ORDER consolidation severed. | | B 06/28/99 | C |
| 0248 | 06/28/99 | O | ORDER proceedings are stayed until 7-30-99. The 5-14-99 mot. is gr. Participant Sanbara Sanders address is changed. | | B 06/28/99 | C |
| 0249 | 06/28/99 | NOEI | NOTICE OF ELECTION TO INTERVENE Frederick H. Behrens. | | B 06/28/99 | C |
| 0250 | 07/16/99 | O | ORDER petr's. address is changed. | | B 07/16/99 | C |
| 0251 | 07/26/99 | STP | STIPULATION by Resp. & TMP to be bound by 12532-90 re:certain mots. (C/S 7-23-99) (Per Judge) | | | |
| 0252 | 08/05/99 | MOT | MOTION by TMP to cons. 12532-90, 15034-91, 15041-91, 15047-91 & 15050-91. (C/S 8-4-99) (Per Judge) | ORD 09/28/99 | | |
| 0253 | 08/09/99 | O | ORDER by 8-31-99 resp, petr, & participating partners file objection to mot to cons. | | B 08/09/99 | C |
| 0254 | 08/19/99 | OBJ | OBJECTION by Resp. to mot. by TMP to consolidate. (C/S 8/18/99) | | | |
| 0255 | 08/20/99 | MOTR | MOTION by resp. to adopt test case procedure. w/Exh. (C/S 8-19-99) (Per Judge) | ORD 09/28/99 | | |
| 0256 | 08/26/99 | O | ORDER Petr., TMP and Participants by 9-7-99 file objection to motion to adopt test case procedure. (R-To-J 9/17/99 for part. B. Sanders) | | B 08/26/99 | C |
| 0257 | 08/30/99 | OBJ | OBJECTION by TMP to Mot to adopt test case procedure. (C/S 8-27-99) | | | |
| 0258 | 09/14/99 | O | ORDER re:service of pre-trial documents. Petr. or Participant submit by 9-20-99 a request for service. (R-In-F 10/15/99 Sams) (R-Re-M Sanders 12-28-99) | | B 09/14/99 | C |
| 0259 | 09/28/99 | O | ORDER motion to adopt test case procedure & motion to consolidate are denied. (R-In-F 1-14-00) | | B 09/28/99 | C |
| 0260 | 10/04/99 | HEAR | HEARING before Judge Halpern at Washington, DC Also called 1-7-00. Not called 10-6-99, 11-22-99, & | | | |

(Continued to page 18)



| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | 12-6-99. Non-appearing partners withdrawn-See order. Notice of bankruptcy for participant William E. Sanders-See order 1-7-00. Case set for pre-trial conference 12-6-99-See order. No Pre-trial conference held. Mot to file motion for partial summary judgment-Denied. Continued to 12-13-99-No Order. | | | |
| 0261 | 10/04/99 | O | ORDER nonappearing partners listed herein are withdrawn from the Court's records as participating partners. Caption is amended. | | B 11/17/99 | C |
| 0262 | 10/04/99 | NOT | NOTICE of proceeding in bankruptcy by Participant William E. Sanders. (C/S 9/30/99) (WAS) | | | |
| 0263 | 10/06/99 | EA | ENTRY OF APPEARANCE by Jason M. Silver for TMP. (WAS) | | R 01/18/00 | |
| 0264 | 11/03/99 | TRAN | TRANSCRIPT of 10-4-99 rec'd. (Calendar Call) | | | |

0265 11/10/99 JMOT JT. MOTION to consolidate
12530-90, 12532-90, 15034-91, ORD 12/09/99
15041-91, 15047-91, 15050-91, 15058-91.

0266 11/22/99 O ORDER case calendared for
pretrial conference 12-6-99. B 11/22/99 C
Parties Lodge any stipulation by 12-3-99. Parties file any
motion to compel stipulation by 12-3-99 and file any
response to this order by 12-3-99.

0267 12/06/99 MOTR MOTION by resp. under Rule 91(f).
w/Exhs. (C/S 12-3-99) (Per ORD 12/09/99
Judge) (Re: Florida/Puerto Rican Region Issues)

0268 12/06/99 OBJ OBJECTION by Petr. to Resp's.
Motion under Rule 91(f). (C/S
12-6-99) (Per Judge)

0269 12/06/99 RPT REPORT by Resp. (C/S 12-5-99)

0270 12/06/99 MOTP MOTION by petr. under Rule 91(f). ORD 12/09/99
w/Exhs. (C/S 12-3-99) (Per ORD 12/13/99
Judge)

0271 12/06/99 OBJ OBJECTION by Resp. to Petr's. Mot
under Rule 91(f).
w/appendicies. (C/S 12-6-99) (Per Judge)

0272 12/07/99 SUPP SUPPLEMENTAL STATUS REPORT by
Resp. (C/S 12-7-99)

0273 12/07/99 MOTR MOTION by resp. to substitute
certain paragraph of Mot to GR 12/07/99 B 12/10/99 C
compel stipulation & to substitute the revised version of
Exh. C. w/Exh. (C/S 12-7-99)

0274 12/09/99 SUPP SUPPLEMENTAL MOTION by Resp. to ORD 12/09/99
compel stipulation. w/Exhs. ORD 12/13/99
(C/S 12-9-99) (Per Judge)

(Continued to page 19)



| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|

0275 12/09/99 O ORDER Petr. by 12-10-99 file &
serve a response to B 12/10/99 C
Supplemental Motion to compel.

0276 12/09/99 O ORDER Parties by 12-10-99 file a
pretrial memo. Joint Motion to B 12/10/99 C
consolidate is granted for trial and briefing, if so
ordered. Petr's. Mot to compel is granted in part and
denied in part. Resp's. Motion to compel as supplemented is
denied in part and granted in part and certain matters are
deemed stipulated.

0277 12/10/99 R REPLY by Petr. to Supplemental
Motion to compel stipulation.
(C/S 12-10-00) (WAS)

0278 12/13/99 TRL TRIAL before Judge Halpern at SUB 01/21/00
Washington, DC
Also called 12-14, 12-15, 1-4-00, 1-5, 1-6, 1-7, 1-12, 1-13,
1-14, 1-18, 1-19,
& 1-21. Not called 9-27-99, 11-10, 12-6, 12-7, 12-9, 12-10,
12-15, & 12-20. Petr's. Oral Motion to withdraw Mot. to
compel stipulation insofar as it relates to Exh. D-See
Order.
OPENING BRIEFS RE:STATUTE OF LIMITATION ISSUE DUE
3-6-00
ANSWERING BRIEFS RE:STATUTE OF LIMITATION ISSUE DUE
3-27-00
BRIEFS ON OTHER ISSUES TO BE SET AT A LATER DATE.
SUBMITTED TO JUDGE HALPERN ON STATUTE OF LIMITATIONS
ISSUES ONLY

0279 12/13/99 MISC PRETRIAL MEMORANDUM for Petr.
(C/S 12-10-99) (WAS)

0280 12/13/99 MISC PRETRIAL MEMORANDUM for Resp. and
index of witnesses. (Served at
session) (WAS)

0281 12/13/99 JT JOINT STIPULATION regarding the
record. (WAS)

B70

0282 12/13/99 STP STIPULATION OF FACTS w/Exhs.

(WAS)

0283 12/13/99 MOTP MOTION by petr. to reconsider order granting 91(f) mot. (C/S 12-13-99) (Was) ORD 01/07/00

0284 12/13/99 O ORDER resp. by 1-4-00 file response to 12-13-99 mot. B 12/15/99 C

( ) 12/13/99 O ORDER that Petr's. Oral Motion is granted and Petr's. Motion to compel stipulation as it relates to Exhibit D is deemed moot. B 12/17/99 C

0286 12/13/99 O ORDER that Resp's. Supplemental Motion to compel stipulation is B 12/17/99 C

(Continued to page 20)



| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | denied without prejudice to renew. | | | |
| 0287 | 12/15/99 | MISC | EVIDENTIARY OBJECTION by Petr. to documents deemed authenticated per order dated 12-9-99. (C/S 12-15-99) (WAS) | | | |
| 0288 | 12/20/99 | O | ORDER that order dated 12-9-99 is amended in that the preamble is deemed supplemented and remains in full force and effect in all other respects. | | B 12/20/99 | C |
| 0289 | 01/04/00 | OBJ | OBJECTION by Resp. to Motion to reconsider order dated 12-9-99. (C/S 1-4-00) | | | |
| 0290 | 01/04/00 | MEMO | MEMORANDUM OF POINTS & AUTHORITIES by Resp. in opposition to Petr's. Motion to reconsider order dated 12-9-99. (C/S 1-4-00) | | | |
| 0291 | 01/07/00 | O | ORDER Motion by Petr. to reconsider order dated 12-9-99 is denied. | | B 01/10/00 | C |
| 0292 | 01/07/00 | MOTP | MOTION by petr. to file motion for partial summary judgment. (Mot. for partial summary judgment & Memo. Lodged) (C/S 10-6-99) (WAS) | DN 01/07/00 | B 01/18/00 | C |
| 0293 | 01/07/00 | O | ORDER that so much of order dated 10-4-99 that withdraw participation of William E. Sanders is vacated and set aside. Case is dismissed for lack of jurisdiction as to William E. Sanders. | | B 01/18/00 | C |
| 0294 | 01/12/00 | MISC | SECOND CONSOLIDATED STIPULATION OF FACTS w/Exhs. (WAS) | | | |
| 0295 | 01/14/00 | MISC | SECOND STIPULATION OF FACTS w/Exhs. (Florida/Puerto Rican Region Issues) (WAS) | | | |
| 0296 | 01/14/00 | TRAN | TRANSCRIPT of 12-13-99 rec'd. (TRL) | | | |
| 0297 | 01/14/00 | TRAN | TRANSCRIPT of 12-14-99 rec'd. (TRL) | | | |
| 0298 | 01/14/00 | TRAN | TRANSCRIPT of 12-15-99 rec'd. (TRL) | | | |
| 0299 | 01/14/00 | TRAN | TRANSCRIPT of 12-16-99 rec'd. (TRL) | | | |
| 0300 | 01/14/00 | TRAN | TRANSCRIPT of 1-4-00 rec'd. (TRL) | | | |
| 0301 | 01/14/00 | TRAN | TRANSCRIPT of 1-5-00 rec'd. (TRL) | | | |
| 0302 | 01/14/00 | TRAN | TRANSCRIPT of 1-6-00 rec'd. (TRL) | | | |
| 0303 | 01/14/00 | TRAN | TRANSCRIPT of 1-7-00 rec'd. (TRL) | | | |
| 0304 | 01/14/00 | TRAN | TRANSCRIPT of 1-7-00 rec'd. (HEAR) | | | |
| ( ) | 01/14/00 | TRAN | TRANSCRIPT of 1-12-00 rec'd. (TRL) | | | |
| 0306 | 01/14/00 | TRAN | TRANSCRIPT of 1-13-00 rec'd. (TRL) | | | |

(Continued to page 21)

B71

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0307 | 01/18/00 | TRAN | TRANSCRIPT of 1-14-00 rec'd. (TRL) | | | |
| 0308 | 01/18/00 | MISC | THIRD CONSOLIDATED STIPULATION OF FACTS w/Exhs. (WAS) | | | |
| [illegible] | 01/18/00 | MOTP | MOTION by petr. in limine re:proposed testimony of Dale Paisley. (C/S 1-18-00) (WAS) | DN 01/19/00 | B 02/08/00 | C |
| 0310 | 01/18/00 | MEMO | MEMORANDUM by Petr. re:objections to prior testimony, indictments, stipulations and convictions. (C/S 1-18-00) (WAS) | | | |
| 0311 | 01/19/00 | RESP | RESPONSE by Resp. to Petr's. Motion in limine re:testimony of Dale Paisley. (C/S 1-19-00) (WAS) | | | |
| 0312 | 01/21/00 | STP | STIPULATION as to excerpts of testimony of George L. Schreiber. w/Exh. (WAS) | | | |
| 0313 | 01/21/00 | MISC | FOURTH CONSOLIDATED STIPULATION OF FACTS w/Exhs. (WAS) | | | |
| 0314 | 01/21/00 | STP | STIPULATION OF SETTLED ISSUES re:adjustments in FPAA notice. (WAS) | | | |
| 0315 | 02/01/00 | TRAN | TRANSCRIPT of 1-18-00 rec'd. (TRL) | | | |
| 0316 | 02/01/00 | TRAN | TRANSCRIPT of 1-19-00 rec'd. (TRL) | | | |
| 0317 | 02/01/00 | TRAN | TRANSCRIPT of 1-21-00 rec'd. (TRL) | | | |
| 0318 | 02/07/00 | O | ORDER parties by 2/11/00 file joint report. | | B 02/07/00 | C |
| 0319 | 02/14/00 | JT | JOINT STATUS REPORT filed. (P.M. Timely) (Per Judge) | | | |
| 0320 | 02/28/00 | O | ORDER Parties by 3-17-00 file Joint Status Report. | | B 02/29/00 | C |
| 0321 | 03/06/00 | MOTR | MOTION by resp. to treat request for consistent settlement as timely re:Ben & Marsha Louviere. w/Exhs. (C/S 3-3-00) | GR 03/08/00 | B 03/08/00 | C |
| 0322 | 03/06/00 | MOTR | MOTION by resp. to treat request for consistent settlement as timely re:J. Patrick & Mary K. McCarty. w/Exhs. (C/S 3-3-00) | GR 03/08/00 | B 03/08/00 | C |
| 0323 | 03/21/00 | JT | JOINT STATUS REPORT filed. (P.M. Timely) (Per Judge) | | | |
| 0324 | 03/22/00 | O | ORDER time ext. to 4/7/00 & 4/27/00 for opening & answering brfs., respectively, on the statute of limitations issues. So much of 12/9/99 order as consolidated these cases for trial & briefing is | | B 03/22/00 | C |

(Continued to page 22)

Docket No. 15034-91 (Continuation Page 22) 06/21/02 INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | amended in that cases are consolidated for trial & briefing as to the statute of limitations issues. | | | |
| 0325 | 03/27/00 | O | ORDER parties by 5-22-00 file joint status report. | | B 03/28/00 | C |
| 0326 | 04/10/00 | BFP | BRIEF for petr. re:Statute of Limitations. (P.M. Timely) | | R 04/10/00 | |
| 0327 | 04/10/00 | BFR | BRIEF for resp. re:Statute of Limitations. (P.M. Timely) (C/S 4-7-00) | | | |
| 0328 | 04/28/00 | RBFR | REPLY BRIEF for resp. re:Statute of Limitations. (P.M. Timely) (C/S 4-27-00) | | | |
| 0329 | 05/01/00 | RBFP | REPLY BRIEF for petr. re:Statute of Limitations. (p.m.t.) (C/S 4-27-00) | | | |
| 0330 | 05/03/00 | MOTR | MOTION by resp. to treat request | | | |

B72

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | for consistent settlement as timely re: Wallace D. & Nell F. Williams. w/Ex. (C/S 5/2/00) | GR 06/01/00 | B 06/01/00 | C |
| 0331 | 05/05/00 | O | ORDER Petr. by 5-23-00 file objection to motion re:consistent settlement. | | B 05/05/00 | C |
| 0332 | 05/24/00 | JT | JOINT REPORT. | | | |
| 0333 | 05/24/00 | JMOT | JT. MOTION to file Fifth Consolidated Stipulation of Facts. (Fifth Consolidated Stip. of Facts Lodged) | GR 05/26/00 | B 05/30/00 | C |
| 0334 | 05/26/00 | MISC | FIFTH CONSOLIDATED STIPULATION OF FACTS. | | | |
| 0335 | 08/04/00 | JMOT | JT. MOTION to review trial transcript. | ORD 08/15/00 | | |
| 0336 | 08/15/00 | O | ORDER jt. mot. to review trial transcript is granted in that original transcript is returned to Court reported, Ann Riley & Associates. Additional service of this order & copy of the jt. mot. to review is made on Ann Riley & Associates at address stated herein. | | B 08/16/00 | C |
| 0337 | 08/28/00 | MOP | MEMORANDUM OPINION, Judge Halpern T.C. Memo. 2000-271. (An appropriate order will be issued.) | | B 08/28/00 | C |
| 0338 | 08/28/00 | OSUB | ORDER that case is submitted to Judge Halpern. For all non-statue of limitations issues. Parties by 10/27/00 file Opening Briefs w/Diisk & by 11/27/00 file Reply Briefs w/Disk. (Special instructions for filing of briefs). Cases 12530-90, 12532-90, 15034-91, 15041-91, 15047-91, 15050-91 & 15058-91 are consolidated. | | B 08/30/00 | C |
| 0339 | 09/08/00 | MISC | CORRECTED TRANSCRIPT of 1-5-00 rec'd. (FTRL) | | | |
| 0340 | 09/08/00 | JMOT | JT. MOTION to ext. time to 12/4/00 for Reply Briefs. | GR 09/08/00 | B 09/11/00 | C |

(Continued to page 23)

Docket No. 15034-91 (Continuation Page 23) 06/21/02

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0341 | 11/03/00 | O | ORDER time ext. to 11-8-00 for filing of briefs. Parties by 11-16-00 file joint report. The filing of reply briefs is suspended subject to further direction by the Court. | | B 11/03/00 | C |
| 0342 | 11/17/00 | JT | JOINT REPORT filed. (P.M. Timely) (Per Judge) | | | |
| 0343 | 11/20/00 | O | ORDER parties by 12/1/00 file jt. report. | | B 11/21/00 | C |
| 0344 | 12/18/00 | JT | JOINT STATUS REPORT. (Per Judge) | | | |
| 0345 | 04/16/01 | MOTR | MOTION by resp. for entry of decision. (C/S 4-13-01) | GR 07/19/01 | B 07/19/01 | C |
| 0346 | 06/14/01 | MOT | MOTION by Thomas Redding to file not. of election of Helen Weisz & Estate of John Weisz. (NOE & Mot. to compel re:settlement LODGED) (C/S 6-12-01) | DN 07/19/01 | B 07/19/01 | C |
| 0347 | 06/14/01 | MOT | MOTION by Thomas Redding to file not. of election of Donald L. & Donna J. Frankel. (NOE & Mot. to compel re:settlement LODGED) (C/S 6-12-01) | DN 07/19/01 | B 07/19/01 | C |
| 0348 | 07/19/01 | DEC | DECISION ENTERED, Judge Halpern | | B 07/19/01 | C |
| 0349 | 10/15/01 | EA | ENTRY OF APPEARANCE by Sallie W. Gladney for participants Swanson's. (Per Judge) | | R 10/19/01 | |
| 0350 | 10/15/01 | MOT | MOTION by Sallie W. Gladney to file NOE for Estate of Charles H. & Mertyce C. Swanson. (NOE Ld.) (C/S 10-12-01) (Per Judge) | GR 10/15/01 | B 10/19/01 | C |
| 0351 | 10/15/01 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Estate of Charles H. & Mertyce C. Swanson. | ORD 03/05/02 | B 10/19/01 | C |
| 0352 | 10/15/01 | MOT | MOTION by participants Swanson's to file mot. to vacate decision | GR 10/17/01 | B 10/19/01 | C |

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | as to them. (Mot. to vacate Ld.) (C/S 10-12-01) (Per Judge) | | | |
| 0353 | 10/17/01 | MVD | MOTION by participants Swanson's to vacate decision as to them. (Mot. to Dismiss Ld.) | ORD 03/05/02 | B 10/24/01 | C |
| 0354 | 10/23/01 | O | ORDER Resp. & Petr. by 11/13/01 file a response to mot. to vacate decision. | | B 10/24/01 | C |
| 0355 | 11/13/01 | OBJ | OBJECTION by Petr. to mot. to vacate dec. (C/S 11-8-01 on Resp.) (File & Serve on participants Swanson Per Judge) | | P 11/14/01 | C |
| 0356 | 11/13/01 | MOTP | MOTION by petr. to vacate gr. of mot. to file NOE. (C/S 11-8-01 on Resp.) (File & Serve on participants Swanson Per Judge) | ORD 03/05/02 | P 11/14/01 | C |
| 0357 | 11/14/01 | OBJ | OBJECTION by resp. to mot. to vacate. (C/S 11/13/01) (Leave | | | |

(Continued to page 24)



| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | Gr.) | | | |
| 0358 | 11/14/01 | MEMO | MEMORANDUM OF POINTS & AUTHORITIES by resp. in support of obj. to mot. to vacate. (C/S 11/13/01) (Leave Gr.) | | | |
| 0359 | 12/03/01 | O | ORDER set 12/19/01 DC Mots. for hearing on participants mot. to vacate dec. & TMP/Petr's mot. to vacate ord. granting mot. to file notice of election of Charles H. & Mertyce C. Swanson. Said participants by 12/12/01 file response to mot. to vacate ord. & to obj. to mot. to vacate dec. | | B 12/03/01 | C |
| 0360 | 12/13/01 | EA | ENTRY OF APPEARANCE by Thomas E. Redding for participants Swanson. | | R 01/10/02 | |
| [illegible] | 12/13/01 | RESP | RESPONSE by participants Swanson to mot. to vacate ord. granting mot. to file notice of election & to obj. to mot. to vacate decision. (Per Judge) | | B 01/16/02 | C |
| 0362 | 12/19/01 | HEAR | HEARING before Judge Halpern at Washington, DC 10/17/01 mot. to vacate decision--C.A.V. 11/13/01 mot. to vacate order granting mot. to file NOE--C.A.V.--See 3/5/02 Orders | | | |
| 0363 | 12/26/01 | TRAN | TRANSCRIPT of 12/19/01 rec'd. (HEAR) | | | |
| 0364 | 02/06/02 | O | ORDER parties by 2/28/02 file joint report. | | B 02/07/02 | C |
| 0365 | 03/05/02 | MOT | MOTION by participant's Swanson to w/d 10/15/01 NOE, 10/17/01 mot. to vacate & 10/17/01 lodged mot. to dismiss. | GR 03/05/02 | B 03/05/02 | C |
| 0366 | 03/05/02 | O | ORDER Petr. 11/13/01 mot. to vacate gr. of mot. to file NOE deemed moot. | | B 03/05/02 | C |