06/22/02

# UNITED STATES TAX COURT
## DOCKET ENTRIES

Docket No. 15054-91 INDEX

Canyon Desert Vineyards, Frederick H. Behrens, Tax Matters Partner
v. COMMISSIONER OF INTERNAL REVENUE

| | | |
|---|---|---|
| Canyon Desert Vineyards | MS0086<br>NO. 4 | (Service Attorney)<br>Mather, Steven Ray<br>Kajan, Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212-1968 |
| | KE0153 | Kajan, Elliott Hugh<br>Kajan, Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212-1968 |
| | BK0089 | Barish, Kenneth M.<br>Kajan, Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212-1968 |
| | SJ1899 | Silver, Jason Mark<br>Walker Silver, PLC<br>Suite 1100, Great Amer. Tower<br>3200 North Central Avenue<br>Phoenix, AZ 85012-2430 |
| Frederick H. Behrens | MS0086<br>NO. 4 | Mather, Steven Ray<br>Kajan, Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212-1968 |
| | KE0153 | Kajan, Elliott Hugh<br>Kajan, Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212-1968 |
| | BK0089 | Barish, Kenneth M.<br>Kajan, Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212-1968 |

(Continued to page 2)



| | | |
|---|---|---|
| | SJ1899 | Silver, Jason Mark<br>Walker Silver, PLC<br>Suite 1100, Great Amer. Tower<br>3200 North Central Avenue<br>Phoenix, AZ 85012-2430 |

Exhibit 9

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 07/10/91 | PF | PETITION Filed:Fee Paid | | R 07/12/91 | |
| 0002 | 07/10/91 | DPT | DESIGNATION of Trial at | | R 07/12/91 | |

B75

Washington, DC

0003 08/09/91 NOE NOTICE OF ELECTION TO PARTICIPATE
by J. David Dunbar. C/S-Resp P 08/12/91

0004 08/14/91 NOE NOTICE OF ELECTION TO PARTICIPATE
by James H. Epps & Charles L. Ridley. C/S-Resp P 08/15/91

5 08/19/91 NOE NOTICE OF ELECTION TO PARTICIPATE
by Paul W. Moen. C/S-Resp P 08/26/91

0006 08/22/91 NOE NOTICE OF ELECTION TO PARTICIPATE
by Robert & Carolyn Thoburn. C/S-Resp P 08/26/91

0007 08/26/91 MOTR MOTION by resp. to ext. time to move or ans. to 9/9/91 & 9/24/91. (no obj) C/S GR 08/30/91 B 08/30/91

0008 09/09/91 JMOT JT. MOTION re: procedure. ORD 09/12/91

0009 09/12/91 OAJ ORDER that case is assigned to Judge Dawson. for statute of limitations issue only. Ans. due 10/1/91; Reply due 10/11/91; Resp. mot for partial summ. judg. due 11/25/91. B 09/13/91 C

0010 10/01/91 ACS ANSWER (C/S 09/30/91).

0011 10/01/91 NOE NOTICE OF ELECTION TO PARTICIPATE
by Gordon L. Anne Smith. C/S

0012 10/11/91 RCS REPLY (C/S 10/11/91)

0013 10/25/91 NCA NOTICE of Change of Address for atty. Stuart Seigel. C/S

0014 11/14/91 JMOT JT. MOTION to cons. 15032-91, 15033-91, 15034-91, 15035-91, 15036-91, 15037-91, 15038-91, 15039-91, 15040-91, 15041-91, 15042-91, 15043-91, 15044-91, 15045-91, 15046-91, 15047-91, 15048-91, 15049-91, 15050-91, 15051-91, 15052-91, 15053-91, 15054-91, 15055-91, 15056-91, 15057-91, 15058-91, 15059-91, 15060-91, 20132-91 and 20133-91. GR 11/20/91 B 11/27/91 C

0015 11/26/91 MOTR MOTION by resp. for partial summary judgment. C/S (Affidavits att'd) ORD 01/14/93

16 11/26/91 MEMO MEMORANDUM OF LAW AND FACTS by resp. in support of motion for

(Continued to page 3)



partial summary judgment. C/S

0017 11/29/91 O ORDER Petr. by 1/10/92 file response to mot. for partial summ. judg.; Resp. by 2/10/92 file reply to Petr. response. B 12/02/91 C

0018 12/20/91 O ORDER Court's 11/29/91 Order is rescinded. B 12/23/91 C

0019 01/14/92 STP STIPULATION OF FACTS. w/Ex.

0020 01/31/92 MOTP MOTION by petr. to compel docu. & ans. Interr. w/Exh. C/S ORD 04/21/92

0021 01/31/92 MEMO MEMORANDUM by petr. in support of mot to compel. C/S

0022 02/18/92 MOTR MOTION by resp. to have until 3/9/92 to file opposition to mot to compel. (N.Obj) GR 02/20/92 B 03/02/92 C

0023 03/09/92 OBJ OBJECTION by resp. to mot to compel. (Reply to discovery Memo att'd.) C/S

0024 03/24/92 MEMO MEMORANDUM by Petr. in response to Resp. obj. to mot. to compel. w/ex. C/S

[illegible] 04/21/92 O ORDER petrs. by 5/29/92 file response to mot. for partial summ. judg.; resp. by 6/30/92 file reply to petrs. response. Mot to compel is Dn. B 04/23/92 C

0026 05/28/92 MOTP MOTION by petr. to extend time to 6/8/92 for response to mot. GR 05/29/92 B 06/01/92 C

B76

for partial summ. judgment. (N.Obj) C/S

0027 06/08/92 MOTP MOTION by petr. to strike improper portions of affidavits in support of resp. mot. for partial summary Judgement. (Appendix att'd.) C/S — ORD 01/12/93

0028 06/08/92 MOTP MOTION by petr. (Cross) for partial summary Judgment. w/Ex. & Memo. att'd. C/S — ORD 01/12/93

0029 07/13/92 OBJ OBJECTION by resp. to cross mot. for partial summ. judg. C/S

0030 07/13/92 OBJ OBJECTION by resp to mot. to strike portions of affidavits. C/S

0031 07/13/92 MEMO MEMORANDUM by resp. in reply to memo. in opposition to mot. for partial summ. judg. & in support of petr. cross-mot. C/S (Per Judge)

0032 07/29/92 NCA NOTICE of Change of Address for atty-Leonard S. Roth. C/S

0033 08/10/92 MOT MOTION by certain participating partners to file memo. in — ORD 09/25/92

(Continued to page 4)



| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | opposition to mot. for partial summ. judg. & in support of Petr. cross mot. (Memo. Ld.) C/S | | | |
| 0034 | 08/21/92 | O | ORDER Resp by 9-11-92 file response to mot. by Participants to file Memo. | | B 08/25/92 | C |
| 0035 | 08/25/92 | JMOT | JT. MOTION for special calendar. | ORD 09/25/92 | | |
| 0036 | 09/09/92 | NOBJ | NO OBJECTION by Resp to mot. by certain participation partner to file Memo. C/S | | | |
| 0037 | 09/25/92 | O | ORDER mot. for special calendar is Dn. | | B 09/25/92 | C |
| 0038 | 09/25/92 | O | ORDER resp. by 10-26-92 file suppl. stip. or mot. to correct stip. Resp. within 30 days after ruling with respect to suppl stip. or mot. to correct stip. file response to memo. in opposition to mot. for partial summ. judg. Mot. to file memo. to mot. for partial summ. judg. is Gr. | | B 09/25/92 | C |
| 0039 | 09/25/92 | MEMO | MEMORANDUM by certain participating partners in Opposition to mot. for partial summ. judg. & in support of petrs. cross-mot. | | B 09/25/92 | C |
| 0040 | 10/15/92 | MOTP | MOTION by petr. to file suppl. memo. of law in opposition to resp mot. for partial summ. judg. & in support of petrs. Cross-mot. (Suppl. memo. of law Ld) C/S | ORD 10/19/92 | | |
| 0041 | 10/19/92 | MEMO | MEMORANDUM OF LAW (SUPPLEMENTAL) by Petr. in Opposition to resp. mot. for partial summ. judg. & in support of petrs. Cross-mot. | | R 10/21/92 | |
| 0042 | 10/19/92 | O | ORDER resp. by 11-27-92 file response to petrs. suppl. memo. Mot. to file suppl. memo. is Gr. | | B 10/21/92 | C |
| 0043 | 10/26/92 | STP | STIPULATION OF FACTS (SUPPLEMENTAL). w/Ex. | | | |
| 0044 | 10/26/92 | MOTR | MOTION by resp. to Reform Stipulation of facts. w/affidavits att'd. C/S (Per Judge) | ORD 01/12/93 | | |
| 0045 | 11/06/92 | O | ORDER petr. by 11-25-92 file response to mot. to reform. | | B 11/09/92 | C |
| 0046 | 11/24/92 | MEMO | MEMORANDUM OF LAW by petr. in Opposition to mot. to reform. w/Ex. C/S | | | |

0047 11/27/92 RESP RESPONSE by Resp. to partners
memo. filed 9/25/92 & Petr. P 12/07/92 C
suppl. memo. filed 10/19/92. (Serve Per Judge)
0048 01/12/93 O ORDER Resp. mot. for partial
summ. judg. & Petr. cross-mot. B 01/14/93 C
(Continued to page 5)



for partial summ. judg. are Dn. Mot. to reform stip. of
facts is moot. Mot. to
strike improper portions of affidavits is moot.
0049 02/19/93 MEMO MEMORANDUM OF LAW by petr. in
opposition to separate trial on
statute of limitations issues. C/S (Per Judge)
0050 03/18/93 RESP RESPONSE by resp. to memo. of law
in opposition to separate
trials. C/S (Per Judge)
0051 03/23/93 MOTP MOTION by petr. to file reply to
response to memo. of law in ORD 03/25/93
opposition to separate trials. (Reply to response Ld.)
(N.Obj) C/S
0052 03/25/93 O ORDER mot. for leave to file
reply is Gr. B 03/26/93 C
0053 03/25/93 R REPLY by petr. to resp's Response
to petrs. memo. of law in R 03/26/93
opposition to separate trials.
0054 04/19/93 ORJ ORDER that case is reassigned to
Judge Halpern. B 04/20/93 C
0055 05/18/93 JMOT JT. MOTION for due date of
9/15/93 for filing of amendment ORD 05/19/93
to answer & due date of 11/15/93 for filing of reply to
such amendment.
0056 05/19/93 O ORDER mot. to file amd. to ans. &
reply is Gr. B 05/20/93 C
0057 08/02/93 ATA AMENDMENT TO ANSWER (C/S 7/30/93)
0058 11/12/93 R REPLY by petr. to amendment to
ans. (C/S 11/12/93)
0059 01/12/94 O ORDER that the consolidation is
severed. B 01/13/94 C
0060 07/22/94 MOTP MOTION by petr. to reconsider the
denial of petrs' mot. for ORD 09/02/98
partial summary Judgment. w/memo in support of mot., Exs. &
attachments. C/S
0061 07/25/94 O ORDER resp. by 9/2/94 file
response to mot. to reconsider B 07/26/94 C
the denial of mot. for summ. judgment. Petr. by 9/9/94 may
file reply to resp's response.
0062 09/01/94 OBJ OBJECTION by resp. to mot. for
recons. of the denial of petr. ORD 09/02/98
mot. for partial summ. judg. C/S
0063 09/01/94 MOTR MOTION by resp. for recons. of
the denial of resp. mot. for ORD 09/02/98
partial summ. judg. C/S
0064 09/01/94 MOTR MOTION by resp. for recons. of
the mooting of mot. to reform ORD 10/08/98
(Continued to page 6)



stip. of facts. C/S
0065 09/01/94 MOTR MOTION by resp. to strike
affidavits submitted in support ORD 09/02/98
of mot. for recons. of mhe denial of mot. for partial summ.
judg. C/S
0066 09/01/94 MEMO MEMORANDUM by resp. in opposition

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | to petr. mot. for recon. of the denial of mot. for partial summ. judg. and in support of mot. for recons. of the denial of resp. mot. for partial summ. judg. & reformation of the stip. of facts. w/Exs. & Affidavit. C/S | ORD 09/02/98 | | |
| 0067 | 09/01/94 | MOTR | MOTION by resp. for lv. to file suppl. memo. in opposition to petr. mot. for recons. of mot for partial summ. judg. & in support of resp. mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0068 | 09/02/94 | MOTP | MOTION by petr. to compel documents. w/Exs. C/S | ORD 10/08/98 | | |
| 0069 | 09/09/94 | OP | OPPOSITION by petr. to mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0070 | 09/09/94 | RESP | RESPONSE by petr. to mot. for recons. of mot. to reform stip. of facts. C/S | | | |
| 0071 | 09/09/94 | RESP | RESPONSE by petr. to mot. to strike affidavits. C/S | ORD 09/02/98 | | |
| 0072 | 09/09/94 | R | REPLY by petr. to memo. in opposition to mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0073 | 09/12/94 | O | ORDER resp. by 9/22/94 file response to mot. to compel docu. | | B 09/13/94 | C |
| 0074 | 09/21/94 | O | ORDER time ext. to 9/23/94 for response to mot. to compel docu. | | B 09/23/94 | C |
| 0075 | 09/28/94 | OBJ | OBJECTION by resp. to petr's mot. to compel. (Leave Gr.) | | | |
| 0076 | 04/03/95 | MOTR | MOTION by resp. to Amend Answer. (2nd Am. to Ans. Ld.) C/S | ORD 05/12/95 | | |
| 0077 | 04/03/95 | MEMO | MEMORANDUM by Resp. In Support of mot. to amd. ans. C/S | | | |
| 0078 | 04/05/95 | O | ORDER Petr. by 5/5/95 file & serve response to mot. to amend answer. | | B 04/06/95 | C |
| 0079 | 05/02/95 | NCA | NOTICE of Change of Address for atty - K. Peter Schmidt. C/S | | | |
| 0080 | 05/05/95 | OP | OPPOSITION by Petr. to Resp. mot. to amend answer. C/S | | | |
| 0081 | 05/12/95 | O | ORDER mot for leave to amend answer is Gr. | | B 05/15/95 | C |
| 0082 | 05/12/95 | ATA | AMENDMENT TO ANSWER (SECOND) | | P 05/15/95 | C |
| 0083 | 07/05/95 | MOTR | MOTION by resp. to supplement | | | |

(Continued to page 7)

06/22/02

Docket No. 15054-91 (Continuation Page 7)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | resp's memo. in support of resp's mot. for partial summary Judgment. (Suppl. memo. in support of mot. for recons. of resp's mot. for partial summ. Judg. Ld) C/S (Per Judge) | ORD 09/02/98 | | |
| 0084 | 01/30/96 | MOT | MOTION by K. Peter Schmidt to withdraw as to Gordon L. & Anne Smith (participating partner) N.obj. (C/S 1/30/96) | GR 08/02/96 | B 08/05/96 | C |
| 0085 | 02/12/96 | O | ORDER participating partner by 3/15/96 file obj. to mot to w/d. Clerk is to serve resp., petr. & participating partners Re: mot to w/d. | | B 02/15/96 | C |
| 0086 | 04/01/96 | EA | ENTRY OF APPEARANCE by Daniel L. Merriman for participants Gordon & Anne Smith. | | R 04/02/96 | |
| 0087 | 12/24/97 | NOT | NOTICE by Resp. of settlement agreement and consistent agreement under Rule 248 (c)(1) for Petr. Edward D. Dunn, Jr. & Frances S. Dunn and Participants Paul Moen, Charles L. Ridley, and Robert & Carolyn Thoburn. | | | |

B79

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | (C/S 12-23-97) | | | |
| 0088 | 01/05/98 | O | ORDER caption is amended. | | B 01/07/98 | C |
| 0089 | 02/02/98 | JMOT | JT. MOTION to w/d certain pending mots. & docu. relating thereto without prejudice. (C/S 2-11-98) (Per Judge) | ORD 09/02/98 | | |
| 0090 | 02/04/98 | MOT | MOTION by K. Schmidt to w/d for Petrs & participant Epps. (C/S 2-4-98) | ORD 10/29/98 | | |
| 0091 | 02/23/98 | O | ORDER petr. & participant Epps by 3/16/98 file obj. to mot. to w/d. | | B 02/27/98 | C |
| 0092 | 07/31/98 | MOTR | MOTION by resp. to be relieved nunc pro tunc of duty under Rule 248(c). w/Exhs. (C/S 7-30-98) | ORD 11/24/98 | | |
| 0093 | 09/02/98 | O | ORDER that Joint Motion filed 2-2-98 is granted in that certain motions & documents are withdrawn. | | B 09/03/98 | C |
| 0094 | 09/02/98 | O | ORDER set 10-8-98 Washington,DC Spec. for hearing on Resp's. 9-1-94 Mot for reconsideration, Petr's. Mot to compel documents, and Resp's. Mot to be relieved of duty under Rule 248(c). Petr. & Participating Partners by 9-23-98 file an objection to mot to be relieved of duty. | | B 09/03/98 | C |
| 0095 | 09/23/98 | OBJ | OBJECTION by Petr. to mot to be relieved of duty under Rule 248(c). (C/S 9-23-98) | | | |
| 0096 | 10/02/98 | RESP | RESPONSE by Petr. & TMP to 9-2-98 order re:the hearing on | | | |

(Continued to page 8)



| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | certain mots. (C/S 10-2-98) | | | |
| 0097 | 10/02/98 | MOT | MOTION by Petr. & TMP to clarify or recon. 9-2-98 order that w/d certain mots. & documents. (C/S 10-2-98) | ORD 10/08/98 | | |
| 0098 | 10/05/98 | RESP | RESPONSE by Resp. to 9-2-98 order re:hrg. on certain mots. w/Ex. (C/S 10-2-98) | | | |
| 0099 | 10/08/98 | HEAR | HEARING before Judge Halpern at Washington, DC Resp's. 9-1-94 Mot to reconsider mooting-See order. Petr's. 9-2-94 Mot to compel docus.-See order. Resp's. 7-31-98 Motion to be relieved of duty--CAV. Petr. & TMP 10-2-98 Motion to clarify or reconsider-See order. | ORD 11/24/98 | | |
| 0100 | 10/08/98 | O | ORDER Resp's. 9-1-94 Motion for reconsideration is denied. | | B 10/29/98 | C |
| 0101 | 10/08/98 | O | ORDER Petr's. 9-2-94 Motion to compel docus. is denied. | | B 10/29/98 | C |
| 0102 | 10/08/98 | O | ORDER Petr. & TMP 10-2-98 Mot to clarify or reconsider is denied in part and granted in part. | | B 10/29/98 | C |
| 0103 | 10/29/98 | O | ORDER mot to withdraw filed 2-4-98 is granted. | | B 10/29/98 | C |
| 0104 | 11/09/98 | TRAN | TRANSCRIPT of 10/8/98 rec'd. (Hear) | | | |
| 0105 | 11/13/98 | JT | JOINT REPORT filed w/Ex. (Per Judge) | | | |
| 0106 | 11/24/98 | O | ORDER resp. mot. to be relieved filed 7-31-98 is deemed moot. | | B 11/27/98 | C |
| 0107 | 04/05/99 | MOTR | MOTION by resp. to calendar for report. w/Ex. (C/S 4-2-99) | ORD 06/04/99 | | |
| 0108 | 05/14/99 | MOT | MOTION by Steven R. Mather to file notice of election to intervene for Frederick H. Behrens. (NOEI Ld) (C/S 5/13/99) | ORD 07/01/99 | | |
| 0109 | 05/21/99 | O | ORDER parties by 6/14/99 file obj. to 5/14/99 motion. | | B 05/21/99 | C |
| 0110 | 06/04/99 | O | ORDER set 10/4/99 Washington, DC | | | |

(Spec) for trial. Mot. to cal. B 06/04/99 C
1:s Dn.

0111 06/04/99 SPTO STANDING PRE-TRIAL ORDER attached to Notice of Trial B 06/04/99 C

0112 06/10/99 NOBJ NO OBJECTION by Resp. to 5/14/99 mot. (C/S 6/9/99)

3 06/23/99 NOT NOTICE by resp. of settlement under Rule 248 (c) (1) for James H. Epps, Participant. (C/S 6-22-99)

0114 07/01/99 O ORDER proceedings stayed until 7-30-99. Mot filed 5-14-99 is B 07/01/99 C

(Continued to page 9)



granted.

0115 07/01/99 NOEI NOTICE OF ELECTION TO INTERVENE by Frederick H. Behrens. B 07/01/99 C

0116 07/26/99 STP STIPULATION by Resp. & TMP to be bound by 12532-90 re:certain mots. (C/S 7-23-99) (Per Judge)

0117 08/20/99 MOTR MOTION by resp. to adopt test case procedure. w/Exh. (C/S 8-19-99) (Per Judge) ORD 09/28/99

0118 08/26/99 O ORDER Petr., TMP and Participants by 9-7-99 file objection to motion to adopt test case procedure. B 08/26/99 C

0119 08/30/99 OBJ OBJECTION by TMP to Mot to adopt test case procedure. (C/S 8-27-99)

0120 09/14/99 O ORDER re:service of pre-trial documents. Petr. or Participant submit by 9-20-99 a request for service. (R-Re-M J.D. Dunbar 12-28-99) B 09/14/99 C

0121 09/28/99 O ORDER motion to adopt test case procedure is denied. B 09/28/99 C

0122 10/04/99 HEAR HEARING before Judge Halpern at Washington, DC
Not called 10-6-99 & 12-6-99. Continued-No order.
Non-appearing partners withdrawn-See order.

0123 10/04/99 O ORDER nonappearing partners listed herein are withdrawn, caption amended. B 11/17/99 C

0124 10/06/99 EA ENTRY OF APPEARANCE by Jason M. Silver for TMP. (WAS) R 12/30/99

0125 11/03/99 TRAN TRANSCRIPT of 10-4-99 rec'd. (Calendar Call)

0126 12/06/99 STPB STIPULATION to be bound by 12530-90. (WAS)

0127 01/07/00 HEAR HEARING before Judge Halpern at Washington, DC
Called-Not Calendared.

0128 01/07/00 MOTP MOTION by petr. to file mot. for part. summ. judg. (Mot. & Memo. Ld.) (C/S 10-6-99) (WAS) DN 01/07/00 B 01/14/00 C

0129 01/14/00 TRAN TRANSCRIPT of 1-7-00 rec'd. (HEAR)

0130 01/24/00 STP STIPULATION OF SETTLED ISSUES re: 1985.

0131 03/06/00 MOTR MOTION by resp. to treat request for consistent settlement as timely re: Don Zinman. w/Exs. (C/S 3/3/00) GR 03/08/00 B 03/08/00 C

(Continued to page 10)

```
0132 12/18/00 JT    JOINT STATUS REPORT. (Per Judge)
0133 04/16/01 MOTR  MOTION by resp. for entry of
                    decision. (C/S 4-13-01)          GR  07/19/01 B 07/19/01 C
0134 06/14/01 MOT   MOTION by Thomas Redding to file
                    not. of election of Gordon L. &  DN  07/19/01 B 07/19/01 C
                    Ann B. Smith. (NOE & Mot. to compel consistent settlement
                    Ld.) (C/S 6/13/01)
0135 07/19/01 DEC   DECISION ENTERED, Judge Halpern               B 07/19/01 C
```

07/17/06

U N I T E D S T A T E S T A X C O U R T
D O C K E T E N T R I E S

Docket No. 15039-91 INDEX
Emperor Seedless-85, Frederick H. Behrens, Tax Matters Partner
v. COMMISSIONER OF INTERNAL REVENUE

| | | |
|---|---|---|
| Emperor Seedless-85 | MS0086<br>NO. 4 | Mather,Steven Ray<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | KE0153 | Kajan,Elliott Hugh<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212-1968 |
| | BK0089 | Barish,Kenneth M.<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | SJ1899 | Silver,Jason Mark<br>Silver Lockwood, PLC<br>Sixth Floor<br>4800 N. Scottsdale Road<br>Scottsdale, AZ 85251 |
| Frederick H. Behrens | MS0086<br>NO. 4 | (Service Attorney)<br>Mather,Steven Ray<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| | KE0153 | Kajan,Elliott Hugh<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212-1968 |
| | BK0089 | Barish,Kenneth M.<br>Kajan,Mather & Barish<br>Suite 805<br>9777 Wilshire Blvd.<br>Beverly Hills, CA 90212 |

(Continued to page 2)

Exhibit10

B83

Docket No. 15039-91 (Continuation Page 2) 07/17/06 INDEX

SJ1899 Silver,Jason Mark
Silver Lockwood, PLC
Sixth Floor
4800 N. Scottsdale Road
Scottsdale, AZ 85251

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 07/10/91 | PF | PETITION Filed:Fee Paid | | R 07/12/91 | |
| 0002 | 07/10/91 | DPT | DESIGNATION of Trial at Washington, DC | | R 07/12/91 | |
| 0003 | 08/09/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Edward T. Emura, Ronald S. & Virginia L. Hickman, and Charles H. Johnson. C/S resp. only | | P 08/12/91 | |
| 0004 | 08/19/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Jon James Johnston & Ernest H. Price. C/S-Resp | | P 08/26/91 | |
| 0005 | 08/22/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Eldon B. & Lois V. Haberkamp and Leonard G. Malone. C/S-Resp | | P 08/26/91 | |
| 0006 | 08/23/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by David M. & Beverly S. Cooney and James T. & Ruth C. Pryor. C/S-Resp | | P 08/26/91 | |
| 0007 | 08/26/91 | MOTR | MOTION by resp. to ext. time to move or ans. to 9/9/91 & 9/24/91. (no obj) C/S | GR 08/30/91 | B 08/30/91 | |
| 0008 | 09/09/91 | JMOT | JT. MOTION re: procedure | ORD 09/12/91 | | |
| 0009 | 09/12/91 | OAJ | ORDER that case is assigned to Judge Dawson. for statute of limitations issue only. Ans due 10-1-91; Reply due 10-11-91; Resp. Mot for partial summ. judg. due 11-25-91. | | B 09/13/91 | C |
| 0010 | 10/01/91 | ACS | ANSWER (C/S 09/30/91). | | | |
| 0011 | 10/11/91 | RCS | REPLY (C/S 10/11/91) | | | |
| 0012 | 10/15/91 | NOE | NOTICE OF ELECTION TO PARTICIPATE by George W. Lederer, Jr. (P.M.T.) | | B 10/17/91 | C |
| 0013 | 10/24/91 | NCA | NOTICE of Change of Address for Stuart E. Seigel. C/S | | | |
| 0014 | 11/14/91 | JMOT | JT. MOTION to cons. 15032-91, 15033-91, 15034-91, 15035-91, 15036-91, 15037-91, 15038-91, 15039-91, 15040-91, 15041-91, 15042-91, 15043-91, 15044-91, 15045-91, 15046-91, 15047-91, 15048-91, 15049-91, 15050-91, 15051-91, 15052-91, 15053-91, 15054-91, 15055-91, 15056-91, 15057-91, 15058-91, 15059-91, 15060-91, 20132-91 and 20133-91. | GR 11/20/91 | B 11/27/91 | C |
| 0015 | 11/26/91 | MOTR | MOTION by resp. for partial summary judgment. C/S | ORD 01/14/93 | | |

(Continued to page 3)

B84

07/17/06

Docket No. 15039-91 (Continuation Page 3)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | (Affidavits att'd) | | | |
| 0016 | 11/26/91 | MEMO | MEMORANDUM OF LAW AND FACTS by resp. in support of motion for partial summary judgment. C/S | | | |
| 0017 | 11/29/91 | O | ORDER Petr. by 1/10/92 file response to mot. for partial summ. judg.; Resp. by 2/10/92 file reply to Petr. response. | | B 12/02/91 | C |
| 0018 | 12/20/91 | O | ORDER Court's 11/29/91 Order is rescinded. | | B 12/23/91 | C |
| 0019 | 01/14/92 | STP | STIPULATION OF FACTS. w/Ex. | | | |
| 0020 | 01/31/92 | MOTP | MOTION by petr. to compel docu. & ans. Interr. w/Exh. C/S | ORD 04/21/92 | | |
| 0021 | 01/31/92 | MEMO | MEMORANDUM by petr. in support of mot to compel. C/S | | | |
| 0022 | 02/18/92 | MOTR | MOTION by resp. to have until 3/9/92 to file opposition to mot to compel. (N.Obj) | GR 02/20/92 | B 03/02/92 | C |
| 0023 | 03/09/92 | OBJ | OBJECTION by resp. to mot to compel. (Reply to discovery Memo att'd.) C/S | | | |
| 0024 | 03/24/92 | MEMO | MEMORANDUM by Petr. in response to Resp. obj. to mot. to compel. w/ex. C/S | | | |
| 0025 | 04/21/92 | O | ORDER petrs. by 5/29/92 file response to mot. for partial summ. judg.; resp. by 6/30/92 file reply to petrs. response. Mot to compel is Dn. | | B 04/23/92 | C |
| 0026 | 05/28/92 | MOTP | MOTION by petr. to extend time to 6/8/92 for response to mot. for partial summ. judgment. (N.Obj) C/S | GR 05/29/92 | B 06/01/92 | C |
| 0027 | 06/08/92 | MOTP | MOTION by petr. to strike improper portions of affidavits in support of resp. mot. for partial summary Judgement. (Appendix att'd.) C/S | ORD 01/12/93 | | |
| 0028 | 06/08/92 | MOTP | MOTION by petr. (Cross) for partial summary Judgment. w/Ex. & Memo. att'd. C/S | ORD 01/12/93 | | |
| 0029 | 07/13/92 | OBJ | OBJECTION by resp. to cross mot. for partial summ. judg. C/S | | | |
| 0030 | 07/13/92 | OBJ | OBJECTION by resp to mot. to strike portions of affidavits. C/S | | | |
| 0031 | 07/13/92 | MEMO | MEMORANDUM by resp. in reply to memo. in opposition to mot. for partial summ. judg. & in support of petr. cross-mot. C/S (Per Judge) | | | |

(Continued to page 4)

B85

07/17/06

Docket No. 15039-91 (Continuation Page 4)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0032 | 07/29/92 | NCA | NOTICE of Change of Address for atty-Leonard S. Roth. C/S | | | |
| 0033 | 08/10/92 | MOT | MOTION by certain participating partners to file memo. in opposition to mot. for partial summ. judg. & in support of Petr. cross mot. (Memo. Ld.) C/S | ORD 09/25/92 | | |
| 0034 | 08/21/92 | O | ORDER Resp by 9-11-92 file response to mot. by Participants to file Memo. | | B 08/25/92 | C |
| 0035 | 08/25/92 | JMOT | JT. MOTION for special calendar. | ORD 09/25/92 | | |
| 0036 | 09/09/92 | NOBJ | NO OBJECTION by Resp to mot. by certain participation partner to file Memo. C/S | | | |
| 0037 | 09/25/92 | O | ORDER mot. for special calendar is Dn. | | B 09/25/92 | C |
| 0038 | 09/25/92 | O | ORDER resp. by 10-26-92 file suppl. stip. or mot. to correct stip. Resp. within 30 days after ruling with respect to suppl stip. or mot. to correct stip. file response to memo. in opposition to mot. for partial summ. judg. Mot. to file memo. to mot. for partial summ. judg. is Gr. | | B 09/25/92 | C |
| 0039 | 09/25/92 | MEMO | MEMORANDUM by certain participating partners in Opposition to mot. for partial summ. judg. & in support of petrs. cross-mot. | | B 09/25/92 | C |
| 0040 | 10/15/92 | MOTP | MOTION by petr. to file suppl. memo. of law in opposition to resp mot. for partial summ. judg. & in support of petrs. Cross-mot. (Suppl. memo. of law Ld) C/S | ORD 10/19/92 | | |
| 0041 | 10/19/92 | MEMO | MEMORANDUM OF LAW (SUPPLEMENTAL) by Petr. in Opposition to resp. mot. for partial summ. judg. & in support of petrs. Cross-mot. | | R 10/21/92 | |
| 0042 | 10/19/92 | O | ORDER resp. by 11-27-92 file response to petrs. suppl. memo. Mot. to file suppl. memo. is Gr. | | B 10/21/92 | C |
| 0043 | 10/26/92 | STP | STIPULATION OF FACTS (SUPPLEMENTAL). w/Ex. | | | |
| 0044 | 10/26/92 | MOTR | MOTION by resp. to Reform Stipulation of facts. w/affidavits att'd. C/S (Per Judge) | ORD 01/12/93 | | |
| 0045 | 11/06/92 | O | ORDER petr. by 11-25-92 file response to mot. to reform. | | B 11/09/92 | C |
| 0046 | 11/24/92 | MEMO | MEMORANDUM OF LAW by petr. in Opposition to mot. to reform. w/Ex. C/S | | | |

(Continued to page 5)

07/17/06

Docket No. 15039-91 (Continuation Page 5)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0047 | 11/27/92 | RESP | RESPONSE by Resp. to partners memo. filed 9/25/92 & Petr. suppl. memo. filed 10/19/92. (Serve Per Judge) | | P 12/07/92 | C |
| 0048 | 01/12/93 | O | ORDER Resp. mot. for partial summ. judg. & Petr. cross-mot. for partial summ. judg. are Dn. Mot. to reform stip. of facts is moot. Mot. to strike improper portions of affidavits is moot. | | B 01/14/93 | C |
| 0049 | 02/19/93 | MEMO | MEMORANDUM OF LAW by petr. in opposition to separate trial on statute of limitations issues. C/S (Per Judge) | | | |
| 0050 | 03/18/93 | RESP | RESPONSE by resp. to memo. of law in opposition to separate trials. C/S (Per Judge) | | | |
| 0051 | 03/23/93 | MOTP | MOTION by petr. to file reply to response to memo. of law in opposition to separate trials. (Reply to response Ld.) (N.Obj) C/S | ORD 03/25/93 | | |
| 0052 | 03/25/93 | O | ORDER mot. for leave to file reply is Gr. | | B 03/26/93 | C |
| 0053 | 03/25/93 | R | REPLY by petr. to resp's Response to petrs. memo. of law in opposition to separate trials. | | R 03/26/93 | |
| 0054 | 04/19/93 | ORJ | ORDER that case is reassigned to Judge Halpern. | | B 04/20/93 | C |
| 0055 | 05/18/93 | JMOT | JT. MOTION for due date of 9/15/93 for filing of amendment to answer & due date of 11/15/93 for filing of reply to such amendment. | ORD 05/19/93 | | |
| 0056 | 05/19/93 | O | ORDER mot. to file amd. to ans. & reply is Gr. | | B 05/20/93 | C |
| 0057 | 08/02/93 | ATA | AMENDMENT TO ANSWER (C/S 7/28/93) | | | |
| 0058 | 11/12/93 | R | REPLY by petr. to amendment to ans. (C/S 11/12/93) | | | |
| 0059 | 01/12/94 | O | ORDER that the consolidation is severed. | | B 01/13/94 | C |
| 0060 | 07/22/94 | MOTP | MOTION by petr. to reconsider the denial of petrs' mot. for partial summary Judgment. w/memo in support of mot., Exs. & attachments. C/S | ORD 09/02/98 | | |
| 0061 | 07/25/94 | O | ORDER resp. by 9/2/94 file response to mot. to reconsider the denial of mot. for summ. judgment. Petr. by 9/9/94 may file reply to resp's response. | | B 07/26/94 | C |
| 0062 | 09/01/94 | MOTR | MOTION by resp. for recons. of the denial of resp. mot. for partial summ. judg. C/S | ORD 09/02/98 | | |

(Continued to page 6)

B87

07/17/06

Docket No. 15039-91 (Continuation Page 6) INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0063 | 09/01/94 | MOTR | MOTION by resp. for recons. of the mooting of mot. to reform stip. of facts. C/S | ORD 10/08/98 | | |
| 0064 | 09/01/94 | MOTR | MOTION by resp. to strike affidavits submitted in support of mot. for recons. of mhe denial of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0065 | 09/01/94 | MEMO | MEMORANDUM by resp. in opposition to petr. mot. for recon. of the denial of mot. for partial summ. judg. and in support of mot. for recons. of the denial of resp. mot. for partial summ. judg. & reformation of the stip. of facts. w/Exs. & Affidavit. C/S | ORD 09/02/98 | | |
| 0066 | 09/01/94 | MOTR | MOTION by resp. for lv. to file suppl. memo. in opposition to petr. mot. for recons. of mot for partial summ. judg. & in support of resp. mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0067 | 09/01/94 | OBJ | OBJECTION by Resp. to Petr's. Mot for reconsideration. (C/S 9-1-94) | | | |
| 0068 | 09/02/94 | MOTP | MOTION by petr. to compel documents. w/Exs. C/S | ORD 10/08/98 | | |
| 0069 | 09/09/94 | OP | OPPOSITION by petr. to mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0070 | 09/09/94 | RESP | RESPONSE by petr. to mot. for recons. of mot. to reform stip. of facts. C/S | | | |
| 0071 | 09/09/94 | RESP | RESPONSE by petr. to mot. to strike affidavits. C/S | ORD 09/02/98 | | |
| 0072 | 09/09/94 | R | REPLY by petr. to memo. in opposition to mot. for recons. of mot. for partial summ. judg. C/S | ORD 09/02/98 | | |
| 0073 | 09/12/94 | O | ORDER resp. by 9/22/94 file response to mot. to compel docu. | | B 09/13/94 | C |
| 0074 | 09/21/94 | O | ORDER time ext. to 9/23/94 for response to mot. to compel docu. | | B 09/23/94 | C |
| 0075 | 09/28/94 | OBJ | OBJECTION by resp. to petr's mot. to compel. (Leave Gr.) | | | |
| 0076 | 04/03/95 | MOTR | MOTION by resp. to Amend Answer. (2nd Am. to Ans. Ld.) C/S | ORD 05/12/95 | | |
| 0077 | 04/03/95 | MEMO | MEMORANDUM by Resp. In Support of mot. to amd. ans. C/S | | | |
| 0078 | 04/05/95 | O | ORDER petr. by 5/5/95 file response to mot. to amd. ans. | | B 04/06/95 | C |
| 0079 | 05/02/95 | NCA | NOTICE of Change of Address for atty. K. Peter Schmidt. C/S | | | |
| 0080 | 05/05/95 | OP | OPPOSITION by Petrs. to mot. to amend answer. C/S | | | |

(Continued to page 7)

B88

07/17/06

Docket No. 15039-91 (Continuation Page 7) INDEX

```
 NO.    DATE   EVENT        FILINGS AND PROCEEDINGS      ACT/STAT DTE   SERVED    M

0081 05/12/95 O    ORDER mot to amend answer Gr.                       B 05/15/95 C
0082 05/12/95 ATA  AMENDMENT TO ANSWER (SECOND)                        P 05/15/95 C
0083 07/05/95 MOTR MOTION by resp. to supplement
                   resp's memo. in support of        ORD 09/02/98
                   resp's mot. for partial summary Judgment. (Suppl. memo. in
                   support of mot. for
                    recons. of resp's mot. for partial summ. Judg. Ld) C/S
                   (Per Judge)
0084 01/30/96 MOT  MOTION by K. Peter Schmidt to
                   withdraw as to Leonard G.         GR  07/31/96 B 08/01/96 C
                   Malone (participating partner) N.obj. (C/S 1/30/96)
0085 01/30/96 MOT  MOTION by K. Peter Schmidt to
                   withdraw as to Ernest H. Price.   GR  07/31/96 B 08/01/96 C
                   (N.Obj.-Resp.) C/S
0086 02/12/96 O    ORDER that participating partner
                   in mot to w/d filed 1/30/96                      B 02/15/96 C
                   file an obj. by 3/15/96 to said mot. Clerk is to serve a
                   copy of this ord. on Resp., Petrs., & the participating
                   partner who is the subject of the mot to w/d.
0087 04/01/96 EA   ENTRY OF APPEARANCE by Daniel L.
                   Merriman for participant                         R 04/02/96
                   Leonard G. Malone.
0088 12/30/97 NOT  NOTICE by Resp. of settlement
                   agreement and consistent
                   agreement under Rule 248 (c)(1) for Participants Cooney,
                   Emura, Hickman, Johnston, Lederer,Jr., and Pryor. (C/S
                   12-29-97)
0089 02/02/98 JMOT JT. MOTION to w/d certain pending
                    mots. & docu. relating thereto   ORD 09/02/98
                   without prejudice. (C/S 2-11-98) (Per Judge)
0090 02/04/98 MOT  MOTION by S. Seigel, K. Schmidt &
                    L. Roth to w/d for Petrs. &      ORD 10/29/98
                   participants Haberkamps & Johnson. (C/S 2-4-98)
0091 02/27/98 O    ORDER Petrs. & Participants
                   listed in 2-4-98 mot. by                         B 03/02/98 C
                   3-16-98 file obj. to said mot.
0092 07/31/98 MOTR MOTION by resp. to be relieved
                   nunc pro tunc of duty under       ORD 11/24/98
                   Rule 248(c). w/Exhs. (C/S 7-30-98)
0093 09/02/98 O    ORDER that Joint Motion filed
                   2-2-98 is granted in that                        B 09/03/98 C
                   certain motions & documents are withdrawn.
0094 09/02/98 O    ORDER set 10-8-98 Washington,DC
                   Spec. for hearing on Resp's.                     B 09/03/98 C
                   9-1-94 Mot for reconsideration, Petr's. Mot to compel
                   documents, and Resp's. Mot to be relieved of duty under
                   Rule 248(c). Petr. & Participating Partners by
                    9-23-98 file an objection to mot to be relieved of duty.
```

(Continued to page 8)

07/17/06

Docket No. 15039-91 (Continuation Page 8)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0095 | 09/23/98 | OBJ | OBJECTION by Petr. to mot to be relieved of duty under Rule 248(c). (C/S 9-23-98) | | | |
| 0096 | 10/02/98 | RESP | RESPONSE by Petr. & TMP to 9-2-98 order re:the hearing on certain mots. (C/S 10-2-98) | | | |
| 0097 | 10/02/98 | MOT | MOTION by Petr. & TMP to clarify or recon. 9-2-98 order that w/d certain mots. & documents. (C/S 10-2-98) | ORD 10/08/98 | | |
| 0098 | 10/05/98 | RESP | RESPONSE by Resp. to 9-2-98 order re:hrg. on certain mots. w/Ex. (C/S 10-2-98) | | | |
| 0099 | 10/08/98 | HEAR | HEARING before Judge Halpern at Washington, DC James P. Joseph (Specially Recognized). Resp's. 9-1-94 Mot to reconsider mooting--See order. Petr's. 9-2-94 Motion to compel docus.-See order. Resp's. 7-31-98 Motion to be relieved of duty--CAV. Petr. & TMP 10-2-98 Mot. to clarify or reconsider--See order. | ORD 11/24/98 | | |
| 0100 | 10/08/98 | O | ORDER Resp's. 9-1-94 Motion for reconsideration is denied. | | B 10/29/98 | C |
| 0101 | 10/08/98 | O | ORDER Petr's. 9-2-94 Motion to compel docus. is denied. | | B 10/29/98 | C |
| 0102 | 10/08/98 | O | ORDER Petr. & TMP 10-2-98 Mot to clarify or reconsider is denied in part and granted in part. | | B 10/29/98 | C |
| 0103 | 10/29/98 | O | ORDER motion to withdraw filed 2-4-98 is granted. | | B 10/29/98 | C |
| 0104 | 11/09/98 | TRAN | TRANSCRIPT of Oct. 8, 1998 rec'd. (HEAR) | | | |
| 0105 | 11/13/98 | JT | JOINT REPORT filed w/Ex. (Per Judge) | | | |
| 0106 | 11/24/98 | O | ORDER resp. mot. to be relieved filed 7-31-98 is deemed moot. | | B 11/27/98 | C |
| 0107 | 03/30/99 | MOTR | MOTION by resp. to calendar case for status report. w/Exh. (C/S 3-29-99) | ORD 06/04/99 | | |
| 0108 | 04/14/99 | NOT | NOTICE by Resp. of consistent settlement under Rule 248 (c)(1) for Participant Charles H. Johnson. (C/S 4-13-99) | | | |
| 0109 | 04/19/99 | MOTR | MOTION by resp. to treat request for consistent settlement as timely. w/Exh. (C/S 4-16-99) (Per Judge) | ORD 04/21/99 | | |
| 0110 | 04/21/99 | O | ORDER Motion filed 4-19-99 is granted. (R-Re-M 6-22-99, Atty. Merriman) | | B 04/22/99 | C |
| 0111 | 04/29/99 | NOT | NOTICE by Resp. of consistant agreement under Rule 248(c)(1) | | | |

(Continued to page 9)

B90

07/17/06

Docket No. 15039-91 (Continuation Page 9) INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | for Petrs. Sevier's. (C/S 4-28-99) | | | |
| 0112 | 04/30/99 | O | ORDER caption is changed. | | B 05/03/99 | C |
| 0113 | 05/14/99 | MOT | MOTION by Steven R. Mather to file notice of election to intervene for Frederick H. Behrens (NOEI Ld.). (C/S 5/13/99) | ORD 07/01/99 | | |
| 0114 | 05/19/99 | MOTR | MOTION by resp. for leave to treat the request for consistent settlement as a timely request for consistent settlement under I.R.C. Sec. 6224(c)(2). w/Ex. (C/S 5/18/99) | ORD 05/24/99 | | |
| 0115 | 05/21/99 | O | ORDER Resp., Petr. & participating partners by 6/14/99 file obj. to 5/14/99 mot. (R-In-F 7-1-99 Ernest) | | B 05/21/99 | C |
| 0116 | 05/24/99 | O | ORDER motion filed 5/19/99 is Gr. (R-In-F 7-1-99 Ernest) | | B 05/24/99 | C |
| 0117 | 06/04/99 | O | ORDER set 10-4-99 Washington, DC Spec. for trial. Mot to calendar is Dn. (R-In-F 7-1-99 Ernest) | | B 06/04/99 | C |
| 0118 | 06/04/99 | SPTO | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | B 06/04/99 | C |
| 0119 | 06/15/99 | NOBJ | NO OBJECTION by Resp. to 5/14/99 mot. (C/S 6/14/99) (Leave Gr.) | | | |
| 0120 | 06/23/99 | NOT | NOTICE by Resp. of settlement under Rule 248 (c)(1) for Leonard G. Malone, participant. (C/S 6/22/99) | | | |
| 0121 | 07/01/99 | NOEI | NOTICE OF ELECTION TO INTERVENE by Frederick H. Behrens. | | B 07/01/99 | C |
| 0122 | 07/01/99 | O | ORDER 5-14-99 mot. gr. Proceedings stayed to 7-30-99. | | B 07/01/99 | C |
| 0123 | 07/26/99 | STP | STIPULATION by Resp. & TMP to be bound by 12532-90 re: certain mots. (C/S 7/23/99) (per Judge) | | | |
| 0124 | 08/20/99 | MOTR | MOTION by resp. to adopt test case procedure. w/Exh. (C/S 8-19-99) (Per Judge) | ORD 09/28/99 | | |
| 0125 | 08/26/99 | O | ORDER Petr., TMP and Participants by 9-7-99 file objection to motion to adopt test case procedure. | | B 08/26/99 | C |
| 0126 | 08/30/99 | OBJ | OBJECTION by TMP to Mot to adopt test case procedure. (C/S 8-27-99) | | | |
| 0127 | 09/14/99 | O | ORDER re:service of pre-trial documents. Petr. or Participant submit by 9-20-99 a request for service. | | B 09/14/99 | C |
| 0128 | 09/28/99 | O | ORDER motion to adopt test case procedure is denied. | | B 09/28/99 | C |
| 0129 | 10/04/99 | HEAR | HEARING before Judge Halpern at Washington, DC | | | |

(Continued to page 10)

07/17/06

Docket No. 15039-91 (Continuation Page 10)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT | DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|---|
| | | | Recaled 10-6 & 12-6-99. 10-4-99 Non-appearing partners w/d--See Order. 12-6-99--Cont--No Order. | | | | |
| 0130 | 10/04/99 | O | ORDER nonappearing partners listed herein are withdrawn from Court's record as participating partners. Caption is amended. | | | B 11/18/99 | C |
| 0131 | 10/06/99 | EA | ENTRY OF APPEARANCE for Jason M. Silver. (WAS) | | | R 12/29/99 | |
| 0132 | 11/03/99 | TRAN | TRANSCRIPT of 10-4-99 rec'd. (Cal. Call) | | | | |
| 0133 | 12/06/99 | STPB | STIPULATION to be bound by Dkt. No. 12530-90.(WAS) | | | | |
| 0134 | 01/07/00 | HEAR | HEARING before Judge Halpern at Washington, DC Called-Not Calendared. | | | | |
| 0135 | 01/07/00 | MOTP | MOTION by petr. to file mot. for part. summ. judg. (Mot. & Memo. Ld.) (C/S 10-6-99) (WAS) | DN | 01/07/00 | B 01/14/00 | C |
| 0136 | 01/14/00 | TRAN | TRANSCRIPT of 1-7-00 rec'd. (HEAR) | | | | |
| 0137 | 01/24/00 | STP | STIPULATION OF SETTLED ISSUES re: 1985. | | | | |
| 0138 | 03/06/00 | MOTR | MOTION by resp. to treat request for consistent settlement as timely re: Vatchel Z. Barnes & Laura A. Barnes (Deceased). w/Exh. (C/S 3/3/00) | GR | 03/08/00 | B 03/08/00 | C |
| 0139 | 03/06/00 | MOTR | MOTION by resp. to treat request for consistent settlement as timely re: John & Jeanette Difilippo. w/Exh. (C/S 3/3/00) | GR | 03/08/00 | B 03/08/00 | C |
| 0140 | 12/18/00 | JT | JOINT STATUS REPORT. (Per Judge) | | | | |
| 0141 | 04/16/01 | MOTR | MOTION by resp. for entry of decision. (C/S 4-13-01) | GR | 07/19/01 | B 07/19/01 | C |
| 0142 | 07/19/01 | DEC | DECISION ENTERED, Judge Halpern | | | B 07/19/01 | C |

B92