PPID 7640814086 [redacted]-5010
PAGE NO-0001 IRS EMPLOYEE 7640814086

DATE REQUESTED 10-07-1998 PRINT DATE 10-08-1998

FORM NUMBER: 1040 TAX PERIOD: DEC 1985

TAXPAYER IDENTIFICATION NUMBER: [redacted]-5010
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: [redacted]-8501

RONALD C & MARY G PRATI
2801 N PENINSULA AVE APT 1705
NEW SMYRNA BEACH FL 32169-2059-012

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 06-29-1998
ACCRUED PENALTY: 0.00 AS OF 06-29-1998

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

** EXEMPTIONS: 06 **FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME: 445,461.00
** TAXABLE INCOME: 211,461.00
TAX PER RETURN: 74,186.00 PRINCIPAL INDUSTRY ACTIVITY CODE: 1552
** SE TAXABLE INCOME TAXPAYER: 0.00
** SE TAXABLE INCOME SPOUSE: 2,690.00
** TOTAL SELF EMPLOYMENT TAX: 317.00

** PER RETURN OR AS ADJUSTED

08-07-1986 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
09-15-1986 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED | 09-15-1986 | 74,186.00 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 08-07-1986 | 118,991.00- |
| 460 | EXTENSION OF TIME FOR FILING 08-15-1986 | 04-03-1986 | |
| 826 | OVERPAYMENT TRANSFERRED TO FORM 1040 TAX PERIOD DEC 1974 | 04-15-1986 | 472.16 |
| 826 | OVERPAYMENT TRANSFERRED TO FORM 1040 TAX PERIOD DEC 1974 | 04-15-1986 | 13,042.73 |
| 776 | INTEREST APPLIED TO ACCOUNT | 09-15-1986 | 19.17- |
| 846 | REFUND OF OVERPAYMENT | 09-15-1986 | 31,309.28 |
| 960 | RECEIVED POA/TIA | 07-07-1990 | |
| 673 | SUBSEQUENT PAYMENT | 10-10-1995 | 63,875.00- |
| 640 | ADVANCE PAYMENT OF EXAMINATION DEFICIENCY CASH BOND PAYMENT | 10-10-1995 | 63,875.00- |
| 672 | CORRECT SUBSEQUENT PYMT PROCESSED IN ERROR | 10-10-1995 | 63,875.00 |
| 560 | ASSESSMENT STATUTE EXPIRATION DATE EXTENDED TO 04-20-1998 | 05-01-1997 | |
| 961 | REMOVED POA/TIA | 06-28-1997 | |
| 160 | LATE FILING PENALTY | 10-20-1997 | 0.00 |

Exhibit 11

PAGE NO-0002 IRS EMPLOYEE 7640814086

| | | |
|---|---|---|
| 340 INTEREST ASSESSMENT | 10-20-1997 | 39,251.35 |
| 300 ADDITIONAL TAX ASSESSED BY EXAMINATION | 10-20-1997 | 20,523.00 |
| 846 REFUND OF OVERPAYMENT | 10-20-1997 | 4,100.65 |
| 960 RECEIVED POA/TIA | 01-19-1998 | |

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201-0040**

**Date:** May 2, 1997

**Mail Stop:** 4550
**Person to Contact:**
Nery Williams
**Telephone Number:**
801-629-1048
Not a toll free number
**Hours:** 7 a.m. to 3:30 p.m.
Mountain Time
Monday through Friday
**Social Security Number:**
[redacted]-5010
**Year(s):** 1985 & 1986
**Partnership/S Corporation:**
Agri-Venture Fund
**Tax Identification Number:**
33-0115708

RONALD C & MARY G PRATI
2801 N PENINSULA AVE APT 1705
NEW SMYRNA BEACH FL 32169

Dear Mr. & Mrs. Prati:

The enclosed copy of the Settlement Agreement(s) has now been signed on behalf of the Commissioner of the Internal Revenue Service. It has been accepted as a final agreement for the issue(s) shown.

Since this is a final agreement, it will not be reopened unless there are indications of fraud, malfeasance, or misrepresentation of facts. No claim for refund or credit may be filed based on these adjustments.

A report showing how these adjustments will affect your return will be prepared within one year of the date this agreement was executed. If penalties are an issue in your case, they will be addressed at that time.

If you have any questions about this letter, please contact the person whose name, telephone number and contact hours are shown above. If you write please include your telephone number, the hours you can be reached, and a copy of this letter.

Your cooperation is appreciated.

Sincerely,

Wendy Higley
Tax Examiner
Examination Branch

Enclosure:
Copy of Settlement Agreement(s)

Exhibit 12



TTE-1 (REV 8-96)

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY REFER TO:
MS 4550
122096-0747

| TAXPAYER(S) NAME(S) AND ADDRESS | NAME OF PARTNERSHIP |
|---|---|
| RONALD C & MARY G PRATI<br>JAMES P JOSEPH<br>1200 NEW HAMPSHIRE AVE N W<br>WASHINGTON DC 20036-6802003 | AGRI-VENTURE FUND<br>TIN: 33-0115708 |
| TIN: [redacted]-5010 | TAX YEAR ENDED: 1985 |

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

| | | |
|---|---|---|
| SIGNATURE OF TAXPAYER | Ronald C Prati | DATE 3-25-97 |
| SIGNATURE OF TAXPAYER | Mary G Prati | DATE 3-25-97 |
| BY (SIGNATURE AND TITLE) | | DATE |

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

RECEIVED IN OGDEN APR 01 1997

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

| | | |
|---|---|---|
| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER APR 24 1997 B96 | SIGNATURE [signature] |
| | OFFICE SALT LAKE CITY APPEALS OFFICE | TITLE Associate Chief |

FORM 870-P(AD)(5-88)

# Settlement Agreement For Partnership Adjustments

Name of Partnership: AGRI – VENTURE FUND

Taxpayer Identifying Number: 33-0115708

**Schedule of Adjustments**

| | Tax Years(s) Ended | | |
|---|---|---|---|
| | December 31, 1985 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| Schedule F – Farming Expenses | 11,806,681 | | |
| Other Deductions | 218,477 | | |
| Rental Expenses/Depreciation | 0 | | |
| Ordinary Income/Loss from Partnership | 0 | * | |
| Total Adjustments To Ordinary Income | 12,025,158 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | (18,894,809) | | |
| (2) As Reported | 28,201,208 | | |
| (3) Corrected | 9,306,399 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 33,154 | | |
| (3) Corrected | 33,154 | 0 | 0 |
| Other Adjustment: Invest. Interest – Invest. Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 16,093 | | |
| (3) Corrected | 16,093 | 0 | 0 |

Remarks

* The tax treatment of the partnership items relating to Pump Station III Joint Venture, Agri–Venture Farming Joint Venture, Columbia Basin Growers, Desert Highland Vineyards, Houston Farm Associates II, Indio Date Associates, and USB–85 Associates, will be resolved in separate partnership proceedings conducted in accordance with the TEFRA partnership procedures. The adjustments made in those partnership proceedings will be treated as computational adjustments and be assessed, credited or refunded accordingly.

B97

Continuation of Schedule of Adjustments

## Settlement Agreement For Partnership Adjustments

| Name of Partnership: AGRI – VENTURE FUND | Schedule of Adjustments | | |
|---|---|---|---|
| | Tax Years(s) Ended | | |
| Taxpayer Identifying Number: 33-0115708 | December 31, 1985 | | |
| Other Adjustment: Investment Credit Prop. – New/3 year | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 182,279 | | |
| (3) Corrected | 182,279 | 0 | 0 |
| Other Adjustment: Invest. Credit Prop. – New/Other | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 2,418,496 | | |
| (3) Corrected | 2,418,496 | 0 | 0 |
| Other Adjustment: Invest. Credit Prop. – Used/Other | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 14,974 | | |
| (3) Corrected | 14,974 | 0 | 0 |

Remarks

B98

FORM 870-P(AD)(5-88)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-0994

| TAXPAYER(S) NAME(S) AND ADDRESS | NAME OF PARTNERSHIP |
|---|---|
| RONALD C & MARY G PRATI<br>JAMES P JOSEPH<br>1200 NEW HAMPSHIRE AVE N W<br>WASHINGTON DC 20036-6802003 | AGRI-VENTURE FUND |
| | TIN: 33-0115708 |
| TIN: [redacted]-5010 | TAX YEAR ENDED: 1986 |

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

| | | |
|---|---|---|
| SIGNATURE OF TAXPAYER | Ronald C Prati | DATE 3-25-97 |
| SIGNATURE OF TAXPAYER | Mary G Prati | DATE 3-25-97 |
| BY (SIGNATURE AND TITLE) | | DATE |

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

RECEIVED IN CORRES
APR 01 1997

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

| | | |
|---|---|---|
| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER APR 24 1997 | B99 SIGNATURE |
| | OFFICE SALT LAKE CITY APPEALS OFFICE | TITLE Associate Chief |

Exhibit 13

# Settlement Agreement For Partnership Adjustments

## Schedule of Adjustments

| Name of Partnership<br>AGRI-VENTURE FUND<br><br>Taxpayer Identifying Number: 33-0115708 | Tax Years(s) Ended | | |
|---|---|---|---|
| | 12/31/86 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| INCOME | 0 | | |
| Total Adjustments To Ordinary Income | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |

Remarks

The Administrative Adjustment Request (AAR) has been taken into consideration.
The income reported on the return will not be adjusted.

B100

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201-0040**

**Date:** April 25, 1997

**Mail Stop:** 4550
**Person to Contact:**
Nery Williams
**Telephone Number:**
(801) 629-1048
Not a toll free number
**Hours:** 7 a.m. to 3 p.m.
Mountain Time
Monday through Friday
**Tax Identification Number:**
[redacted]-5010
**Year(s):** 1985,1986
**Partnership/S Corporation:**
Canyon Desert Vineyards
**Tax Identification Number:**
33-0098216

RONALD C & MARY G PRATI
2801 N PENINSULA AVE APT 1705
NEW SMYRNA BEACH FL 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

Dear Mr. & Mrs. R. Prati:

The enclosed copy of the Settlement Agreement(s) has now been signed on behalf of the Commissioner of the Internal Revenue Service. It has been accepted as a final agreement for the issue(s) shown.

Since this is a final agreement, it will not be reopened unless there are indications of fraud, malfeasance, or misrepresentation of facts. No claim for refund or credit may be filed based on these adjustments.

A report showing how these adjustments will affect your return will be prepared within one year of the date this agreement was executed. If penalties are an issue in your case, they will be addressed at that time.

If you have any questions about this letter, please contact the person whose name, telephone number and contact hours are shown above. If you write please include your telephone number, the hours you can be reached, and a copy of this letter.

Your cooperation is appreciated.

Sincerely,

Jette Gauchat

Jette Gauchat
Tax Examiner
Examination Branch

Enclosure:
Copy of Settlement Agreement(s)

Exhibit 14

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY REFER TO:
MS 4550
122096-1862

TAXPAYER(S) NAME(S) AND ADDRESS

RONALD C & MARY G PRATI
JAMES P JOSEPH
1200 NEW HAMPSHIRE AVE N W
WASHINGTON DC 20036-6802003

TIN: [redacted]-5010

NAME OF PARTNERSHIP

CANYON DESERT VINEYARDS

TIN: 33-0098216

TAX YEAR ENDED: 1985

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER Ronald C Prati — DATE 3-25-97

SIGNATURE OF TAXPAYER Mary G Prati — DATE 3-25-97

RECEIVED ... APR -2 ... OGDEN SERVICE CENTER

BY (SIGNATURE AND TITLE) — DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

RECEIVED IN CORRES MAR 2 ... 97

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER 21 APR 1997 B102

SIGNATURE Kenny Raymond

OFFICE SALT LAKE CITY APPEALS OFFICE

TITLE Associate Chief

FORM 870-P(AD)(5-88)

# Settlement Agreement For Partnership Adjustments

Name of Partnership

CANYON DESERT VINEYARDS

Taxpayer Identifying Number: 33-0098216

| Schedule of Adjustments | Tax Years(s) Ended | | |
|---|---|---|---|
| | December 31, 1985 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| Schedule F – Farm Loss | 3,351,695 | | |
| Other Deductions | 88,345 | | |
| Total Adjustments To Ordinary Income | 3,440,040 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | (5,053,621) | | |
| (2) As Reported | 7,542,718 | | |
| (3) Corrected | 2,489,097 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 13,419 | | |
| (3) Corrected | 13,419 | 0 | 0 |
| Other Adjustment: Invest. Interest – Invest. Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 13,419 | | |
| (3) Corrected | 13,419 | 0 | 0 |

Remarks

B103

FORM 870-P(AD)(5-88) DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-1959

TAXPAYER(S) NAME(S) AND ADDRESS

RONALD C & MARY G PRATI
JAMES P JOSEPH
1200 NEW HAMPSHIRE AVE N W
WASHINGTON DC 20036-6802003

TIN: [redacted]-5010

NAME OF PARTNERSHIP

CANYON DESERT VINEYARDS

TIN: 33-0098216

TAX YEAR ENDED: 1986

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

| | | |
|---|---|---|
| SIGNATURE OF TAXPAYER | Ronald C Prati | DATE 3-25-97 |
| SIGNATURE OF TAXPAYER | Mary G Prati | DATE 3-25-97 |
| BY (SIGNATURE AND TITLE) | | DATE |

RECEIVED APR - 2 1997 OGDEN SERVICE CENTER

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

RECEIVED IN CORR MAR 31 1997

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

| | | |
|---|---|---|
| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER 2 APR 1997 B104 | SIGNATURE [signature] |
| | OFFICE | TITLE Associate Chief |

Exhibit 15

SALT LAKE CITY APPEALS OFFICE

## Settlement Agreement For Partnership Adjustments

Schedule of Adjustments

| Name of Partnership: CANYON DESERT VINEYARDS<br>Taxpayer Identifying Number: 33-0098216 | Tax Years(s) Ended | | |
|---|---|---|---|
| | 12/31/86 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| INCOME | 0 | | |
| Total Adjustments To Ordinary Income | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |

Remarks

The Administrative Adjustment Request (AAR) has been taken into consideration.
The income reported on the return will not be adjusted.

B105

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201-0040**

**Mail Stop** 4550
**Person to Contact:**
Nery Williams
**Telephone Number:**
(801) 629-1048
Not a toll free number
**Hours:** 7 a.m. to 3 p.m.
Mountain Time
Monday through Friday
**Tax Identification Number:**
[redacted]-5010
**Year(s):** 1985,1986
**Partnership/S Corporation:**
Emperor Seedless-85
**Tax Identification Number:**
33-0112157

**Date:** April 25, 1997

RONALD C & MARY G PRATI
2801 N PENINSULA AVE APT 1705
NEW SMYRNA BEACH FL 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

Dear Mr. & Mrs. R. Prati:

The enclosed copy of the Settlement Agreement(s) has now been signed on behalf of the Commissioner of the Internal Revenue Service. It has been accepted as a final agreement for the issue(s) shown.

Since this is a final agreement, it will not be reopened unless there are indications of fraud, malfeasance, or misrepresentation of facts. No claim for refund or credit may be filed based on these adjustments.

A report showing how these adjustments will affect your return will be prepared within one year of the date this agreement was executed. If penalties are an issue in your case, they will be addressed at that time.

If you have any questions about this letter, please contact the person whose name, telephone number and contact hours are shown above. If you write please include your telephone number, the hours you can be reached, and a copy of this letter.

Your cooperation is appreciated.

Sincerely,

Jette Gauchat
Tax Examiner
Examination Branch

Enclosure:
Copy of Settlement Agreement(s)

Exhibit 16

FORM 870-P(AD)(5-88) DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-2057

TAXPAYER(S) NAME(S) AND ADDRESS

RONALD C & MARY G PRATI
JAMES P JOSEPH
1200 NEW HAMPSHIRE AVE N W
WASHINGTON DC 20036-6802003

TIN: [redacted]-5010

NAME OF PARTNERSHIP

EMPEROR SEEDLESS-85

TIN: 33-0112157

TAX YEAR ENDED: 1985

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

| | |
|---|---|
| SIGNATURE OF TAXPAYER Ronald C. Prati | DATE 3-25-97 |
| SIGNATURE OF TAXPAYER Mary G. Prati | DATE 3-25-97 |
| BY (SIGNATURE AND TITLE) | DATE |

RECEIVED ESU APR - 1 1997 OGDEN SERVICE CENTER

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

RECEIVED IN CORRES IRS - OSC / 505 MAR 31 1997

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

| | | |
|---|---|---|
| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER 21 APR 1997 | SIGNATURE [signature] |
| | OFFICE B107 | TITLE Associate Chief |

SALT LAKE CITY APPEALS OFFICE

# Settlement Agreement For Partnership Adjustments

Name of Partnership: EMPEROR SEEDLESS – 85

Taxpayer Identifying Number: 33–0112157

## Schedule of Adjustments

| Detail of Adjustments to Ordinary Income | Tax Years(s) Ended: December 31, 1985 | | |
|---|---|---|---|
| Schedule F – Farm Loss | 3,525,841 | | |
| Other Deductions | 87,305 | | |
| Total Adjustments To Ordinary Income | 3,613,146 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | (6,034,488) | | |
| (2) As Reported | 9,006,699 | | |
| (3) Corrected | 2,972,211 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 22,773 | | |
| (3) Corrected | 22,773 | 0 | 0 |
| Other Adjustment: Invest. Interest – Invest. Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 20,004 | | |
| (3) Corrected | 20,004 | 0 | 0 |

Remarks

B108

# Docket Inquiry - Index Continued

© 2006 CMC Software Inc.



**Docket#** 015054-91

Canyon Desert Vineyards, Frederick H. Behrens, Tax Matters Partner

| No. | Date | Filings and Proceedings | Action/Status Date | Served | Cer.M |
|---|---|---|---|---|---|
| 0087 | 12/24/1997 | NOTICE by Resp. of settlement agreement and consistent | | | |

agreement under Rule 248 (c)(1) for Petr. Edward D. Dunn, Jr. & Frances S. Dunn and Participants Paul Moen, Charles L. Ridley, and Robert & Carolyn Thoburn. (C/S 12-23-97)

[Top Of Page]

B121