FORM 870-P(AD)(5-88)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-2181

TAXPAYER(S) NAME(S) AND ADDRESS

RONALD C & MARY G PRATI
JAMES P JOSEPH
1200 NEW HAMPSHIRE AVE N W
WASHINGTON DC 20036-6802003

TIN: [redacted]-5010

NAME OF PARTNERSHIP

EMPEROR SEEDLESS-85

TIN: 33-0112157

TAX YEAR ENDED: 1986

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER Ronald C Prati — DATE 3-25-97

SIGNATURE OF TAXPAYER Mary G. Prati — DATE 3-25-97

BY (SIGNATURE AND TITLE) — DATE

RECEIVED ESU APR - 1 1997 OGDEN SERVICE CENTER

RECEIVED IN CORR. MAR 31 1997

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER 21 APR 1997

B109

SIGNATURE [signature]

Exhibit 17

OFFICE SALT LAKE CITY APPEALS OFFICE

TITLE Associate Chief

# Settlement Agreement For Partnership Adjustments

## Schedule of Adjustments

| Name of Partnership: EMPEROR SEEDLESS-85<br>Taxpayer Identifying Number: 33-0112157 | Tax Years(s) Ended 12/31/86 | | |
|---|---|---|---|
| **Detail of Adjustments to Ordinary Income** | | | |
| INCOME | 0 | | |
| **Total Adjustments To Ordinary Income** | 0 | 0 | 0 |
| **Other Adjustment:** | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| **Other Adjustment:** | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| **Other Adjustment:** | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |

Remarks

The Administrative Adjustment Request (AAR) has been taken into consideration.
The income reported on the return will not be adjusted.

B110

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY
REFER TO:
MS 4550
122096-0931

TAXPAYER(S) NAME(S) AND ADDRESS

RICHARD A & MARY G LEVACY
JAMES P JOSEPH
1200 NEW HAMPSHIRE AVE N W
WASHINGTON DC 20036-6802003

TIN: [redacted]-4776

NAME OF PARTNERSHIP

AGRI-VENTURE FUND

TIN: 33-0115708

TAX YEAR ENDED: 1985

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

| | |
|---|---|
| SIGNATURE OF TAXPAYER [signature] | DATE 26 March 97 |
| SIGNATURE OF TAXPAYER Mary Grace Levacy | DATE 3/24/97 |
| BY (SIGNATURE AND TITLE) | DATE |

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

| | | |
|---|---|---|
| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER 28 APR 1997 B111 | SIGNATURE [signature] |
| | OFFICE SALT LAKE CITY APPEALS OFFICE | TITLE Associate Chief |

Exhibit18

# Settlement Agreement For Partnership Adjustments

Name of Partnership: AGRI – VENTURE FUND

Taxpayer Identifying Number: 33–0115708

## Schedule of Adjustments

| | Tax Years(s) Ended | | |
|---|---|---|---|
| | December 31, 1985 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| Schedule F – Farming Expenses | 11,806,681 | | |
| Other Deductions | 218,477 | | |
| Rental Expenses/Depreciation | 0 | | |
| Ordinary Income/Loss from Partnership | 0 * | | |
| **Total Adjustments To Ordinary Income** | 12,025,158 | 0 | 0 |
| **Other Adjustment:** T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | (18,894,809) | | |
| (2) As Reported | 28,201,208 | | |
| (3) Corrected | 9,306,399 | 0 | 0 |
| **Other Adjustment:** T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 33,154 | | |
| (3) Corrected | 33,154 | 0 | 0 |
| **Other Adjustment:** Invest. Interest – Invest. Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 16,093 | | |
| (3) Corrected | 16,093 | 0 | 0 |

Remarks

* The tax treatment of the partnership items relating to Pump Station III Joint Venture, Agri–Venture Farming Joint Venture, Columbia Basin Growers, Desert Highland Vineyards, Houston Farm Associates II, Indio Date Associates, and USB–85 Associates, will be resolved in separate partnership proceedings conducted in accordance with the TEFRA partnership procedures. The adjustments made in those partnership proceedings will be treated as computational adjustments and be assessed, credited or refunded accordingly.

B112

Continuation of Schedule of Adjustments

## Settlement Agreement For Partnership Adjustments

| Name of Partnership AGRI – VENTURE FUND | Schedule of Adjustments | | |
|---|---|---|---|
| | Tax Years(s) Ended | | |
| Taxpayer Identifying Number: 33–0115708 | December 31, 1985 | | |
| | | | |
| Other Adjustment: Investment Credit Prop. – New/3 year | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 182,279 | | |
| (3) Corrected | 182,279 | 0 | 0 |
| Other Adjustment: Invest. Credit Prop. – New/Other | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 2,418,496 | | |
| (3) Corrected | 2,418,496 | 0 | 0 |
| Other Adjustment: Invest. Credit Prop. – Used/Other | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 14,974 | | |
| (3) Corrected | 14,974 | 0 | 0 |

narks

B113

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY
REFER TO:
MS 4550
122096-1166

TAXPAYER(S) NAME(S) AND ADDRESS

RICHARD A & MARY G LEVACY
JAMES P JOSEPH
1200 NEW HAMPSHIRE AVE N W
WASHINGTON DC 20036-6802003

TIN: [redacted]-4776

NAME OF PARTNERSHIP

AGRI-VENTURE FUND

TIN: 33-0115708

TAX YEAR ENDED: 1986

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER [signature] DATE 26 Mar 97

SIGNATURE OF TAXPAYER Mary Grace Levacy DATE 3/26/97

BY (SIGNATURE AND TITLE) DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER 28 APR 1997 B114

OFFICE SALT LAKE CITY APPEALS OFFICE

SIGNATURE [signature]

TITLE Associate Chief

Exhibit 19

FORM 870-P(AD)(5-88)

# Settlement Agreement For Partnership Adjustments

## Schedule of Adjustments

| Name of Partnership AGRI–VENTURE FUND | Tax Years(s) Ended | | |
|---|---|---|---|
| Taxpayer Identifying Number: 33–0115708 | 12/31/86 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| INCOME | 0 | | |
| Total Adjustments To Ordinary Income | 0 | 0 | 0 |
| **Other Adjustment:** | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| **Other Adjustment:** | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| **Other Adjustment:** | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |

Remarks

The Administrative Adjustment Request (AAR) has been taken into consideration.
The income reported on the return will not be adjusted.

# Docket Inquiry - Index Continued

© 2006 CMC Software Inc.



**Docket#** 015034-91

Agri-Venture Fund, Frederick H. Behrens, Tax Matters Partner

| No. | Date | Filings and Proceedings | Action/Status Date | Served | Cer.M |
|---|---|---|---|---|---|
| 0212 | 10/14/1997 | NOTICE by Resp. of settlement under Rule 248(c)(1) for | | | |

participants Ernst & Julane Knobil, Marshall & Rosslyn Crawford, Herbert Haydel, Richard & Mary Levacy, Herbert & Eleanor Watrous, Leslie & Kathryn Grammer, Edward O'Neill, Jr., Wilfred Blease, Harvey Zimand & E. Lisk Wyckoff, Jr. (C/S 10-9-97)

[Top Of Page]

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY
REFER TO:
MS 4550
122096-1869

TAXPAYER(S) NAME(S) AND ADDRESS

EDWARD D & FRANCES S DUNN JR
RT 1 BOX 122
MORGAN GA 31766-9734220

TIN: [redacted]-0631

NAME OF PARTNERSHIP

CANYON DESERT VINEYARDS

TIN: 33-0098216

TAX YEAR ENDED: 1985

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER Edward D Dunn Jr
E D Dunn Jr

DATE 3-18-97

RECEIVED ESC
MAR 26 1997
OGDEN SERVICE CENTER

SIGNATURE OF TAXPAYER Frances S. Dunn

DATE 3/18/97

BY (SIGNATURE AND TITLE)

DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

OGDEN, UTAH

| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER: 10 APR 1997 B117 | SIGNATURE |
|---|---|---|
| | OFFICE: SALT LAKE CITY APPEALS OFFICE | TITLE: Associate Chief |

Exhibit 20

FORM 870-P(AD)(5-88)

# Settlement Agreement For Partnership Adjustments

Name of Partnership

CANYON DESERT VINEYARDS

Taxpayer Identifying Number: 33-0098216

| Schedule of Adjustments | Tax Years(s) Ended | | |
|---|---|---|---|
| Detail of Adjustments to Ordinary Income | December 31, 1985 | | |
| Schedule F – Farm Loss | 3,351,695 | | |
| Other Deductions | 88,345 | | |
| Total Adjustments To Ordinary Income | 3,440,040 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Expense | | | |
| (1) Adjustment | (5,053,621) | | |
| (2) As Reported | 7,542,718 | | |
| (3) Corrected | 2,489,097 | 0 | 0 |
| Other Adjustment: T.P.I. – Qualified Investment Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 13,419 | | |
| (3) Corrected | 13,419 | 0 | 0 |
| Other Adjustment: Invest. Interest – Invest. Income | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 13,419 | | |
| (3) Corrected | 13,419 | 0 | 0 |

Remarks

RECEIVED IN CORRES
IRS OSC / 507
MAR 25 1997
OGDEN, UTAH

B118

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY
REFER TO:
MS 4550
122096-1962

TAXPAYER(S) NAME(S) AND ADDRESS

EDWARD D & FRANCES S DUNN JR
RT 1 BOX 122
MORGAN GA 31766-9734220

TIN: [redacted]-0631

NAME OF PARTNERSHIP

CANYON DESERT VINEYARDS

TIN: 33-0098216

TAX YEAR ENDED: 1986

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER Edward D Dunn Jr / ED Dunn Jr — DATE 3-18-97

SIGNATURE OF TAXPAYER Frances S. Dunn — DATE 3/18/97

BY (SIGNATURE AND TITLE) — DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

RECEIVED IN CORRES MAR 25 1997 OGDEN, UTAH

| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER | | SIGNATURE |
|---|---|---|---|
| | 10 APR 1997 | B119 | [signature] |
| | OFFICE | | TITLE Associate Chief |

SALT LAKE CITY APPEALS OFFICE

FORM 870-P(AD)(5-88)

# Settlement Agreement For Partnership Adjustments

## Schedule of Adjustments

| Name of Partnership: CANYON DESERT VINEYARDS | Tax Years(s) Ended | | |
|---|---|---|---|
| Taxpayer Identifying Number: 33-0098216 | 12/31/86 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| INCOME | 0 | | |
| **Total Adjustments To Ordinary Income** | 0 | 0 | 0 |
| **Other Adjustment:** | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| **Other Adjustment:** | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| **Other Adjustment:** | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |

Remarks

The Administrative Adjustment Request (AAR) has been taken into consideration.
The income reported on the return will not be adjusted.

RECEIVED IN CORRES
IRS OSC / 50

MAR 25 1997

OGDEN, UTAH

B120

# Docket Inquiry - Index Continued

© 2006 CMC Software Inc.



**Docket#** 015054-91

Canyon Desert Vineyards, Frederick H. Behrens, Tax Matters Partner

| No. | Date | Filings and Proceedings | Action/Status Date | Served | Cer.M |
|---|---|---|---|---|---|
| 0087 | 12/24/1997 | NOTICE by Resp. of settlement agreement and consistent | | | |

agreement under Rule 248 (c)(1) for Petr. Edward D. Dunn, Jr. & Frances S. Dunn and Participants Paul Moen, Charles L. Ridley, and Robert & Carolyn Thoburn. (C/S 12-23-97)

[Top Of Page]