Internal Revenue Service
Department of the Treasury
Western Region
1160 West 1200 South
Ogden, UT 84201-0040

**Date:** May 5, 1997

**Mail Stop:** 4570
**Person to Contact:**
A. Rankin
**Telephone Number:**
(801)629-1084
Not a toll free number
**Hours:** 6:00 a.m. to 2:30 p.m.
Mountain Time
Monday through Friday
**Social Security Number:**
[redacted]-1276
**Year(s):** 1986
**Partnership/S Corporation:**
Coachella Fruit Growers
**Tax Identification Number:**
33-0191770

JEFFREY T & ANNE G SCUTERI
14 MALL ST
SALEM MA 01970

Dear Mr. & Mrs. Scuteri:

The enclosed copy of the Settlement Agreement(s) has now been signed on behalf of the Commissioner of the Internal Revenue Service. It has been accepted as a final agreement for the issue(s) shown.

Since this is a final agreement, it will not be reopened unless there are indications of fraud, malfeasance, or misrepresentation of facts. No claim for refund or credit may be filed based on these adjustments.

A report showing how these adjustments will affect your return will be prepared within one year of the date this agreement was executed. If penalties are an issue in your case, they will be addressed at that time.

If you have any questions about this letter, please contact the person whose name, telephone number and contact hours are shown above. If you write please include your telephone number, the hours you can be reached, and a copy of this letter.

Your cooperation is appreciated.

Sincerely,

A. Rankin

A. Rankin
Tax Examiner
Examination Branch

Enclosure:
Copy of Settlement Agreement(s)

Exhibit 21

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY
REFER TO:
MS 4550
122096-1143

TAXPAYER(S) NAME(S) AND ADDRESS

JEFFREY T & ANNE G SCUTERI
JAMES P JOSEPH
1200 NEW HAMPSHIRE AVE NW
WASHINGTON DC 20036-6802003

TIN: [redacted]-1276

NAME OF PARTNERSHIP

COACHELLA FRUIT GROWERS

TIN: 33-0191770

TAX YEAR ENDED: 1986

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER — DATE 3/31/97

SIGNATURE OF TAXPAYER Anne G. Scuteri — DATE 3/31/97

BY (SIGNATURE AND TITLE) — DATE

RECEIVED APR - 7 1997 PROCESSING CENTER

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

| | | |
|---|---|---|
| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER APR 25 1997 B123 | SIGNATURE |
| | OFFICE SALT LAKE CITY APPEALS OFFICE | TITLE Associate Chief |

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201-0040**

**Date:** May 5, 1997

**Mail Stop:** 4570
**Person to Contact:**
A. Rankin
**Telephone Number:**
(801)629-1084
Not a toll free number
**Hours:** 6:00 a.m. to 2:30 p.m.
Mountain Time
Monday through Friday
**Social Security Number:**
[redacted]-1276
**Year(s):** 1986
**Partnership/S Corporation:**
Vista Ag-Realty Partners
**Tax Identification Number:**
33-0194209

JEFFREY T & ANNE G SCUTERI
14 MALL ST
SALEM MA 01970

Dear Mr. & Mrs. Scuteri:

The enclosed copy of the Settlement Agreement(s) has now been signed on behalf of the Commissioner of the Internal Revenue Service. It has been accepted as a final agreement for the issue(s) shown.

Since this is a final agreement, it will not be reopened unless there are indications of fraud, malfeasance, or misrepresentation of facts. No claim for refund or credit may be filed based on these adjustments.

A report showing how these adjustments will affect your return will be prepared within one year of the date this agreement was executed. If penalties are an issue in your case, they will be addressed at that time.

If you have any questions about this letter, please contact the person whose name, telephone number and contact hours are shown above. If you write please include your telephone number, the hours you can be reached, and a copy of this letter.

Your cooperation is appreciated.

Sincerely,

A. Rankin

A. Rankin
Tax Examiner
Examination Branch

Enclosure:
Copy of Settlement Agreement(s)

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY REFER TO:
MS 4550
122096-1260

TAXPAYER(S) NAME(S) AND ADDRESS

JEFFREY T & ANNE G SCUTERI
JAMES P JOSEPH
1200 NEW HAMPSHIRE AVE NW
WASHINGTON DC 20036-6802003

TIN: [redacted]-1276

NAME OF PARTNERSHIP

VISTA AG-REALTY PARTNERS

TIN: 33-0194209

TAX YEAR ENDED: 1986

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

| | |
|---|---|
| SIGNATURE OF TAXPAYER [signature] | DATE 3/31/97 |
| SIGNATURE OF TAXPAYER Anne G. Scuteri | DATE 3/31/97 |
| BY (SIGNATURE AND TITLE) | DATE |

RECEIVED APR - 7 1997 OGDEN SERVICE CENTER

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER APR 25 1997 | SIGNATURE [signature] |
|---|---|---|
| | OFFICE SALT LAKE CITY APPEALS OFFICE | TITLE Associate Chief |

FORM 870-P(AD)(5-88)

FORM 870-P(AD)(5-88)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096-0004

TAXPAYER(S) NAME(S) AND ADDRESS

ROBERT J & SUSAN L ISLER
7 LANDING WOODS LN
FALMOUTH ME 04105-1948071

TIN: [redacted]-1814

NAME OF PARTNERSHIP

OASIS DATE ASSOCIATES

TIN: 33-0044213

TAX YEAR ENDED: 1984

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

| | | |
|---|---|---|
| SIGNATURE OF TAXPAYER | Robert J Isler | DATE 3/17/97 |
| SIGNATURE OF TAXPAYER | Susan L. Isler | DATE 3/17/97 |
| BY (SIGNATURE AND TITLE) | | DATE |

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

| | | |
|---|---|---|
| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER: 09 APR 1997 B126 | SIGNATURE: [signature] |
| | OFFICE: SALT LAKE CITY APPEALS OFFICE | TITLE: Associate Chief |

Exhibit 22

FORM 870-P(AD)(5-88)

# Settlement Agreement For Partnership Adjustments

**Schedule of Adjustments**

Name of Partnership
OASIS DATE ASSOCIATES

Taxpayer Identifying Number: 33-0044213

| | Tax Year(s) Ended | | |
|---|---|---|---|
| | December 31, 1984 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| Schedule F – Farming Expenses | 1,714,967 | | |
| Other Deductions | 41,286 | | |
| Interest Expense | 0 | | |
| **Total Adjustments To Ordinary Income** | 1,756,253 | 0 | 0 |
| **Other Adjustment: T.P.I. – Qualified Investment Expense** | | | |
| (1) Adjustment | (3,000,132) | | |
| (2) As Reported | 4,762,115 | | |
| (3) Corrected | 1,761,983 | 0 | 0 |
| **Other Adjustment: T.P.I. – Qualified Investment Income** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 23,952 | | |
| (3) Corrected | 23,952 | 0 | 0 |
| **Other Adjustment: Invest. Interest – Invest. Income** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 23,952 | | |
| (3) Corrected | 23,952 | 0 | 0 |

Remarks

B127

FORM 870-P(AD)(5-88)

DATE: 12-20-96

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

IN REPLY REFER TO:
MS 4550
122096-0072

TAXPAYER(S) NAME(S) AND ADDRESS

ROBERT J & SUSAN L ISLER
7 LANDING WOODS LN
FALMOUTH ME 04105-1948071

TIN: [redacted]-1814

NAME OF PARTNERSHIP

OASIS DATE ASSOCIATES -

TIN: 33-0044213

TAX YEAR ENDED: 1985

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF TAXPAYER Robert J. Isler DATE 3/17/97

SIGNATURE OF TAXPAYER Susan L. Isler DATE

BY (SIGNATURE AND TITLE) DATE

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

FOR INTERNAL REVENUE USE ONLY

DATE ACCEPTED FOR COMMISSIONER 09 APR 1997 B128

OFFICE SALT LAKE CITY APPEALS OFFICE

SIGNATURE

TITLE Associate Chief

FORM 870-P(AD)(5-88)

## Settlement Agreement For Partnership Adjustments

| ...e of Partnership OASIS DATE ASSOCIATES | Schedule of Adjustments — Tax Years(s) Ended | | |
|---|---|---|---|
| Taxpayer Identifying Number: 33-0044213 | December 31, 1985 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| Schedule F – Farming Expenses | 0 | | |
| Other Deductions | 0 | | |
| Schedule F – Cost of Goods Sold | 0 | | |
| Total Adjustments To Ordinary Income | 0 | 0 | 0 |
| **Other Adjustment: T.P.I. – Qualified Investment Expense** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 998,848 | | |
| (3) Corrected | 998,848 | 0 | 0 |
| **Other Adjustment: T.P.I. – Qualified Investment Income** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 1,108,750 | | |
| (3) Corrected | 1,108,750 | 0 | 0 |
| **Other Adjustment: Invest. Interest – Invest. Income** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 3,879 | | |
| (3) Corrected | 3,879 | 0 | 0 |
| **Other Adjustment: Invest Credit Prop Valuation – Used/Other** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 125,000 | | |
| (3) Corrected | 125,000 | 0 | 0 |

Remarks

B129

FORM 870-P(AD)(5-88)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
SETTLEMENT AGREEMENT
FOR PARTNERSHIP ADJUSTMENTS

DATE: 12-20-96

IN REPLY REFER TO:
MS 4550
122096

| TAXPAYER(S) NAME(S) AND ADDRESS | NAME OF PARTNERSHIP |
| --- | --- |
| ISLER,ROBERT J & SUSAN L<br>7 LANDING WOODS LN<br>FALMOUTH ME 04105-1948071 | OASIS DATE ASSOCIATES<br>TIN: 33-0044213 |
| TIN: [redacted]-1814 | TAX YEAR ENDED: 1986 |

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

| | | |
| --- | --- | --- |
| SIGNATURE OF TAXPAYER | Robert J. Isler | DATE 3/17/97 |
| SIGNATURE OF TAXPAYER | Susan L. Isler | DATE 3/17/97 |
| BY (SIGNATURE AND TITLE) | | DATE |

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

NOTE: THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE ADJUSTMENT OF TAX LIABILITY.

IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS AS AGENT FOR THE OTHER.

IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER AUTHORIZED TO SIGN.

THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST AS PROVIDED BY LAW.

| FOR INTERNAL REVENUE USE ONLY | DATE ACCEPTED FOR COMMISSIONER<br>09 APR 1997 | B130 | SIGNATURE |
| --- | --- | --- | --- |
| | OFFICE<br>SALT LAKE CITY APPEALS OFFICE | | TITLE<br>Associate Chief |

FORM 870-P(AD)(5-88)

## Settlement Agreement For Partnership Adjustments

Name of Partnership: OASIS DATE ASSOCIATES

Taxpayer Identifying Number: 33-0044213

| | Schedule of Adjustments — Tax Years(s) Ended | | |
|---|---|---|---|
| Detail of Adjustments to Ordinary Income | 12/31/86 | | |
| INCOME | 0 | | |
| Total Adjustments To Ordinary Income | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | 0 | 0 | 0 |

Remarks

The Administrative Adjustment Request (AAR) has been taken into consideration.
The income reported on the return will not be adjusted.

B131

UNITED STATES TAX COURT

| | | |
|---|---|---|
| AGRI-VENTURE FUND,<br>MUHAMMAD A. AND RIFFAT S. AFRIDI,<br>A Partner Other Than<br>the Tax Matters Partner,<br><br>Petitioner,<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No. 15034-91<br>Judge Halpern |

NOTICE OF CONSISTENT AGREEMENT

THE RESPONDENT NOTIFIES the Court that the partner of the above-caption partnership, listed below, who was a party to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), has entered into a consistent agreement section 6224(c)(2) on the date indicated, with respect to such partner's partnership items for the partnership's 1985 taxable year, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the consistent agreement and, pursuant to section 6226(d)(1)(A), the partner listed below is no longer a party to the proceeding.

Exhibit 23

**AGRI-VENTURE FUND**
**Docket No. 15034-91**

| **Settling Partner** | **Date of Consistent Agreement** |
|---|---|
| Noble Weir Kyle, II | 1-12-98 |

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: 4/15/98

By: [signature]
ERIN M. COLLINS
Special Trial Attorney
Tax Court Bar No. CE0321
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3485

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
ROBERT F. GERAGHTY
Acting Assistant Regional Counsel (LC)

FORM 870-P(AD)
(JUNE 1984)

Department of the Treasury - Internal Revenue Service

# Settlement Agreement For Partnership Adjustments

| | | |
|---|---|---|
| Taxpayer(s) name(s), address and zip code<br>Noble W. and Candace H. Kyle, II<br>2320 Quenby<br>Houston, Texas 77005 | Name of Partnership<br>AGRI - VENTURE FUND | Tax Year(s) Ended<br>December 31, 1985 |
| | Taxpayer Identifying Number: 33-0115708 | |
| Taxpayer Identifying Number: [redacted]6421<br>[redacted]3382 | Name of Tax Matters Partner<br>Frederick H. Behrens | |

Under the provisions of section 6224(c) of the Internal Revenue Code, the undersigned offers to enter into a settlement agreement with respect to the determination of partnership items of the partnership for the year(s) shown on the attached schedule of adjustments. The undersigned, in accordance with the provisions of section 6224(b) of the Code, also offers to waive the restrictions on the assessment and collection of any deficiency attributable to partnership items (with interest as required by law) provided in section 6225(a).

This offer is subject to acceptance for the Commissioner of the Internal Revenue Service. It will take effect as a waiver of restrictions on the date it is accepted. Unless and until it is accepted, it will have no force or effect.

If this offer is accepted for the Commissioner, the treatment of partnership items under this agreement will not be reopened in the absence of fraud, malfeasance or misrepresentation of fact; and no claim for refund or credit based on any change in the treatment of partnership items may be filed or prosecuted.

RECEIVED ESL
NOV 10 1997
OGDEN SERVICE CENTER

| | |
|---|---|
| Signature of taxpayer [signature] II | Date 10/27/97 |
| Signature of taxpayer [signature] | Date 10/27/97 |
| By (Signature and title) | Date |

CORRES
NOV 04 1997

If this offer is executed by a tax matters partner, please include title with the signature.

Note: The execution and filing of this offer will expedite the adjustment of tax liability.

If this offer is executed with respect to a year for which a JOINT RETURN OF A HUSBAND AND WIFE was filed, it must be signed by both spouses, unless one spouse, acting under a power of attorney, signs as agent for the other.

If a taxpayer is a corporation, the offer must be signed with the corporate name followed by the signature and title of the officer authorized to sign.

This offer may be executed by the taxpayer's attorney or agent provided this action is specifically authorized by a power of attorney, which, if not previously filed, must accompany this form.

The submission of this offer by you and the acceptance of the offer for the Commissioner may result in an additional tax liability to you plus interest as provided by law. If the result is a decrease in tax, the amount of the decrease will be sent to you with interest as provided by law.

| | | |
|---|---|---|
| For Internal Revenue Use Only | Date Accepted for Commissioner<br>JAN 2 1998 | Signature [signature] |
| SALT | Office<br>LAKE CITY APPEALS OFFICE | Title<br>Associate Chief |

Form 870-P(AD) (6-88)

CONSENT AGREEMENT B134

## Settlement Agreement For Partnership Adjustments

Name of Partnership: AGRI – VENTURE FUND

Taxpayer Identifying Number: 33–0115708

Schedule of Adjustments

| | Tax Years(s) Ended | | |
|---|---|---|---|
| | December 31, 1985 | | |
| **Detail of Adjustments to Ordinary Income** | | | |
| Schedule F – Farming Expenses | 11,806,681 | | |
| Other Deductions | 218,477 | | |
| Rental Expenses/Depreciation | 0 | | |
| Ordinary Income/Loss from Partnership | 0 * | | |
| **Total Adjustments To Ordinary Income** | 12,025,158 | 0 | 0 |
| **Other Adjustment: T.P.I. – Qualified Investment Expense** | | | |
| (1) Adjustment | (18,894,809) | | |
| (2) As Reported | 28,201,208 | | |
| (3) Corrected | 9,306,399 | 0 | 0 |
| **Other Adjustment: T.P.I. – Qualified Investment Income** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 33,154 | | |
| (3) Corrected | 33,154 | 0 | 0 |
| **Other Adjustment: Invest. Interest – Invest. Income** | | | |
| (1) Adjustment | 0 | | |
| (2) As Reported | 16,093 | | |
| (3) Corrected | 16,093 | NOV 04 1997 0 | 0 |

Remarks

* The tax treatment of the partnership items relating to Pump Station III Joint Venture, Agri–Venture Farming Joint Venture, Columbia Basin Growers, Desert Highland Vineyards, Houston Farm Associates II, Indio Date Associates, and USB–85 Associates, will be resolved in separate partnership proceedings conducted in accordance with the TEFRA partnership procedures. The adjustments made in those partnership proceedings will be treated as computational adjustments and be assessed, credited or refunded accordingly.

Docket Inquiry - Index Continued

© 2006 CMC Software Inc.



**Docket#** 015034-91

Agri-Venture Fund, Frederick H. Behrens, Tax Matters Partner

| No. | Date | Filings and Proceedings | Action/Status Date | Served | Cer.M |
|---|---|---|---|---|---|
| 0221 | 04/16/1998 | NOTICE by Resp. of consistent agreement under Rule 248 (c)(1) | | | |

for participant Noble Weir Kyle, II. (C/S 4-15-98)

[Top Of Page]

B136