ORIGINAL

RECEIVED
UNITED STATES TAX COURT

'97 JUL 21 A9:51
UNITED STATES
TAX COURT

UNITED STATES TAX COURT
FILED
JUL 21 1997

RICHGROVE GRAPE ASSOCIATES,
CHARLES W. AND MARTHA C. ADAIR,
Partners Other Than
the Tax Matters Partner,

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15044-91
Judge Halpern

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable years ending December 31, 1984, and December 31, 1985, which are the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Donald L. Gambill | 4/10/97 |
| Michael A. Surian | 4/25/97 |

ADA.
RECORDER
SERVICE
CAL.
STAT.
T. JUDGE
FILES

B160

Exhibit 27

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 17 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

COPY

UNITED STATES TAX COURT

AGRI-CAL VENTURE ASSOCIATES,
WILLIAM T. AND CARROLL S. FLOWERS,
A Partner Other Than
the Tax Matters Partner

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 12530-90

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable year ending November 30, 1986, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Dennis A. Georges | 5-20-97 |
| Anita P. Georges | 5-20-97 |
| Edward John O'Neill, Jr. | 5-16-97 |
| E. W. Plaut | 4-23-97 |
| Herbert L. Watrous | 4-28-97 |

| | |
|---|---|
| Eleanor B. Watrous | 4-28-97 |
| Richard A. Levacy | 4-28-97 |
| Janie M. Montgomery | 5-7-97 |
| Charles L. Ottinger, Jr. | 5-8-97 |

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 28 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

File Rae

PETITIONER COPY

**UNITED STATES TAX COURT**

| | | |
|---|---|---|
| AGRI-CAL VENTURE ASSOCIATES, WILLIAM T. AND CARROLL S. FLOWERS, Partners Other Than the Tax Matters Partner | ) | |
| Petitioners, | ) | |
| v. | ) | Docket No. 12530-90 |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| Respondent. | ) | |

**NOTICE OF SETTLEMENT**

THE RESPONDENT NOTIFIES the Court that James B. Jackson, Jr., who was a party to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b) has entered into a settlement agreement under section 6224(c)(1) on March 10, 1997, with respect to the partnership items for the 1986 partnership taxable year, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the settlement agreement and, pursuant to section 6226(d)(1)(A), James B. Jackson, Jr. is no longer a party to the proceeding.

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: APR 10 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

B165

INTENTIONALLY

OMITTED

Case 1:02-cv-00060-LB Document 75-11 Filed 07/28/2006 Page 7 of 28

partnership claim

ORIGINAL

RECEIVED

**UNITED STATES TAX COURT**

'97 APR 11 AM 10:14

UNITED STATES TAX COURT
FILED
APR 11 1997

**AGRI-VENTURE-1985,**
**JEANETTE C. THETFORD,**
**A Partner Other Than**
**the Tax Matters Partner,**

Petitioner,

v.

**COMMISSIONER OF INTERNAL REVENUE,**

Respondent.

**Docket No. 15035-91**
**Judge Halpern**

**NOTICE OF SETTLEMENT**

THE RESPONDENT NOTIFIES the Court that James B. Jackson, Jr. who was a party to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b) has entered into a settlement agreement under section 6224(c)(1) on March 10, 1997, with respect to the partnership items for the 1985 partnership taxable year, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the settlement agreement and, pursuant to section 6226(d)(1)(A), James B. Jackson, Jr. is no longer a party to the proceeding.

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: APR 10 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

ORIGINAL

RECEIVED
'97 JUL 18

UNITED STATES TAX COURT

UNITED STATES TAX COURT
FILED
JUL 18 1997

AGRI-VENTURE-II,
LLOYD T. AND MARY ANN WHITAKER,
A Partner Other Than
the Tax Matters Partner,

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15048-91
Judge Halpern

RECORDED
SERVICE
C/S
JUDGE
Halpern

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable years ending December 31, 1984, and December 31, 1985, which are the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Edward L. Atkins | 4-29-97 |
| Harold G. Blaschke | 4-28-97 |
| Belle W. Blaschke | 4-28-97 |
| Herbert G. Haydel | 5-20-97 |

| | |
|---|---|
| Edward John O'Neill, Jr. | 5-16-97 |
| Peter A. Tartikoff | 4-22-97 |
| E. Lisk Wyckoff, Jr. | 4-24-97 |
| Harvey Folks Zimand | 4-23-97 |
| Brian Christaldi | 4-17-97 |
| Frank W. Graziano | 4-28-97 |
| John R. Monson | 4-28-97 |
| Susan B. Monson | 4-28-97 |
| Herbert L. Watrous | 4-22-97 |
| Eleanor B. Watrous | 4-22-97 |

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 15 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

ORIGINAL 9t Report Due 8/97

RECEIVED DOCKET ROOM

'97 JUL 25 A8:11

UNITED STATES TAX COURT

UNITED STATES TAX COURT FILED JUL 25 1997

AGRI-VENTURE ASSOCIATES
ROBERT J. DAVID,
A Partner Other Than
the Tax Matters Partner,

Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15047-91
Judge Halpern

ADM. RECORDED SERVICE C/S CAL. STAT. S.T. JUDGE Halpern FILES

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable years ending December 31, 1984, and December 31, 1985, which are the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Michael A. Surian | 4/25/97 |
| Harold G. Blaschke | 4-28-97 |
| Belle W. Blaschke | 4-28-97 |
| Herbert G. Haydel | 5-20-97 |
| Kuehnle Family Trust | 4-22-97 |

| | |
|---|---|
| Herbet L. Watrous | 4-28-97 |
| Eleanor B. Watrous | 4-28-97 |
| Richard A. Levacy | 4-28-97 |
| Mary Grace Levacy | 4-28-97 |
| Frank Poorman | 5-7-97 |
| Margaret W. Poorman | 5-7-97 |

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 22 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

Assigned

ORIGINAL

RECEIVED

UNITED STATES TAX COURT

'97 JUL 21 A9 :51

UNITED STATES TAX COURT

UNITED STATES TAX COURT
FILED
JUL 21 1997

COACHELLA FRUIT GROWERS,
ROBERT A. & JUDITH WOMBACHER,
A Partner Other Than
the Tax Matters Partner,

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 12531-90

**NOTICE OF SETTLEMENT**

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable year ending November 30, 1986, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Estate of Claude McElwee, Jr, Deceased | 4-22-97 |
| Jane E. McElwee | 4-22-97 |
| Elmer H. Muhlbach | 5-15-97 |
| Bruce M. Attebery | 4-24-97 |
| Frederic Tietz | 4-28-97 |

SERVICE
CAL.
STAT.
S.T. JUDGE
FILES

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 17 1997

By: [signature]

MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

ORIGINAL

RECEIVED

UNITED STATES TAX COURT

'97 JUL 28 A10:15

UNITED STATES TAX COURT FILED JUL 28 1997

CROP ASSOCIATES - 1986, GEORGE P. & ANN T. BALLAS, A Partner Other Than the Tax Matters Partner, )

Petitioners, )

v. ) Docket No. 12532-90

COMMISSIONER OF INTERNAL REVENUE, )

Respondent. )

UNITED STATES TAX COURT

## NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable year ending November 30, 1986, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| O. Gaynor Janes, II | 4/23/97 |
| Doris Janes | 4-23-97 |
| George P. Ballas | 4-28-97 |
| Ann T. Ballas | 4-28-97 |

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 23 1997

By: [signature]

MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel