PETITIONER COPY

UNITED STATES TAX COURT

| | |
|---|---|
| DIXIE DELANO GROWERS, LANDERS SEVIER, IV, AND PAULA G. SEVIER, Partners Other Than the Tax Matters Partner, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent. | Docket No. 15053-91<br>Judge Halpern |

NOTICE OF CONSISTENT AGREEMENT

THE RESPONDENT NOTIFIES the Court that Landers Sevier, IV and Paula G. Sevier, participating partners in the above-captioned proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into a consistent agreement under section 6224(c)(2), on April 16, 1999, with respect to such partners' partnership items for the partnership taxable years 1984 and 1985, which are the subject of the above-captioned proceeding. The settlement terms are consistent with those contained in the settlement agreement dated July 17, 1997, between the Commissioner and non-participating partners Nassif J. & Gail Barber Cannon, Jr.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date the settlement agreement was executed on behalf of respondent and, pursuant to section 6226(d)(1)(A), Landers Sevier, IV and Paula G. Sevier are no longer parties to the proceeding.

Docket No. 15053-91

Respectfully Submitted,

STUART L. BROWN
Chief Counsel
Internal Revenue Service

By: Alice M. Harbutte

ALICE M. HARBUTTE
Special Trial Attorney, HA0363
District Counsel, IRS
1244 Speer Blvd., Suite 500
Denver, CO 80204
(303) 844-3258

Date: 4-20-99

OF COUNSEL:

MARTHA SULLIVAN
Regional Counsel
Western Region
MARGARET K. HEBERT
Assistant Regional Counsel (LC)
WILLIAM H. QUEALY, JR.
Special Trial Attorney
701 B Street, Suite 901
San Diego, CA 92101
(619) 557-6014

B177

INTENTIONALLY

OMITTED

ORIGINAL

UNITED STATES TAX COURT

UNITED STATES TAX COURT FILED APR 11 1997

'97 APR 11

EL RANCHO VINEYARDS,
JONATHAN D. PENNI,
A Partner Other Than
the Tax Matters Partner,

Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15049-91
Judge Halpern

## NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that D.B. Lundy, Sr. who was a party to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b) has entered into a settlement agreement under section 6224(c)(1) on March 12, 1997 with respect to the partnership items for the 1985 partnership taxable year, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the settlement agreement and, pursuant to section 6226(d)(1)(A), D.B. Lundy, Sr. is no longer a party to the proceeding.

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: APR 10 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

Partnership action

ORIGINAL

RECEIVED

UNITED STATES TAX COURT

'97 APR 11

UNITED STATES TAX COURT
FILED
APR 11 1997

INDIO DATE ASSOCIATES,
HARRY A. SHILLIBEER,
A Partner Other Than
the Tax Matters Partner,

Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15042-91
Judge Halpern

Halpern

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that James Lee and Susan Peterson, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b) have entered into a settlement agreement under section 6224(c)(1) on March 10, 1997, with respect to the partnership items for the 1985 partnership taxable year, which is the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the settlement agreement and, pursuant to section 6226(d)(1)(A), James Lee and Susan Peterson are no longer parties to the proceeding.

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: APR 10 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

Case 1:02-cv-00060-LB Document 75-12 Filed 07/18/2006 Page 6 of 13

Mtg due: 3/15/96

ORIGINAL

RECEIVED

UNITED STATES TAX COURT

UNITED STATES TAX COURT

FILED JUL 28 1997

'97 JUL 28 A10:15

UNITED STATES TAX COURT

OASIS DATE ASSOCIATES,
EDWARD D. DUNN, JR., AND
FRANCES S. DUNN,
A Partner Other Than
the Tax Matters Partner,

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15037-91
Judge Halpern

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable years ending December 31, 1984, and December 31, 1985, which are the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

RECORDED
DOCKET
CAL.
Sixth
S.T. JUDGE
Halpern

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Edward D. Dunn, Jr. | 4-10-97 |
| Frances S. Dunn | 4-10-97 |
| Harold G. Blaschke | 4-25-97 |

Belle W. Blaschke 4-25-97
Barry J. Galt 4-28-97

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 24 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

ORIGINAL

UNITED STATES TAX COURT

RECEIVED
'97 JUL 21 A9:34
UNITED STATES TAX COURT

UNITED STATES TAX COURT
FILED
JUL 21 1997

PECAN DIVERSIFIED GROWERS,
CHARLES L. RIDLEY,
A Partner Other Than
the Tax Matters Partner,

Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15038-91
Judge Halpern

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable years ending December 31, 1984, and December 31, 1985, which are the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
| --- | --- |
| Clarence B. Taylor | 4-25-97 |
| Janice K. Taylor | 4-25-97 |

APP.
RECORDED
SERVICE
CAL.
STAT.
S.T. JUDGE
FILM

Case 1:02-cv-00060-LB Document 75-12 Filed 07/18/2006 Page 9 of 13

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 18 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

ORIGINAL

UNITED STATES TAX COURT

'97 JUL 21 A9:34
UNITED STATES TAX COURT

UNITED STATES TAX COURT FILED JUL 21 1997

TEXAS FARM VENTURERS, JERRY H. AND HARBIN J. ANDERSON, PARTNERS OTHER THAN THE TAX MATTERS PARTNER,

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15058-91
Judge Halpern

NOTICE OF SETTLEMENT

THE RESPONDENT NOTIFIES the Court that the partners of the above-captioned partnership, listed below, who were parties to this proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), have entered into settlement agreements under section 6224(c)(1), on the respective dates indicated, with respect to such partners' partnership items for the partnership taxable years ending December 31, 1984, and December 31, 1985, which are the subject of this proceeding.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date of the respective settlement agreements and, pursuant to section 6226(d)(1)(A), the partners listed below are no longer parties to the proceeding.

| Settling Partner | Date of Settlement Agreement |
|---|---|
| Ronald H. Thrash | 4/18/97 |
| Harold G. Blaschke | 4-28-97 |
| Belle W. Blaschke | 4-28-97 |
| Ronald S. Hickman | 4-25-97 |
| Virginia L. Hickman | 4-25-97 |
| Ronald I. Wilson | 4-25-97 |

ASS. RECORDS SERVICE CAL. STAT. T. JUDGE FILES

Katherine A. Wilson 4-25-97

STUART L. BROWN
Chief Counsel
Internal Revenue Service

Date: JUL 18 1997

By: [signature]
MILES D. FRIEDMAN
Attorney
Tax Court Bar No. FM0260
Internal Revenue Service
24000 Avila Road, Suite 4404
P.O. Box 30215
Laguna Niguel, CA 92607-0215
Telephone: (714) 360-3430

OF COUNSEL:
MARTHA SULLIVAN
Regional Counsel
HARRY M. ASCH
District Counsel
THOMAS J. TRAVERS
Assistant District Counsel

PETITIONER COPY

UNITED STATES TAX COURT

| | | |
|---|---|---|
| VISTA AG-REALTY PARTNERS,<br>BHT INVESTMENTS,<br>A Partner Other Than<br>the Tax Matters Partner,<br><br>Petitioner,<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>Respondent. | ) | Docket No. 12539-90<br>Judge Halpern |

NOTICE OF CONSISTENT SETTLEMENT

THE RESPONDENT NOTIFIES the Court that Henry W. Spencer a participating partner in the above-captioned proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), has entered into a consistent agreement under section 6224(c)(2), on April 9, 1999, with respect to such partner's partnership items for the partnership taxable year ended November 30, 1986, which is the subject of the above-captioned proceeding. The settlement terms are consistent with those contained in the settlement agreement dated July 17, 1997, between the Commissioner and non-participating partners Robert H. & P. Lorraine Murphy.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date the settlement agreement was executed on behalf of respondent and, pursuant to section 6226(d)(1)(A), Henry W. Spencer is no longer a party to the proceeding.

Docket No. 12539-90

Respectfully Submitted,

STUART L. BROWN
Chief Counsel
Internal Revenue Service

By: [signature]
ALICE M. HARBUTTE
Special Trial Attorney, HA0363
District Counsel, IRS
1244 Speer Blvd., Suite 500
Denver, CO 80204
(303) 844-3258

Date: 4/16/99

OF COUNSEL:

MARTHA SULLIVAN
Regional Counsel
Western Region
MARGARET K. HEBERT
Assistant Regional Counsel (LC)
WILLIAM H. QUEALY, JR.
Special Trial Attorney
701 B Street, Suite 901
San Diego, CA 92101
(619) 557-6014