Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999

**Mail Stop 4100 A10**

Copy

**Contact Person:** A. Carmack
Report Writing Unit

JUN 17 1997

Date:

**Telephone Number:** (913) 344-7669
(NOT TOLL FREE)
7:15 a.m.-3:15 p.m.--Tuesday-Friday

Ronald C. and Mary G. Prati
2801 North Peninsula Avenue
Apartment 1705
New Smyrna Beach, FL 32169-2059

FAX Number: (913) 696-6305

Taxpayer Identification Number:
[redacted]-5010
Tax Year(s): 1985 1986

Dear Mr. and Mrs. Prati:

Enclosed are the tax calculations resulting from adjustments made on your flow-through investment. The enclosed report shows how adjustments made to the Agri-Venture Fund and the Canyon Desert Vineyards and the Emperor Seedless-85 partnerships affected your individual income tax return. The tax calculation report, Form 4549A-CG, does not require an agreement signature; it should be kept for your records. If you owe additional tax, you will receive a bill for the additional tax and interest. If you are due a refund, it will be sent to you after all other outstanding issues are resolved.

If you have any questions about this matter, please write to the contact person shown at the top of this letter. Attach a copy of this letter to any correspondence to help us identify your case. Also, in the event that we need more information, please provide your telephone number and the most convenient time for us to call.

You may also call the telephone number shown above. If the number is outside your local calling area, there will be a long distance charge to you. If you prefer, you may call the Internal Revenue Service office listed in your local directory. An IRS employee there may be able to help you, but the office at the above address is most familiar with your case.

Thank you.

Sincerely,

Nancy L. Jones
Chief, Examination Branch

enclosures:
Form 4549A-CG
Publication 1
Notice 609

Exhibit 28

KCSC-FL 83(Rev. 9/90)

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| PRATI, RONALD C. AND MARY G.<br>2801 NORTH PENINSULA AVENUE<br>APARTMENT 1705<br>NEW SMYRNA BEACH FL 32169-2059 | [redacted]5010 | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Tax Year End 12/31/85 | Tax Year End 12/31/86 | Tax Year End |
|---|---|---|---|
| A. AGRI-VENTURE FUND | $ 33,369.00 | $ | $ |
| B. CANYON DESERT VINEYARDS | 42,921.00 | (12,798.00) | |
| C. EMPEROR SEEDLESS 85 | 26,326.00 | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 102,616.00 | (12,798.00) | |
| 3. Taxable Income Per Return or as Previously Adjusted | 108,845.00 | 591,084.00 | |
| 4. Corrected Taxable Income | 211,461.00 | 578,286.00 | |
| Tax Method | TAX RATE | TAX RATE | |
| Filing Status | JOINT | JOINT | |
| 5. Tax | 86,372.00 | 269,072.00 | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 86,372.00 | 269,072.00 | |
| 8. Less Credits A. POLITICAL CONTRIBUTION | 50.00 | 100.00 | |
| B. GENERAL BUSINESS CREDIT | 8,866.00 | 6,137.00 | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 77,456.00 | 262,835.00 | |
| 10. Plus Other Taxes A. ALTERNATIVE MINIMUM TAX | 16,936.00 | 56,269.00 | |
| B. SELF EMPLOYMENT TAX | 317.00 | 313.00 | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 94,709.00 | 319,417.00 | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 74,186.00 | 321,977.00 | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 20,523.00 | (2,560.00) | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 20,523.00 | $ (2,560.00) | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: PRATI, RONALD C. AND MARY G. | SS or EI Number: [redacted]-5010 | Return Form No. 1040 |
|---|---|---|

| 17. Penalties | Tax Year End 12/31/85 | Tax Year End 12/31/86 | Tax Year End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 20,523.00 | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 20,523.00 | (2,560.00) | |
| B. Penalties (line 18, page 2) (computed to 10/10/95) | | | |
| C. Interest (IRC 6601) (computed to 10/10/95) | 29,497.34 | | |
| D. TMT Interest (computed to 10/10/95 on TMT underpayment) | 9,754.04 | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 59,774.38 | (2,560.00) | |

Other Information:

NO CHANGES WERE MADE TO YOUR 1986 RETURN FOR EMPEROR SEEDLESS-85 OR AGRI-VENTURE FUND PARTNERSHIPS.

| Examiner's Signature | District | Date |
|---|---|---|
| A CARMACK | Kansas City Service Center | 06/12/97 |

TIES Ver. 3.96.00



Form 4549A-CG (Rev. 1-91)

B190

8512 FORM 6251 - ALTERNATIVE MINIMUM TAX COMPUTATION

| | | | |
|---|---|---|---|
| 1. Adjusted Gross Income | | | 445,461.00 |
| 2. Medical and dental expense | 0.00 | | |
| 3. 0.050 of Adjusted Gross Income | 22,273.00 | | |
| 4. Line 2 less line 3 | | 0.00 | |
| 5. Contributions | | 16,496.00 | |
| 6. Casualty and theft losses | | 0.00 | |
| 7. Interest expense for residence | | 54,939.00 | |
| 8. Other interest expense | 119,473.00 | | |
| 9. Net Investment Income | 0.00 | | |
| 10. Lesser of line 8 or 9 | | 0.00 | |
| 11. Gambling losses to the extent of winnings | | 0.00 | |
| 12. Estate tax allowable under Section 691(c) | | 0.00 | |
| 13. Sum of lines 4, 5, 6, 7, 10, 11 and 12 | | | 71,435.00 |
| 14. Line 1 less Line 13 | | | 374,026.00 |
| 15. Tax preference items | | | 137,933.00 |
| 16. Sum of lines 14 and 15 - Alt Min Taxable Income | | | 511,959.00 |
| 17. Limitation amount | | | 40,000.00 |
| 18. Line 16 less line 17 | | | 471,959.00 |
| 19. 20% of line 18 | | | 94,392.00 |
| 20. Adjusted tax less total credits | | | 77,456.00 |
| 21. Line 19 less line 20 | | | 16,936.00 |
| 22. Foreign Tax Credit | | | 0.00 |
| 23. Line 21 less line 22 - ALTERNATIVE MINIMUM TAX | | | 16,936.00 |

8612 FORM 6251 - ALTERNATIVE MINIMUM TAX COMPUTATION

| | | | |
|---|---|---|---|
| 1. Adjusted Gross Income | | | 755,762.00 |
| 2. Medical and dental expense | 0.00 | | |
| 3. 0.050 of Adjusted Gross Income | 37,788.00 | | |
| 4. Line 2 less line 3 | | 0.00 | |
| 5. Contributions (Sch A,line 18 or Form 1040 line 34d) | | 6,997.00 | |
| 6. Casualty and theft losses | | 0.00 | |
| 7. Interest expense for residence | | 55,673.00 | |
| 8. Other interest expense | 80,089.00 | | |
| 9. Net Investment Income | 1,089,796.00 | | |
| 10. Lesser of line 8 or 9 | | 80,089.00 | |
| 11. Gambling losses to the extent of winnings | | 0.00 | |
| 12. Estate tax allowable under Section 691(c) | | 0.00 | |
| 13. Sum of lines 4, 5, 6, 7, 10, 11 and 12 | | | 142,759.00 |
| 14. Line 1 less Line 13 | | | 613,003.00 |
| 15. Tax preference items | | | 1,022,519.00 |
| 16. Sum of lines 14 and 15 - Alt Min Taxable Income | | | 1,635,522.00 |
| 17. Limitation amount | | | 40,000.00 |
| 18. Line 16 less line 17 | | | 1,595,522.00 |
| 19. 20% of line 18 | | | 319,104.00 |
| 20. Adjusted tax less total credits | | | 262,835.00 |
| 21. Line 19 less line 20 | | | 56,269.00 |
| 22. Foreign Tax Credit | | | 0.00 |
| 23. Line 21 less line 22 - ALTERNATIVE MINIMUM TAX | | | 56,269.00 |

8512 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 | 94,709.00 |
| 2. Total corrected tax liability without regard to tax motivated transactions | 74,186.00 |
| 3. Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 20,523.00 |
| 4. Tax Deficiency, Form 4549, line 13 | 20,523.00 |
| 5. Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 20,523.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| AGRI-VENTURE FUND | 33,369.00 |
| EMPEROR SEEDLESS 85 | 26,326.00 |
| CANYON DESERT VINEYARDS | 42,921.00 |

Identification Number: [redacted]-5010 TOTAL 3.96.00

8512 - TAX YEAR INTEREST COMPUTATION TO 10/10/95

| | | |
|---|---|---|
| Total Tax Deficiency | | 20,523.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 20,523.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/86-06/30/86 | 76 | 10.00 | 431.75 | 87.42 |
| COMPOUND | 07/01/86-12/31/86 | 184 | 09.00 | 972.49 | 204.71 |
| COMPOUND | 01/01/87-09/30/87 | 273 | 09.00 | 1,526.65 | 342.38 |
| COMPOUND | 10/01/87-12/31/87 | 92 | 10.00 | 598.60 | 141.00 |
| COMPOUND | 01/01/88-03/31/88 | 91 | 11.00 | 666.81 | 161.40 |
| COMPOUND | 04/01/88-09/30/88 | 183 | 10.00 | 1,267.21 | 319.01 |
| COMPOUND | 10/01/88-12/31/88 | 92 | 11.00 | 728.45 | 190.46 |
| COMPOUND | 01/01/89-03/31/89 | 90 | 11.00 | 734.40 | 197.10 |
| COMPOUND | 04/01/89-09/30/89 | 183 | 12.00 | 1,701.88 | 475.78 |
| COMPOUND | 10/01/89-12/31/89 | 92 | 11.00 | 819.43 | 238.29 |
| COMPOUND | 01/01/90-12/31/90 | 365 | 11.00 | 3,484.38 | 1,076.52 |
| COMPOUND | 01/01/91-03/31/91 | 90 | 11.00 | 919.69 | 300.50 |
| COMPOUND | 04/01/91-12/31/91 | 275 | 10.00 | 2,689.56 | 915.88 |
| COMPOUND | 01/01/92-03/31/92 | 91 | 09.00 | 838.63 | 296.52 |
| COMPOUND | 04/01/92-09/30/92 | 183 | 08.00 | 1,546.68 | 559.99 |
| COMPOUND | 10/01/92-12/31/92 | 92 | 07.00 | 700.22 | 259.01 |
| COMPOUND | 01/01/93-12/31/93 | 365 | 07.00 | 2,910.90 | 1,112.17 |
| COMPOUND | 01/01/94-06/30/94 | 181 | 07.00 | 1,520.84 | 603.04 |
| COMPOUND | 07/01/94-09/30/94 | 92 | 08.00 | 907.98 | 366.99 |
| COMPOUND | 10/01/94-12/31/94 | 92 | 09.00 | 1,043.59 | 428.09 |
| COMPOUND | 01/01/95-03/31/95 | 90 | 09.00 | 1,044.07 | 434.90 |
| COMPOUND | 04/01/95-06/30/95 | 91 | 10.00 | 1,200.92 | 508.26 |
| COMPOUND | 07/01/95-10/10/95 | 102 | 09.00 | 1,242.21 | 534.62 |
| | Total Interest | | | 29,497.34 | 9,754.04 |
| | Total TMT Interest | | | 9,754.04 | |
| | Total Underpayment | | | 20,523.00 | |
| | Total Penalties | | | 0.00 | |
| | Total Amount Due | | | 59,774.38 | |

8512 - TAX YEAR INTEREST COMPUTATION TO 10/10/95 (con't)

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 10 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/84 (1/1/89 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date: 08/15/86

** TMT (Tax Motivated Transaction) interest is computed on the underpayment of tax attributable to such transactions for interest period after 12/31/84.

FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT

NAME OF TAXPAYER
PRATI, RONALD C. AND MARY G. [redacted]-5010

YEAR/PERIOD ENDED
8512

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| AGRI-VENTURE FUND | (89,290.00) | (55,921.00) | 33,369.00 |

We adjusted your return in accordance with the partnership return, which has also been examined.

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| EMPEROR SEEDLESS 85 | (66,120.00) | (39,794.00) | 26,326.00 |

We adjusted your return in accordance with the partnership return, which has also been examined.

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| CANYON DESERT VINEYARDS | (94,893.00) | (51,972.00) | 42,921.00 |

We adjusted your return in accordance with the partnership return, which has also been examined.

FORM 886-A EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT ____

NAME OF TAXPAYER
PRATI, RONALD C. AND MARY G. [redacted]-5010

YEAR/PERIOD ENDED
8612

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| CANYON DESERT VINEYARDS | 0.00 | (12,798.00) | (12,798.00) |

WE ARE ALLOWING THE LOSS SHOWN ON THE FORM K-1 FOR CANYON DESERT VINEYARDS DUE TO YOUR RESPONSE TO OUR PREVIOUS INQUIRY. YOUR RESPONSE INDICATED THAT YOUR ACCOUNTANT INADVERTENTLY OMITTED THE LOSS FROM THE ORIGINAL RETURN.

RECORDED
SERVICE
CMS
STAT.
T. JUDGE
Halpern

UNITED STATES TAX COURT

AGRI-VENTURE FUND, FREDERICK H. BEHRENS, TAX MATTERS PARTNER,

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 15034-91

Judge Halpern

DECISION

Pursuant to Rule 248(b) of the Tax Court's Rules of Practice and Procedure and Respondent's Motion for Entry of Decision, it is

ORDERED AND DECIDED: That the following statement reflects the correct adjustments to the partnership items of Agri-Venture Fund for the taxable year 1985:

1985 Year

**ADJUSTMENTS TO ORDINARY INCOME:**

| Partnership Item | As reported | As Determined |
|---|---|---|
| Farming Expense Schedule F | $27,605,580.00 | $14,364,026.00 |
| Other Deductions | $ 510,828.00 | $ 510,828.00 |
| Rental Expenses/ Depreciation | $ 369,661.00 | $ 369,661.00 |
| Capital Contributed during the year | $10,701,000.00 | $10,701,000.00 |
| Liabilities | $23,949,936.00 | $ 8,234,221.00 |

**TAX PREFERENCE ITEMS:**

| Partnership Item | As reported | As Determined |
|---|---|---|
| Qualified Investment Expense | $28,201,208.00 | $ 5,076,217.00 |
| Qualified Investment Income | $ 33,154.00 | $ 33,154.00 |

Exhibit 29



SERVED JUL 1 9 2001

**OTHER ADJUSTMENTS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Investment Interest Investment Income | $ 16,093.00 | $ 16,093.00 |
| Investment Credit Property Valuation New 3-Year | $ 182,279.00 | $ 182,279.00 |
| Investment Credit Property Valuation New-Other | $ 2,418,496.00 | $ 2,418,496.00 |
| Investment Credit Property Valuation Used-Other | $ 14,974.00 | $ 14,974.00 |

That the foregoing adjustments are attributable to the partnerships reporting of transactions, as described at I.R.C. § 6621(c)(3)(A)(v), which lacked economic substance so as to result in a substantial distortion of partnership income under the partnership's cash receipts and disbursements method of accounting, as described at I.R.C. § 6621(c)(3)(A)(iv);

That the liabilities in the amount of $15,715,715 lack economic substance; and

That the assessment of any deficiencies in income tax due from the partners that are attributable to the foregoing adjustments to partnership items or to affected items for year 1985 is not barred by the provisions of I.R.C. § 6229.

James S. Halpern

Judge

Entered: JUL 1 9 2001

Assigned

| |
|---|
| ADM. |
| RECORDED Rm |
| Rm |
| SERVICE |
| Rm |
| CAL. |
| STAT. |
| S.T. JUDGE |
| Halpern |
| FILES |

**UNITED STATES TAX COURT**

AGRI-VENTURE FUND, )
FREDERICK H. BEHRENS, )
Tax Matters Partner, )
)
Petitioner, )
)
v. ) Docket No. 7895-92
) Judge Halpern
COMMISSIONER OF INTERNAL REVENUE, )
)
Respondent. )

**DECISION**

Pursuant to Rule 248(b) of the Tax Court Rules of Practice and Procedure, it is

ORDERED and DECIDED: That there are no adjustments to any partnership items with respect to Agri-Venture Fund for the taxable year 1986.

James S. Halpern

Judge

Entered: JUL 19 2001

B200

SERVED JUL 19 2001

assigned Halpern

UNITED STATES TAX COURT

| | | |
|---|---|---|
| CANYON DESERT VINEYARDS, FREDERICK H. BEHRENS, Tax Matters Partner, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE Respondent. | ) | Docket No. 15054-91 Judge Halpern |

DECISION

Pursuant to Rule 248(b) of the Tax Court Rules of Practice and Procedure and Respondent's Motion for Entry of Decision, it is

ORDERED AND DECIDED: That the following statement shows the adjustments to the partnership items of Canyon desert Vineyards for the taxable year 1985, as set forth below:

ADJUSTMENTS TO ORDINARY INCOME:

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Farming Expense Schedule F | $7,423,234.00 | $3,915,283.00 |
| Other Deductions | $ 195,665.00 | $ 195,665.00 |
| Capital Contributed during the year | $3,570,500.00 | $3,570,500.00 |
| Liabilities (short-term) | $6,071,334.00 | $ 195,318.00 |
| Liabilities (long-term) | $ 331,711.00 | $ 331,711.00 |

TAX PREFERENCE ITEMS:

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Qualified Investment Income | $ 13,419.00 | $ 13,419.00 |
| Qualified Investment Expense | $7,542,718.00 | $1,357,689.00 |



SERVED JUN 19 2001

OTHER ADJUSTMENTS:

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Investment Interest Investment Income | $ 13,419.00 | $ 13,419.00 |

That the foregoing adjustments to partnership income and expense are attributable to transactions which lacked economic substance, as described in former I.R.C. § 6621(c)(3)(A)(v), so as to result in a substantial distortion of income and expense, as described in I.R.C. § 6621(c)(3)(A)(iv), when computed under the partnership's cash receipts and disbursements method of accounting;

That liabilities in the amount of $5,876,016 lack economic substance; and

That the assessment of any deficiencies in income tax that are attributable to the adjustments to partnership items for the year 1985 is not barred by the provisions of I.R.C. § 6229.

James S. Halpern RT
Judge

Entered: JUL 1 9 2001

Assigned

ADM. RECORDED SERVICE CAL. STAT. S.T. JUDGE Halpern FILES

UNITED STATES TAX COURT

CANYON DESERT VINEYARDS,
FREDERICK H. BEHRENS,
Tax Matters Partner,

Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 7904-92
Judge Halpern

**DECISION**

Pursuant to Rule 248(b) of the Tax Court Rules of Practice and Procedure, it is

ORDERED and DECIDED: That there are no adjustments to any partnership items with respect to Canyon Desert Vineyards for the taxable year 1986.

James S. Halpern
Judge

Entered: JUL 19 2001



SERVED JUL 19 2001