UNITED STATES TAX COURT

assigned Halpern

| | | |
|---|---|---|
| EMPEROR SEEDLESS-85, FREDERICK H. BEHRENS, Tax Matters Partner, Petitioner, | ) | |
| v. | ) | Docket No. 15039-91 Judge Halpern |
| COMMISSIONER OF INTERNAL REVENUE, Respondent. | ) | |

AM. / Rm / Rm / CAL. / STAT. / S.T. JUDGE / Halpern / FILED

## DECISION

Pursuant to Rule 248(b) of the Tax Court Rules of Practice and Procedure and Respondent's Motion for Entry of Decision, it is

ORDERED AND DECIDED: That the following statement shows the adjustments to the partnership items of Emperor Seedless-85 for the taxable year 1985, as set forth below:

1985 Year

ADJUSTMENTS TO ORDINARY INCOME:

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Farming Expense Schedule F | $8,877,838.00 | $4,978,918.00 |
| Other Deductions | $ 219,829.00 | $ 219,829.00 |
| Capital Contributed during the year | $4,076,000.00 | $4,076,000.00 |
| Liabilities (short-term) | $7,089,325.00 | $ 381,963.00 |
| All Non-Recourse Loans | $ 717,983.00 | $ 717,983.00 |

TAX PREFERENCE ITEMS:

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Qualified Investment Income | $ 22,773.00 | $ 22,773.00 |
| Qualified Investment Expense | $9,006,699.00 | $2,251,675.00 |

Exhibit 30

SERVED JUL 19 2001

OTHER ADJUSTMENTS:

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Investment Interest Investment Income | $ 20,004.00 | $ 20,004.00 |

That the foregoing adjustments to partnership income and expense are attributable to transactions which lacked economic substance, as described in former I.R.C. § 6621(c)(3)(A)(v), so as to result in a substantial distortion of income and expense, as described in I.R.C. § 6621(c)(3)(A)(iv), when computed under the partnership's cash receipts and disbursements method of accounting;

That the liabilities in the amount of $6,707,362 lack economic substance; and

That the assessment of any deficiencies in income tax that are attributable to the adjustments to partnership items for the year 1985 is not barred by the provisions of I.R.C. § 6229.

James S. Halpern
Judge

Entered: JUL 19 2001

Assigned

| ADM. |
|---|
| Pm RECORDED |
| dk |
| SERVICE |
| dk |
| CAL. |
| STAT. |
| ~~S.T.~~ JUDGE |
| Halpern |
| FILES |

UNITED STATES TAX COURT

EMPEROR SEEDLESS-85,
FREDERICK H. BEHRENS,
Tax Matters Partner,

Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 7908-92
Judge Halpern

DECISION

Pursuant to Rule 248(b) of the Tax Court Rules of Practice and Procedure, it is

ORDERED and DECIDED: That there are no adjustments to any partnership items with respect to Emperor Seedless-85 for the taxable year 1986.

James S. Halpern

Judge

Entered: JUL 19 2001



SERVED JUL 19 2001

Form **870-P(AD)**
(June 1988)

Department of the Treasury — Internal Revenue Service

**Settlement Agreement For Partnership Adjustments**

| Taxpayer(s) name(s), address, and zip code | Name of Partnership | Tax Year(s) Ended |
|---|---|---|
| | Taxpayer Identifying Number: | |
| Taxpayer Identifying Number: | Name of Tax Matters Partner | |

Under the provisions of section 6224(c) of the Internal Revenue Code, the undersigned offers to enter into a settlement agreement with respect to the determination of partnership items of the partnership for the year(s) shown on the attached schedule of adjustments. The undersigned, in accordance with the provisions of section 6224(b) of the Code, also offers to waive the restrictions on the assessment and collection of any deficiency attributable to partnership items (with interest as required by law) provided in section 6225(a).

This offer is subject to acceptance for the Commissioner of the Internal Revenue Service. It will take effect as a waiver of restrictions on the date it is accepted. Unless and until it is accepted, it will have no force or effect.

If this offer is accepted for the Commissioner, the treatment of partnership items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for refund or credit based on any change in the treatment of partnership items may be filed or prosecuted.

| | |
|---|---|
| Signature of taxpayer | Date |
| Signature of taxpayer | Date |
| By (Signature and title) | Date |

If this offer is executed by a tax matters partner, please include title with the signature.

**Note:** The execution and filing of this offer will expedite the adjustment of tax liability.

If this offer is executed with respect to a year for which a JOINT RETURN OF A HUSBAND AND WIFE was filed, it must be signed by both spouses, unless one spouse, acting under a power of attorney, signs as agent for the other.

If a taxpayer is a corporation, the offer must be signed with the corporate name followed by the signature and title of the officer authorized to sign.

This offer may be executed by the taxpayer's attorney or agent provided this action is specifically authorized by a power of attorney, which, if not previously filed, must accompany this form.

The submission of this offer by you and the acceptance of the offer for the Commissioner may result in an additional tax liability to you plus interest as provided by law. If the result is a decrease in tax, the amount of the decrease will be sent to you with interest as provided by law.

| **For Internal Revenue Use Only** | Date accepted for Commissioner | Signature |
|---|---|---|
| | Office | Title |

Exhibit 31

B207

ISA
STF FED1560F.1

**(AD)** (6-88)

Department of the Treasury — Internal Revenue Service

## Settlement Agreement For Partnership Adjustments

### Schedule of Adjustments

| Name of Partnership | Tax Year(s) Ended | | |
|---|---|---|---|
| Taxpayer Identifying Number: | | | |
| Detail of Adjustments To Ordinary Income | | | |
| Total Adjustments To Ordinary Income | | | |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Remarks

B208



STF FED1560F.2

Form **870-L (AD)** (March 1993)

Department of the Treasury — Internal Revenue Service

## Settlement Agreement for Partnership Adjustments and Affected Items

*(See Instructions)*

| Taxpayer(s) name(s), address, and zip code | Name of Partnership<br><br>Taxpayer Identifying Number: | Tax Year(s) Ended |
|---|---|---|
| Taxpayer Identifying Number: | Name of Partnership Contact Person | |

**Part I: Offer of Settlement of Partnership Items**

Under the provisions of section 6224(c) of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partnership items as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with section 6224(b), also waives the restrictions on assessment and collection of any deficiency attributable to partnership items (with interest as required by law) provided in section 6225(a).

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of partnership items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment of partnership items or for a refund or credit based on any change in the treatment of partnership items may be filed or prosecuted.

| | |
|---|---|
| Signature of taxpayer | Date |
| Signature of taxpayer | Date |
| By (Signature and title) | Date |

**Part II: Offer of Settlement of Affected Items**

Under the provisions of sections 6224(c) and 7121 of the Internal Revenue Code, the Commissioner of Internal Revenue and the undersigned taxpayer(s) agree to the determination of partner level determinations (affected items). These items:

(1) limit the amount of partnership item deductions or credits at the partner level pursuant to sections 704(d), 465 or 469 of the Code, as set forth in the attached schedule of adjustments, and/or

(2) are additions to tax, and interest under section 6621(c) of the Code, as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with sections 6224(b) and 6213(d), also waives the restrictions provided by sections 6230(a) and 6213(a) of the Code and consents to the assessment and collection of tax attributable to the application of sections 704(d), 465 or 469 of the Code, and any additions to tax, and interest under section 6621(c), as set forth in the attached schedule of adjustments; plus any interest provided by law.

This agreement is conditional, and will not become effective or final until this agreement form is returned to the Commissioner of Internal Revenue and is signed on his or her behalf. The one year extension of the period of limitations on assessment under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this agreement form is signed for the Commissioner, the treatment of the specified affected items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for an adjustment to these affected items or for a refund or credit based on any change in the treatment of these affected items may be filed or prosecuted.

This agreement with respect to affected items is not subject to a request for consistent settlement pursuant to section 6224(c)(2).

| | |
|---|---|
| Signature of taxpayer | Date |
| Signature of taxpayer | Date |
| By (Signature and title) | Date |

Exhibit 32

**For Internal Revenue Use Only**

| | |
|---|---|
| Date accepted for Commissioner | Signature |
| Office | Title |

B209

ISA
STF FED1656F.1

**870-L (AD)** (Rev. 3-93)

**Instructions for signing the settlement agreement:**

1. Sign Part I (Offer of Settlement of Partnership Items) to settle the partnership items as shown on the attached schedule of adjustments.
2. Sign Part II (Offer of Settlement of Affected Items) to settle the items that require partner level determinations (affected items). These items are also shown on the attached schedule of adjustments.

   If you don't sign Part II, we will mail you one of the following:

   ▶ An affected item report showing the adjustments to your return. You can agree to the affected items at that time or request further Appeals consideration. The report will explain how to do this.

   ▶ A notice of deficiency which tells you how to file a petition to the United States Tax Court.
3. The settlement of the partnership items in Part I will remain the same whether or not you sign Part II.
4. If a JOINT RETURN OF A HUSBAND AND WIFE was filed, both spouses must sign, unless one spouse, acting under a power of attorney, signs as agent for the other.
5. If you are a corporation, the officer authorized to sign must sign with the corporate name followed by his or her signature and title.
6. Your attorney or agent may sign either Part I or Part II provided we have received a power of attorney, which if not previously filed, must accompany this form.

B210

Department of the Treasury — Internal Revenue Service

## Settlement Agreement for Partnership Adjustments and Affected Items

**Schedule of Adjustments**

| Name of Partnership<br>Taxpayer Identifying Number: | Tax Year(s) Ended | | |
|---|---|---|---|
| Detail of Adjustments to Ordinary Income | | | |
| Total Adjustments to Ordinary Income | | | |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| Other Adjustment: | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Remarks

B211

Form **906**
(Rev. August 1994)

Department of the Treasury—Internal Revenue Service

# Closing Agreement On Final Determination Covering Specific Matters

Under section 7121 of the Internal Revenue Code ______________________________

______________________________
(Taxpayer's name, address, and identifying number)
______________________________

and the Commissioner of Internal Revenue make the following closing agreement:

SAMPLE

Exhibit 33

B212

I have examined the specific matters involved and recommend the acceptance of the proposed agreement.

(Receiving Officer) (Date)

(Title)

I have reviewed the specific matters involved and recommend approval of the proposed agreement.

(Reviewing Officer) (Date)

(Title)

SAMPLE

Form **906** (Rev. 8-94)

B213

STF FED1663F.3

This agreement is final and conclusive except:

(1) the matter it relates to may be reopened in the event of fraud, malfeasance, or misrepresentation of material fact;
(2) it is subject to the Internal Revenue Code sections that expressly provide that effect be given to their provisions (including any stated exception for Code section 7122) notwithstanding any other law or rule of law; and
(3) if it relates to a tax period ending after the date of this agreement, it is subject to any law, enacted after the agreement date, that applies to that tax period.

**By signing, the above parties certify that they have read and agreed to the terms of this document.**

Your signature__________________ Date Signed________

Spouse's signature (if a joint return was filed)__________________ Date Signed________

Taxpayer's representative__________________ Date Signed________

Taxpayer (other than individual)__________________

By__________________ Date Signed________

Title__________________

Commissioner of Internal Revenue

By__________________ Date Signed________

Title__________________

SAMPLE

B214