**No. 02-060 T**
(Judge Block)

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

RONALD C. PRATI and MARY G. PRATI,

PLAINTIFFS

VS.

UNITED STATES OF AMERICA,

DEFENDANT

# PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME

Plaintiffs Ronald C. Prati and Mary G. Prati (the "Pratis") move for leave to file their Response in Opposition to the Motion of the United States for Partial Dismissal of Plaintiff's Complaints and Brief in Support out of time and in support would show the Court as follows:

The original deadline for Plaintiffs to file their response in this matter and to file similar responses in *Isler v. United States*, Docket No. 01-344T, and *Scuteri v. United States*, Docket No. 01-358 was July 7, 2006. Due to illness, counsel requested and the Court granted an enlargement of time to file until July 17, 2006.

Counsel was able to timely file the responses in *Isler* and *Scuteri*, but, due to scanner technical difficulties, counsel was not able to timely file their response in this matter.

On July 18, 2006, counsel for the United States represented to counsel for the Pratis that the government is unopposed to the grating of this motion.

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS
RONALD C. PRATI and MARY G. PRATI

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)