IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-60 T

Judge Lawrence J. Block

RONALD C. PRATI and MARY G. PRATI,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME

The United States respectfully moves the Court for an enlargement of time of 21 days, from August 7, 2006, to and including August 28, 2006, within which to file its reply in support of its motion to dismiss. This is the first enlargement requested for this purpose. Plaintiffs' counsel has advised that plaintiff has no objection to the enlargement of time. In support of this motion, defendant submits the following:

1. On July 17/18, 2006, plaintiffs filed responses to our motions to dismiss in this case and the companion cases *Scuteri v. United States*, Fed. Cl. No. 01-358 T and *Isler v. United States*, Fed. Cl. No. 01-344 T. Pursuant to Court orders dated July 6, 2006, in which the Court extended the time for plaintiffs to file their responses, defendant's replies are due on or before August 7, 2006.

2. The demands of other cases prevented the undersigned attorney of record from

giving serious consideration to plaintiff's voluminous responses from the time of their filing until Tuesday, July 25, 2006. From July 17 to July 25, the undersigned devoted most of his time to two briefs in *Dismore v. U.S.*, Fed. Cl. No. 04-1787 T, an AMCOR case pending before Judge Allegra. The undersigned prepared and, on July 25, 2006, filed an opposition to plaintiffs' motion for leave to amend in *Dismore*. *See Dismore v. U.S.*, Fed. Cl. No. 04-1787 T, Oppn. [Doc. #39]. In addition, the undersigned prepared a post oral argument reply brief for *Dismore* and submitted it for internal review on July 25, 2006. At the time the reply was submitted for internal review, it was due pursuant to Court order on July 28, 2006. The reply was not filed, however, because, on July 26, 2006, the Court mooted the briefing by granting plaintiffs' motion for leave to amend their complaint to withdraw the claim that had given rise to the briefing and oral argument. In addition, also during the week of July 17, the undersigned devoted time to preparation, finalizing, and filing of a motion to dismiss in *Tempelman v. United States*, Fed. Cl. No. 06-414 T, Mot. [Doc. #6].

3. Beginning on July 25, 2006 and continuing to the date of the filing of this motion, the undersigned has devoted substantial time to drafting a reply to plaintiffs' response in *Prati*, and intends to submit a draft for internal review on August 1, 2006. After review and finalizing of the *Prati* reply, the undersigned intends to draft substantially similar replies with respect to plaintiffs' responses in *Isler* and *Scuteri*.

4. The undersigned will be out of the office on Thursday and Friday, August 3-4, 2006.

5. The requested 21-day enlargement of time is necessary to provide defendant's counsel with adequate time to prepare, review, finalize, and/or file all three replies in *Prati*, *Isler*,

and *Scuteri*.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

August 1, 2006