| ...nd Address of Taxpayer | SS or EI Number | Return Form No. |
|---|---|---|
| PRATI, RONALD C. AND MARY G.<br>2801 NORTH PENINSULA AVENUE<br>APARTMENT 1705<br>NEW SMYRNA BEACH FL 32169-2059 | 015-3... ..010 | 1040 |
| | Person with whom examination changes were discussed | Name and Title |

| 1. Adjustments to Income | Tax Year End 12/31/85 | Tax Year End 12/31/86 | Tax Year End |
|---|---|---|---|
| A. AGRI-VENTURE FUND | $ 33,369.00 | $ | $ |
| B. CANYON DESERT VINEYARDS | 42,921.00 | (12,798.00) | |
| C. EMPEROR SEEDLESS 85 | 26,326.00 | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 102,616.00 | (12,798.00) | |
| 3. Taxable Income Per Return or as Previously Adjusted | 108,845.00 | 591,084.00 | |
| 4. Corrected Taxable Income | 211,461.00 | 578,286.00 | |
| Tax Method | TAX RATE | TAX RATE | |
| Filing Status | JOINT | JOINT | |
| 5. Tax | 86,372.00 | 269,072.00 | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 86,372.00 | 269,072.00 | |
| 8. Less Credits A. POLITICAL CONTRIBUTION | 50.00 | 100.00 | |
| B. GENERAL BUSINESS CREDIT | 8,866.00 | 6,137.00 | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 77,456.00 | 262,835.00 | |
| 10. Plus Other Taxes A. ALTERNATIVE MINIMUM TAX | 16,936.00 | 56,269.00 | |
| B. SELF EMPLOYMENT TAX | 317.00 | 313.00 | |
| C. | | | |
| D. | | | |
| . Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 94,709.00 | 319,417.00 | |
| . Total Tax Shown on Return or as Previously Adjusted | 74,186.00 | 321,977.00 | |
| . Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| . Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 20,523.00 | (2,560.00) | |
| . Adjustments to Prepayment Credits | | | |
| . Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 20,523.00 | $ (2,560.00) | $ |

...e Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases ... decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State ...rm.

...u may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay ...e required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day ...riod and the tax has been assessed and remains unpaid.



EXHIBIT "A"

| Name of Taxpayer: PRATT, RONALD C. AND G. | SS or EI Number: 01 -5010 | Return Form No. 1040 |
|---|---|---|

| | Tax Year End 12/31/85 | Tax Year End 12/31/86 | Tax Year End |
|---|---|---|---|
| 17. Penalties<br>A.<br>B.<br>C.<br>D.<br>E.<br>F.<br>G.<br>H.<br>I.<br>J.<br>K.<br>L.<br>M.<br>N. | $ | $ | $ |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 20,523.00 | | |
| Summary of Taxes, Penalties and Interest:<br>A. Balance due or Overpayment of Taxes (line 16, page 1)<br>B. Penalties (line 18, page 2) (computed to 10/10/95)<br>C. Interest (IRC 6601) (computed to 10/10/95)<br>D. TMT Interest (computed to 10/10/95 on TMT underpayment) | 20,523.00<br><br>29,497.34<br>9,754.04 | (2,560.00) | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 59,774.38 | (2,560.00) | |

Other Information:

NO CHANGES WERE MADE TO YOUR 1986 RETURN FOR EMPEROR SEEDLESS-85 OR AGRI-VENTURE FUND PARTNERSHIPS.

| Examiner's Signature | District | Date |
|---|---|---|
| A CARMACK | Kansas City Service Center | 06/12/97 |

IBS Ver. 3.96.00



Form 4549A-CG (Rev. 1-91)

8512 - TAX YEAR INTEREST COMPUTATION TO 10/10/95

| | | |
|---|---|---|
| Total Tax Deficiency | | 20,523.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 20,523.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/86-06/30/86 | 76 | 10.00 | 431.75 | 87.42 |
| COMPOUND | 07/01/86-12/31/86 | 184 | 09.00 | 972.49 | 204.71 |
| COMPOUND | 01/01/87-09/30/87 | 273 | 09.00 | 1,526.65 | 342.38 |
| COMPOUND | 10/01/87-12/31/87 | 92 | 10.00 | 598.60 | 141.00 |
| COMPOUND | 01/01/88-03/31/88 | 91 | 11.00 | 666.81 | 161.40 |
| COMPOUND | 04/01/88-09/30/88 | 183 | 10.00 | 1,267.21 | 319.01 |
| COMPOUND | 10/01/88-12/31/88 | 92 | 11.00 | 728.45 | 190.46 |
| COMPOUND | 01/01/89-03/31/89 | 90 | 11.00 | 734.40 | 197.10 |
| COMPOUND | 04/01/89-09/30/89 | 183 | 12.00 | 1,701.88 | 475.78 |
| COMPOUND | 10/01/89-12/31/89 | 92 | 11.00 | 819.43 | 238.29 |
| COMPOUND | 01/01/90-12/31/90 | 365 | 11.00 | 3,484.38 | 1,076.52 |
| COMPOUND | 01/01/91-03/31/91 | 90 | 11.00 | 919.69 | 300.50 |
| COMPOUND | 04/01/91-12/31/91 | 275 | 10.00 | 2,689.56 | 915.88 |
| COMPOUND | 01/01/92-03/31/92 | 91 | 09.00 | 838.63 | 296.52 |
| COMPOUND | 04/01/92-09/30/92 | 183 | 08.00 | 1,546.68 | 559.99 |
| COMPOUND | 10/01/92-12/31/92 | 92 | 07.00 | 700.22 | 259.01 |
| COMPOUND | 01/01/93-12/31/93 | 365 | 07.00 | 2,910.90 | 1,112.17 |
| COMPOUND | 01/01/94-06/30/94 | 181 | 07.00 | 1,520.84 | 603.04 |
| COMPOUND | 07/01/94-09/30/94 | 92 | 08.00 | 907.98 | 366.99 |
| COMPOUND | 10/01/94-12/31/94 | 92 | 09.00 | 1,043.59 | 428.09 |
| COMPOUND | 01/01/95-03/31/95 | 90 | 09.00 | 1,044.07 | 434.90 |
| COMPOUND | 04/01/95-06/30/95 | 91 | 10.00 | 1,200.92 | 508.26 |
| COMPOUND | 07/01/95-10/10/95 | 102 | 09.00 | 1,242.21 | 534.62 |
| | | | | 29,497.34 | 9,754.04 |

| | |
|---|---|
| Total Interest | 29,497.34 |
| Total TMT Interest | 9,754.04 |
| Total Underpayment | 20,523.00 |
| Total Penalties | 0.00 |
| Total Amount Due | 59,774.38 |

IRS EMPLOYEE 7640814086

ATE REQUESTED 10-07-1998
PRINT DATE 10-08-1998

ORM NUMBER: 1040
TAX PERIOD: DEC 1985

TAXPAYER IDENTIFICATION NUMBER: 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
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

RONALD C & MARY G PRATI
2801 N PENINSULA AVE APT 1705
NEW SMYRNA BEACH FL 32169-2059-012

<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>

- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 06-29-1998 |
| ACCRUED PENALTY: | 0.00 | AS OF 06-29-1998 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

EXEMPTIONS: 06
**FILING STATUS: MARRIED FILING JOINT

| | |
|---|---|
| ADJUSTED GROSS INCOME: | 445,461.00 |
| TAXABLE INCOME: | 211,461.00 |
| TAX PER RETURN: | 74,186.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 2,690.00 |
| TOTAL SELF EMPLOYMENT TAX: | 317.00 |

PRINCIPAL INDUSTRY ACTIVITY CODE: 1552

PER RETURN OR AS ADJUSTED

07-1986 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
15-1986 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED | 09-15-1986 | 74,186.00 |
| CREDIT FROM WITHHELD TAXES & EXCESS FICA | 08-07-1986 | 118,991.00- |
| EXTENSION OF TIME FOR FILING 08-15-1986 | 04-03-1986 | |
| OVERPAYMENT TRANSFERRED TO FORM 1040 TAX PERIOD DEC 1974 | 04-15-1986 | 472.16 |
| OVERPAYMENT TRANSFERRED TO FORM 1040 TAX PERIOD DEC 1974 | 04-15-1986 | 13,042.73 |
| INTEREST APPLIED TO ACCOUNT | 09-15-1986 | 19.17- |
| REFUND OF OVERPAYMENT | 09-15-1986 | 31,309.28 |
| RECEIVED POA/TIA | 07-07-1990 | |
| SUBSEQUENT PAYMENT | 10-10-1995 | 63,875.00- |
| ADVANCE PAYMENT OF EXAMINATION DEFICIENCY | 10-10-1995 | 63,875.00- |
| CASH BOND PAYMENT | | |
| CORRECT SUBSEQUENT PYMT PROCESSED IN ERROR | 10-10-1995 | 63,875.00 |
| ASSESSMENT STATUTE EXPIRATION DATE EXTENDED TO 04-20-1998 | 05-01-1997 | |
| REMOVED POA/TIA | 06-28-1997 | |
| LATE FILING PENALTY | 10-20-1997 | 0.00 |

EXHIBIT "B"

| | | |
|---|---|---|
| 340 INTEREST ASSESSMENT | 10-20-1997 | 39,251.35 |
| 300 ADDITIONAL TAX ASSESSED BY EXAMINATION | 10-20-1997 | 20,523.00 |
| 846 REFUND OF OVERPAYMENT | 10-20-1997 | 4,100.65 |
| 960 RECEIVED POA/TIA | 01-19-1998 | |

INTEREST AND PENALTY DETAIL REPORT TaxInterest Version 2006.3
Taxpayer name...: Prati Penalty Interest Computation 11-13-06
Taxpayer ID#....: Page 1

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| Motivated tax | 04-15-86 | 20,523.00 | 20,523.00 |
| Interest Computation Date | 10-10-95 | | 59,774.35 |

(1) Balance includes any interest and penalties accrued as of the Event Date

Interest on Motivated Deficiencies

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Motiv. Tax | 04-15-86 | | 20,523.00 | | 20,523.00 |
| Interest | 06-30-86 | 12.00 | 20,523.00 | 519.17 | 21,042.17 |
| Interest | 12-31-86 | 10.80 | 21,042.17 | 1,177.20 | 22,219.37 |
| Interest | 03-31-87 | 10.80 | 22,219.37 | 599.56 | 22,818.93 |
| Interest | 06-30-87 | 10.80 | 22,818.93 | 622.68 | 23,441.61 |
| Interest | 09-30-87 | 10.80 | 23,441.61 | 646.79 | 24,088.40 |
| Interest | 12-31-87 | 12.00 | 24,088.40 | 739.60 | 24,828.00 |
| Interest | 03-31-88 | 13.20 | 24,828.00 | 828.21 | 25,656.21 |
| Interest | 06-30-88 | 12.00 | 25,656.21 | 776.88 | 26,433.09 |
| Interest | 09-30-88 | 12.00 | 26,433.09 | 809.34 | 27,242.43 |
| Interest | 12-31-88 | 13.20 | 27,242.43 | 918.91 | 28,161.34 |
| Interest | 03-31-89 | 13.20 | 28,161.34 | 931.50 | 29,092.84 |
| Interest | 06-30-89 | 14.40 | 29,092.84 | 1,063.23 | 30,156.07 |
| Interest | 09-30-89 | 14.40 | 30,156.07 | 1,114.42 | 31,270.49 |
| Interest | 12-31-89 | 13.20 | 31,270.49 | 1,057.71 | 32,328.20 |
| Interest | 03-31-90 | 13.20 | 32,328.20 | 1,069.33 | 33,397.53 |
| Interest | 06-30-90 | 13.20 | 33,397.53 | 1,117.18 | 34,514.71 |
| Interest | 09-30-90 | 13.20 | 34,514.71 | 1,167.45 | 35,682.16 |
| Interest | 12-31-90 | 13.20 | 35,682.16 | 1,206.94 | 36,889.10 |
| Interest | 03-31-91 | 13.20 | 36,889.10 | 1,220.19 | 38,109.29 |
| Interest | 06-30-91 | 12.00 | 38,109.29 | 1,157.18 | 39,266.47 |
| Interest | 09-30-91 | 12.00 | 39,266.47 | 1,205.62 | 40,472.09 |
| Interest | 12-31-91 | 12.00 | 40,472.09 | 1,242.64 | 41,714.73 |
| Interest | 03-31-92 | 10.80 | 41,714.73 | 1,135.15 | 42,849.88 |
| Interest | 06-30-92 | 9.60 | 42,849.88 | 1,034.94 | 43,884.82 |
| Interest | 09-30-92 | 9.60 | 43,884.82 | 1,071.73 | 44,956.55 |
| Interest | 12-31-92 | 8.40 | 44,956.55 | 959.23 | 45,915.78 |
| Interest | 03-31-93 | 8.40 | 45,915.78 | 960.83 | 46,876.61 |
| Interest | 06-30-93 | 8.40 | 46,876.61 | 991.95 | 47,868.56 |
| Interest | 09-30-93 | 8.40 | 47,868.56 | 1,024.19 | 48,892.75 |
| Interest | 12-31-93 | 8.40 | 48,892.75 | 1,046.10 | 49,938.85 |
| Interest | 03-31-94 | 8.40 | 49,938.85 | 1,045.01 | 50,983.86 |
| Interest | 06-30-94 | 8.40 | 50,983.86 | 1,078.86 | 52,062.72 |
| Interest | 09-30-94 | 9.60 | 52,062.72 | 1,274.97 | 53,337.69 |
| Interest | 12-31-94 | 10.80 | 53,337.69 | 1,471.68 | 54,809.37 |
| Interest | 03-31-95 | 10.80 | 54,809.37 | 1,478.97 | 56,288.34 |
| Interest | 06-30-95 | 12.00 | 56,288.34 | 1,709.18 | 57,997.52 |

EXHIBIT "C"

Interest on Motivated Deficiencies

| Event | Date | Rate | Base | Interest | Balance |
| --- | --- | --- | --- | --- | --- |
| Interest | 09-30-95 | 10.80 | 57,997.52 | 1,600.25 | 59,597.77 |
| Interest | 10-10-95 | 10.80 | 59,597.77 | 176.58 | 59,774.35 |

Summary as of 10-10-95

| | Amount | Payments | Deposits | Balance |
| --- | --- | --- | --- | --- |
| Motivated tax | 20,523.00 | 0.00 | 0.00 | 20,523.00 |
| Motivated interest | 39,251.35 | 0.00 | 0.00 | 39,251.35 |
| Totals | 59,774.35 | 0.00 | 0.00 | 59,774.35 |

Prepared using: FEDERAL IRS interest rates
Table end date: 09-30-06 TVS Table

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| Tax | 04-15-86 | 20,523.00 | 20,523.00 |
| Interest Computation Date | 10-10-95 | | 50,020.28 |

(1) Balance includes any interest and penalties accrued as of the Event Date

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Tax | 04-15-86 | | 20,523.00 | | 20,523.00 |
| Interest | 06-30-86 | 10.00 | 20,523.00 | 431.75 | 20,954.75 |
| Interest | 12-31-86 | 9.00 | 20,954.75 | 972.49 | 21,927.24 |
| Interest | 03-31-87 | 9.00 | 21,927.24 | 491.98 | 22,419.22 |
| Interest | 06-30-87 | 9.00 | 22,419.22 | 508.67 | 22,927.89 |
| Interest | 09-30-87 | 9.00 | 22,927.89 | 526.00 | 23,453.89 |
| Interest | 12-31-87 | 10.00 | 23,453.89 | 598.60 | 24,052.49 |
| Interest | 03-31-88 | 11.00 | 24,052.49 | 666.81 | 24,719.30 |
| Interest | 06-30-88 | 10.00 | 24,719.30 | 622.22 | 25,341.52 |
| Interest | 09-30-88 | 10.00 | 25,341.52 | 644.98 | 25,986.50 |
| Interest | 12-31-88 | 11.00 | 25,986.50 | 728.45 | 26,714.95 |
| Interest | 03-31-89 | 11.00 | 26,714.95 | 734.40 | 27,449.35 |
| Interest | 06-30-89 | 12.00 | 27,449.35 | 833.49 | 28,282.84 |
| Interest | 09-30-89 | 12.00 | 28,282.84 | 868.38 | 29,151.22 |
| Interest | 12-31-89 | 11.00 | 29,151.22 | 819.43 | 29,970.65 |
| Interest | 03-31-90 | 11.00 | 29,970.65 | 823.90 | 30,794.55 |
| Interest | 06-30-90 | 11.00 | 30,794.55 | 856.09 | 31,650.64 |
| Interest | 09-30-90 | 11.00 | 31,650.64 | 889.69 | 32,540.33 |
| Interest | 12-31-90 | 11.00 | 32,540.33 | 914.70 | 33,455.03 |
| Interest | 03-31-91 | 11.00 | 33,455.03 | 919.69 | 34,374.72 |
| Interest | 06-30-91 | 10.00 | 34,374.72 | 867.67 | 35,242.39 |
| Interest | 09-30-91 | 10.00 | 35,242.39 | 899.47 | 36,141.86 |
| Interest | 12-31-91 | 10.00 | 36,141.86 | 922.42 | 37,064.28 |
| Interest | 03-31-92 | 9.00 | 37,064.28 | 838.63 | 37,902.91 |
| Interest | 06-30-92 | 8.00 | 37,902.91 | 761.38 | 38,664.29 |
| Interest | 09-30-92 | 8.00 | 38,664.29 | 785.29 | 39,449.58 |
| Interest | 12-31-92 | 7.00 | 39,449.58 | 700.22 | 40,149.80 |
| Interest | 03-31-93 | 7.00 | 40,149.80 | 698.94 | 40,848.74 |
| Interest | 06-30-93 | 7.00 | 40,848.74 | 719.08 | 41,567.82 |
| Interest | 09-30-93 | 7.00 | 41,567.82 | 739.85 | 42,307.67 |
| Interest | 12-31-93 | 7.00 | 42,307.67 | 753.02 | 43,060.69 |
| Interest | 03-31-94 | 7.00 | 43,060.69 | 749.62 | 43,810.31 |
| Interest | 06-30-94 | 7.00 | 43,810.31 | 771.22 | 44,581.53 |
| Interest | 09-30-94 | 8.00 | 44,581.53 | 907.98 | 45,489.51 |
| Interest | 12-31-94 | 9.00 | 45,489.51 | 1,043.59 | 46,533.10 |
| Interest | 03-31-95 | 9.00 | 46,533.10 | 1,044.07 | 47,577.17 |
| Interest | 06-30-95 | 10.00 | 47,577.17 | 1,200.91 | 48,778.08 |

EXHIBIT "D"

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Interest | 09-30-95 | 9.00 | 48,778.08 | 1,119.03 | 49,897.11 |
| Interest | 10-10-95 | 9.00 | 49,897.11 | 123.17 | 50,020.28 |

Summary as of 10-10-95

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax | 20,523.00 | 0.00 | 0.00 | 20,523.00 |
| Interest | 29,497.28 | 0.00 | 0.00 | 29,497.28 |
| Totals | 50,020.28 | 0.00 | 0.00 | 50,020.28 |

Prepared using: FEDERAL IRS interest rates
Table end date: 09-30-06 TVS Table

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RONALD C. PRATI and | § | |
| MARY G. PRATI | § | |
| Plaintiffs, | § | |
| | § | DOCKET NO. 02-60T |
| vs. | § | |
| | § | Judge Block |
| UNITED STATES OF AMERICA | § | |
| Defendant. | § | |

**Declaration of Teresa J. Womack**

I, Teresa J. Womack, pursuant to 39 U.S.C. § 1746, declare that :

1. I am a trial attorney with Redding & Associates, P.C., and have been assigned to handle the above-styled case on behalf of Ronald C. Prati and Mary G. Prati.

2. Exhibits A and B attached hereto come directly from the Redding & Associates, P.C., client litigation files, and are true and correct copies of documents obtained from the Pratis, their partnership, and/or the Internal Revenue Service. Copies of these documents have been previously been attached as exhibits to various motions and responses filed in this action without objection.

3. Exhibits C and D attached hereto were generated using Tax Interest for Windows, which is software specifically designed for computing interest on federal income tax liabilities and is generally accepted as accurate and reliable by tax practitioners. The computations were made using the information provided by the IRS in the transcripts of account attached at Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Declared on the 13th day of November, 2006.

Teresa J. Womack

R:\DOCS\TAXCONT.T\twwdn106.pr1.wpd