IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-60 T

Judge Lawrence J. Block

RONALD C. PRATI and MARY G. PRATI,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME

The United States respectfully moves the Court for an enlargement of time of 9 days, from November 21, 2006, to and including November 30, 2006, within which to file its reply in support of its supplement to its motion to dismiss. This is the first enlargement requested for this purpose. Plaintiffs' counsel has advised that plaintiffs have no objection to the enlargement of time. In support of this motion, defendant submits the following:

1. On October 3, 2006, the Court granted defendant's motion for leave to file a supplement to its motion to dismiss. On October 12, 2006, the Court filed a scheduling order, permitting plaintiffs to file by Monday, October 30, 2006, a response to defendant's supplement, and defendant to file by Tuesday, November 14, 2006, a reply to any such response.

2. On October 30, 2006, plaintiffs moved for an enlargement of time of 7 days, until November 6, 2006, within which to file their response. The Court granted the motion on

November 2, 2006, ordering plaintiffs to file their response by Monday, November 6, 2006, and defendant to file its reply by Tuesday, November 21, 2006.

3. On Monday, November 13, 2006, plaintiffs submitted their response seven days late, attached to a motion for leave to file the response out of time. The Court granted plaintiffs' motion on Wednesday, November 15, 2006, deeming the submitted response to have been filed along with the motion two days earlier.

4. For replying to plaintiffs' response, defendant requests the amount of time originally contemplated in the Court's orders of October 12 and November 2, 2006 - 15 days from filing of plaintiffs' response - plus 2 days in consideration of the Thanksgiving day holidays, which fall within that 15 day period. Accordingly, the United States respectfully requests an enlargement of time of 9 days, from November 21, 2006, to and including November 30, 2006, within which to file its reply.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

November 20, 2006