IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RONALD C. PRATI and | § | |
| MARY G. PRATI | § | |
| Plaintiffs, | § | |
| | § | DOCKET NO. 02-60T |
| | § | |
| vs. | § | Judge Block |
| | § | |
| UNITED STATES OF AMERICA | § | |
| Defendant. | § | |

**MOTION FOR LEAVE TO FILE PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR RECONSIDERATION**

On May 13, 2008, the United States filed its Response to Motion for Reconsideration. Plaintiffs' respectfully request they be allowed to file their attached reply. Plaintiffs' brief reply is limited to informing the Court of representations made to the Court by the United States in pleadings filed in most, if not all, of the 76 related cases. Representations at odds with the United States' opposition as stated in its response to Plaintiffs' requests, in the alternative, that the 76-77 cases be stayed or consolidated pending *final* outcome of the chosen test cases. Many of those representations were made to the Court before the 77 cases were consolidated before Judge Block.

WHEREFORE, Plaintiffs respectfully request they be allowed to file their attached Reply to Defendant's Response to Motion for Reconsideration.

Respectfully submitted,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Sallie W. Gladney
Texas State Bar No. 00787546
Teresa J. Womack
Texas State Bar No. 00788707
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RONALD C. PRATI and MARY G. PRATI, Plaintiffs, | § § § | |
| | § | DOCKET NO. 02-60T |
| | § | |
| vs. | § | Judge Block |
| | § | |
| UNITED STATES OF AMERICA, Defendant. | § § | |

**PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR RECONSIDERATION**

On May 13, 2008, the United States filed its Response to Motion for Reconsideration opposing the Plaintiffs' efforts to reach the very procedural stance that the United States previously requested and purportedly obtained from this Court.

There are scores of related AMCOR cases before this Court. The parties agreed long ago to select representative cases and stay the others until a *final* decision was entered in the applicable representative cases. Attached are two joint motions to suspend filed in two representative cases of the 76 cases dismissed pursuant to the Court's opinion at *Prati v. U.S.*, --- Fed.Cl. ----, 2008 WL 1777380. See Exhibit "A" is the joint motion filed by the United States in *Chapman* (Fed.Cl. 05-1225, Document No. 5) in which the United States represented to this Court that "[o]rders were entered in these [listed AMCOR related] cases directing the suspension of proceedings pending a *final* decision in the representative cases." Emphasis added. The United States then requested that the proceedings in that cases "be suspended pending a *final* decision in *Isler*, *Scuteri*, *Keener*, and *Smith*." Emphasis added. The United States' request was granted on January 23, 2006, by an order (Document No. 6, see Exhibit "B") stating "Pending is the parties' January 20, 2006 joint motion for suspension of proceedings pending a *final* decision in four related cases. The motion is granted."

Emphasis added. Similarly, on January 20, 2006, the United States filed a joint motion to suspend in *Vallari* (Fed.Cl. 06-761, Document No. 5) stating that "the parties request that proceedings be suspended pending a *final* decision in *Isler*, *Scuteri*, *Prati*, *Keener*, and *Smith*, and final appellate action in *Hinck*." See Exhibit "C". Emphasis added. The United States' request was granted by order of the Court on January 26, 2007 (Document No. 6).

As represented to this Court in scores of cases, it was never the intent of the parties to undertake massive numbers of redundant and repetitive appeals. Instead, the parties sought the efficient administration of justice by staying the non-representative cases until a *final* decision, including any appellate review and determinations by the United States Supreme Court, as applicable.

In their motion for reconsideration the Plaintiffs primarily request that the Court reconsider, for the reasons stated therein, its holdings in its opinion. The first alternative relief requested by the Plaintiffs is that this Court vacate all 77 judgments, including in the case at bar, and stay the cases until the final outcome in the appeal of *Keener v. U.S.*, 76 Fed.Cl. 455 (2007), currently pending before the Federal Circuit (Docket No. 2008-5004). If this first alternative relief is granted then the parties, including the United States, will be in the same procedural stance they all previously sought in their multiple motions to suspend. The Plaintiffs are not seeking any unanticipated benefit by that request. If the United States ultimately prevails in *Keener* then the 77 judgments can be re-entered. If the taxpayers ultimately prevail in *Keener* then all parties will have avoided 77 unnecessary appeals.

The second alternative relief sought by the Plaintiffs is that this Court vacate the other 76 judgments, consolidate those cases under the case at bar, re-enter the 76 judgments and then allow the taxpayers to proceed as a single appeal. If this second alternative relief is granted then the

parties, including the United States, will again be in the same procedural stance they all previously sought in their multiple motions to suspend. Again, the Plaintiffs are not seeking any unanticipated benefit by that request. If the United States ultimately prevails in *Keener* then the appeal in the case at bar becomes moot and all 77 judgments can be re-entered. If the taxpayers ultimately prevail in *Keener* then the Federal Circuit will have had to deal with only one unnecessary appeal instead of 77.

The United States is correct that the Plaintiffs previously opposed the consolidation of the AMCOR cases. But the United States fails to inform the Court that the Plaintiffs' opposition was based on the representations of the United States and this Court, via its orders, that the relevant cases would be stayed pending the *final* outcome of the representative cases. Plaintiffs opposition to consolidation was also based on the desire to save the Court and the parties from having to deal with multiple individual issues, some or all of which, depending on the outcome of the *Keener* appeal, may ultimately become moot.

Plaintiffs have always sought to manage these cases in the most administratively efficient way possible so as to conserve the resources of the Court and all the parties. Further, none of the AMCOR partners who have successfully prevailed against the United States in substantively similar cases[1] have sought to recover their costs from the United States. If the applicable AMCOR partners are forced to undertake 77 separate appeals then, should they ultimately prevail on one or more issues as they did in the Fifth Circuit, they will all seek to recover their fees and costs from the United States, including over $35,000.00 in appellate filing fees.

---

[1] *Weiner v. U.S.*, 389 F.3d 152 (5th Cir. 2004) (AMCOR partners Weiner and Kraemer); *Mellina v. U.S.*, 518 F.Supp.2d 825 (N.D.Tex 2007).

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Sallie W. Gladney
Texas State Bar No. 00787546
Teresa J. Womack
Texas State Bar No. 00788707
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1225 T

(Judge Eric G. Bruggink)

---

BILL G. CHAPMAN and KATHERINE CHAPMAN,

Plaintiffs

v.

THE UNITED STATES,

Defendant.

---

JOINT MOTION FOR SUSPENSION OF PROCEEDINGS

---

The parties, through their attorneys, respectfully request that proceedings be suspended in the above-captioned case. In support of this motion, the parties state as follows.

1. On October 11, 2002, the parties filed a joint notice of indirectly-related cases pursuant to RCFC 40.2(b) in 23 cases.[1] The notice recited that the parties intended to select a

[1] *Richard J. Carota v. United States*, Fed. Cl. No. 01-305 T; *Robert J. and Susan L. Isler v. United States*, Fed. Cl. No. 01-344 T; *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 01-358 T; *Robert H. and Joan C. Donaldson v. United States*, Fed. Cl. No. 01-386 T; *William W. Winternitz and Madeleine M. Hill v. United States*, Fed. Cl. No. 01-404 T; *John Y. and Josephine J. Glass v. United States*, Fed. Cl. No. 01-575 T; *Morris A. and Ann M. Weiner v. United States*, Fed. Cl. No. 01-623 T; *Richard E. and Heather H. Dahlberg v. United States*, Fed. Cl. No. 01-720 T; *John J. and Linda E. Vigliotta v. United States*, Fed. Cl. No. 02-13 T; *Robert B. and Nancy L. Wood v. United States*, Fed. Cl. No. 02-56 T; *Ronald C. and Mary G. Prati v. United States*, Fed. Cl. No. 02-60 T; *Nassif J. Cannon and Gail F. Barber v. United States*, Fed. Cl. No. 02-61 T; *Lewis C. and Sonia C. Ganter v. United States*, Fed. Cl. No. 02-248 T; *Helen R. Pineo v. United States*, Fed. Cl. No. 02-401 T; *John G. and Gretchen G. Schuler v. United States*, Fed. Cl. No. 02-432 T; *Larry A. Marshall and Mary S. LeMieux Marshall v. United*

representative case or cases and to request a suspension of proceedings in the remaining cases. A copy of the joint notice of indirectly-related cases in *Ronald C. and Mary G. Prati v. United States*, Fed. Cl. No. 02-60 T, is attached to this motion as Exhibit A.

2. On January 8, 9, and 10, 2003, the parties filed a joint notice of representative cases in the cases referred to in footnote 1 identifying the following as representative cases:

*Robert J. Isler and Susan L. Isler v. United States,* Fed. Cl. No. 01-344 T

*Jeffrey T. Scuteri v. United States,* Fed. Cl. No. 01-358 T

*Ronald C. Prati and Mary G. Prati v. United States,* Fed. Cl. No. 02-60 T

The notice was also filed in the following cases in which complaints were filed with the Court between October 11, 2002, and January 10, 2003: *Velusami and Purani A. Arumugam v. United States,* Fed. Cl. No. 02-1395 T; *Charanjit Singh Dhillon and Mandy K. Dhillon,* Fed. Cl. No. 02-1477 T; *Stanley C. and Ruth A. Sperling v. United States*, Fed. Cl. No. 02-1523 T; and *Gordon W. and Elizabeth K. Ludwig v. United State*s, Fed. Cl. No. 02-1730 T. A copy of the joint notice of representative cases in *Prati* is attached to this motion as Exhibit B.

3. The joint notice of representative cases requested that the Court suspend proceedings in the cases that were not selected as representative cases. Orders were entered in these cases directing the suspension of proceedings pending a final decision in the representative cases.[2]

---

*States*, Fed. Cl. No. 02-474 T; *Richard J. and Barclay L. Bolen v. United States,* Fed. Cl. No. 02-696 T; *E. Lisk Wyckoff, Jr. v. United States,* Fed. Cl. No. 02-772 T; *Lloyd T. and Mary Ann Whitaker v. United States*, Fed. Cl. No. 02-795 T; *Carmen C. and Emily Mastropieri v. United States,* Fed. Cl. No. 02-910 T; *Mark A. and Ellen S. Koretz v. United States,* Fed. Cl. No. 02-912 T; *Thomas E. and Elinor B. Jones v. United States,* Fed. Cl. No. 02-1079 T; and *David W. and Jane H. Lewis v. United States,* Fed. Cl. No. 02-1080 T.

[2] An order suspending proceedings was also entered in each of the following cases filed after January 10, 2003: *Ira H. and Jane E. Barry, et al. v. United States,* Fed. Cl. No. 03-200 T;

*Robert and Lila T. Ehrenbard v. United States,* Fed. Cl. No. 03-1559 T; *C. Palmer and Phyllis B. Jones v. United States,* Fed. Cl. No. 03-2229 T; *Robert G. and Bernice V. Martin v. United States*, Fed. Cl. No. 03-2272 T; *William D. and Sarah M. Montgomery v. United States*, Fed. Cl. No. 03-2273 T; *Richard D. and Darline Johnson v. United States*, Fed. Cl. No. 03-2339 T; *Robert H. and Joan C. Donaldson v. United States,* Fed. Cl. No. 03-2875 T; *Tommy V. and Jacqueline L. Clinton v. United States,* Fed. Cl. No. 04-0116 T; *Charles N. and Lynne K. D'Huyvetter v. United States*, Fed. Cl. No. 04-0117 T; *Elise R. Goldman, Individually and Elise R. Goldman, Independent Executrix of the Estate of Morton J. Goldman v. United States*, Fed. Cl. No. 04-0123 T; *Richard F. and Joan D. Hatton v. United States,* Fed. Cl. No. 04-0127 T; *J. Drayton and Fernanda Hastie v. United States,* Fed. Cl. No. 04-291 T; *H. Dean Cox et. al. v. United States*, Fed. Cl. No. 04-709 T; *Jesse W. and Patricia M. Crocker v. United States*, Fed. Cl. No. 04-903 T; *Stanley J. and Arvilla B. Johnson v. United States*, Fed. Cl. No. 04-908 T; *Larry E. and Peggy A. Tanner v. United States,* Fed. Cl. No. 04-1066 T; *Robert J. and Evelyn M. Davison v. United States,* Fed. Cl. No. 04-1112 T; *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 04-1160 T; *Jonathan D. Penni v. United States*, Fed. Cl. No. 04-1161 T; *Donald A. and Barbara J. Lyon v. United States*, Fed. Cl. No. 04-1324 T; *Charles M. and Harriett A. Schnepp v. United States,* Fed. Cl. No. 04-1709 T; *Gene E. and Kathy V. Huebner v. United States,* Fed. Cl. No. 04-1742 T; *William H. and Ruby G. Schell v. United States,* Fed. Cl. No. 04-1743 T; *Scott A. and Karen A. Malouf v. United States*, Fed. Cl. No. 04-1744 T; *Hugh J. and Irene F. McMenamin v. United States,* Fed. Cl. No. 04-1745 T; *John Farneti, Jr. and Jerry A. Farneti v. United States*, Fed. Cl. No. 04-1760 T; *Kenneth L. and Jennifer H. Kraemer v. United States,* Fed. Cl. No. 04-1761 T; *Bill G. and Katherine Chapman v. United States,* Fed. Cl. No. 04-1762 T; *Paul G. and Elaine S. Marks v. United States*, Fed. Cl. No. 04-1763 T; *Jerome J. and Velma T. Ungs v. United States*, Fed. Cl. No. 04-1764 T; *Michael D. and Nancy E. Henderson v. United States*, Fed. Cl. No. 04-1765 T; *William H. Horsley v. United States,* Fed. Cl. No. 04-1766 T; *H. Doug and Mary Rutherford v. United States,* Fed. Cl. No. 04-1767 T; *George O. McDaniel, Jr. and Margaret M. McDaniel v. United States,* Fed. Cl. No. 04-1788 T; *Joseph F. Penni, Executor for the Estate of Samuel L. Penni v. United States*, Fed. Cl. No. 04-1818 T; *James J. and Dorothy M. Prendergast v. United States*, Fed. Cl. No. 04-1819 T; *Robert E. and Jean L. Geurkink v. United States,* Fed. Cl. No. 05-24 T; *William C. and Patricia W. Sadd v. United States*, Fed. Cl. No. 05-25 T; *G. Dale and Loretta A. Whittington v. United States*, Fed. Cl. No. 05-220 T; *Charles H. and Kay A. Johnson v. United States,* Fed. Cl. No. 05-221 T; *Thomas C. and Lucy Hall v. United States,* Fed. Cl. No. 05-222 T; *Curtis L. and Doris W. Ivey v. United States*, Fed. Cl. No. 05-223 T; *Martin J. Kirwan v. United States,* Fed. Cl. No. 05-489 T; *Edward H. and Billie F. Miller, et al. v. United States*, Fed. Cl. No. 05-508 T; *Walter S. and Patricia J. Roberts v. United States*, Fed. Cl. No. 05-564 T; *James H. Hubbell v. United States*, Fed. Cl. No. 05-565 T; *Purani and Velusani Arumugam v. United States,* Fed. Cl. No. 05-627 T; *John E. and Anne R. Kettle v. United States,* Fed. Cl. No. 04-683 T (and case consolidated therewith, *George W. Plowman, Individually and as Personal Representative of the Estate of Elizabeth Plowman v. United States*, Fed. Cl. No. 05-695 T); *John Y. and J. Jean Glass v. United States,* Fed. Cl. No. 05-696 T; *Elwood J. and Janice L. LeBlanc v. United States,* Fed. Cl. No. 05-743 T; *James P. Hackett, III and MarySue Hackett v. United States,* Fed. Cl. No. 05-758 T; *Gerald and Kathy*

4. On July 30, 2003, the Court selected *John F. and Pamela F. Hinck v. United States,* Fed. Cl. No. 03-865 T, which had been filed with the Court on April 30, 2003, as an additional representative case. On September 14, 2004, the Court heard oral argument, and, pursuant to an opinion issued February 3, 2005, this Court dismissed the complaint in *Hinck.* The plaintiffs filed a notice of appeal on March 17, 2005. The appeal was docketed in the United States Court of Appeals for the Federal Circuit on March 24, 2005 (Docket No. 05-5099) and remains pending.

5. On October 8, 2004, the Court heard oral argument in *Isler, Scuteri,* and *Prati*.

6. On November 23, 2004, the plaintiffs in *Isler* served a supplemental brief ["Plaintiffs' Notice of Recent Authority"] concerning the Fifth Circuit's recent decision in the related case of *Weiner v. United States,* 389 F.3d 152 (5th Cir. 2004). Defendant served its response on January 5, 2005. In addition, on December 12, 2005, the United States filed an additional motion for partial dismissal in *Isler*.

7. The Court also selected the following additional cases as representative cases: *Kenneth C. Keener v. United States*, Fed. Cl. No. 03-3028 T; *William P. Smith, Jr. and Anne D. Smith v. United States,* Fed. Cl. No. 04-907 T; and *Donald L. and Bettye G. Dismore v. United States*, Fed. Cl. No. 04-1787 T.

---

*Meunier v. United States,* Fed. Cl. No. 05-880 T; *Donald L. Six, Jr. and Mary M. Six v. United States*, Fed. Cl. No. 05-908 T; *William K. And Shirley J. Durr v. United States*, Fed. Cl. No. 05-932 T; *John B. and Georgene T. Morris v. United States,* Fed. Cl. No. 05-933 T; *Robert L. and Joan R. Gilbertson v. United States,* Fed. Cl. No. 05-934 T; *Donald M. Ettelson and Mary Ann Ettelson v. United States,* Fed. Cl. No.05-1004 T; *Louis A. Mitchell and Carol J. Mitchell v. United States,* Fed. Cl. No. 05-1074 T; *Mark K. Glasser and Carol J. Glasser (and Robert Q. Lewis and Susan A. Lewis) v. United States,* Fed. Cl. No. 05-1141 T; *W. Keith and Margaret E. Oehlschlager v. United States,* Fed. Cl. No. 05-1144 T; *Robert E. and Jean L. Geurkink v. United States,* Fed. Cl. No. 05-1145 T.

8. The United States filed a motion to dismiss in *Keener* and *Smith* on November 4, 2005.

9. In *Dismore*, the United States filed a motion to dismiss one of plaintiffs' two claims on January 6, 2006.

10. Since the above-captioned case presents the same issues of fact and law as *Isler*, *Scuteri*, *Keener*, and *Smith* (four of the seven representative cases), the parties request that proceedings be suspended pending a final decision in *Isler*, *Scuteri*, *Keener*, and *Smith*.

11. Plaintiffs' attorney has authorized defendant's attorney to sign this motion on his behalf.

Respectfully submitted,

1/20/2006
Date

s/Thomas E. Redding by s/Bart D. Jeffress
THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

1/20/2006
Date

s/Bart D. Jeffress
BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

1/20/2006 s/David Gustafson
Date Of Counsel

Attorneys for Defendant

# In the United States Court of Federal Claims

No. 05-1225T
(Filed: January 23, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *
BILL G. CHAPMAN and
KATHERINE CHAPMAN,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is the parties' January 20, 2006 joint motion for suspension of proceedings pending a final decision in four related cases. The motion is granted. Defendant is directed to file a status report notifying the court of any dispositive action in any of the representative cases.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-761 T

(Judge Victor J. Wolski)

STEPHEN N. VALLARI and BARBARA D. VALLARI,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT MOTION FOR SUSPENSION OF PROCEEDINGS AND TRANSFER TO THE HONORABLE LAWRENCE J. BLOCK

The parties, through their attorneys, respectfully request that proceedings be suspended in the above-captioned case and this case be transferred to the Honorable Lawrence J. Block. This case is an AMCOR case that presents issues of fact and law in common with the following other AMCOR cases: *Robert J. Isler and Susan L. Isler v. United States*, Fed. Cl. No. 01-344 T, *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 01-358 T, *Ronald C. Prati and Mary G. Prati v. United States*, Fed. Cl. No. 02-60 T, *Kenneth C. Keener v. United States*, Fed. Cl. No. 03-2028 T, *William P. Smith, Jr. and Anne D. Smith v. United States*, Fed. Cl. No. 04-907 T, and *John F. and Pamela F. Hinck v. United States*, Fed. Cl. No. 03-865 T. Accordingly, the parties request that proceedings be suspended pending a final decision in *Isler*, *Scuteri*, *Prati*, *Keener*, and *Smith*, and final appellate action in *Hinck*.

On March 29, 2006, the parties' counsel filed a joint motion for transfer to a single judge of most pending and all future filed AMCOR partnership cases. *See Wood et. al. v. U.S.*, Fed.

Cl. No. 02-56 T, Mot. [Doc. #24]. Subsequently, many AMCOR cases, including *Isler*, *Scuteri*, and *Prati* were transferred to Judge Lawrence J. Block. In addition, there is currently a procedure in place for newly filed AMCOR complaints under which plaintiffs' counsel notifies the clerk's office that the new case is an AMCOR case, and the clerk's office assigns the case to Judge Block. This procedure has worked well, except for a few cases that were misassigned.

Plaintiffs' attorney has authorized defendant's attorney to sign this motion on his behalf.

WHEREFORE, the parties respectfully request that proceedings be suspended in the above-captioned case and that the case be transferred to Judge Lawrence J. Block.

Respectfully submitted,

12/28/2006
Date

s/Thomas E. Redding by s/Bart D. Jeffress

THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

12/28/2006
Date

s/Bart D. Jeffress

BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON

Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

12/28/2006 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant