IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-60 T
Judge Lawrence J. Block

RONALD C. PRATI and MARY G. PRATI,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION FOR LEAVE TO FILE ATTACHED RESPONSE
TO PLAINTIFFS' REPLY [DOC. #91-2]

On May 19, 2008, plaintiffs sought leave of the Court to file a Reply [Doc. #91-2] to our Response [Doc. #90] to plaintiffs' Motion for Reconsideration [Doc. #89]. Plaintiffs' Motion for Leave [Doc. #91] remains pending. Plaintiffs' proffered Reply [Doc. #91-2] claims that we have taken a position in our Response [Doc. #90] that contradicts our prior representations to the Court. To respond to plaintiffs' incorrect claim, we move for leave to file the attached response, in the event the Court grants plaintiffs' motion for leave.

Respectfully submitted,

s/Bart D. Jeffress

BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

May 21, 2008