# In the United States Court of Federal Claims

**No. 02-60 T**
**July 31, 2008**

**RONALD C. & MARY G. PRATI,**

***Plaintiffs,***

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant.***

## ORDER ADDRESSING MOTION FOR CLARIFICATION

On July 1, 2008, the Court issued an Order and Opinion denying Plaintiffs' Motion for Reconsideration. Unfortunately, footnote 4, which listed the cases in which judgment was to be vacated, was inadvertently dropped from the final opinion. This footnote ordered the Clerk to vacate 15 cases, including Cannon, Nassif, Jr. (02-61) and Wycoff, E. Lisk, Jr. (02-772), but not Dhillon, Charanjit (02-1477) or Johnson, Stanley (04-908). Footnote 3 listed the cases in which the Plaintiffs' had filed motions to vacate, which included *Dhillon* (02-1477) and *Johnson* (04-908), but not *Cannon* (02-61) and *Wycoff* (02-772). As a direct result of the omission of footnote 4, the four cases were treated incorrectly: instead of vacating judgment in *Cannon* (02-61) and *Wycoff* (02-772), the Clerk has vacated judgment in *Dhillon* (02-1477) and *Johnson* (04-908). Subsequently, on July 28, 2008, plaintiffs filed a motion for clarification of the Court's July 1, 2008 Order and Opinion.

In consideration of the above, plaintiffs' motion for clarification is GRANTED. Accordingly, the Court this date files an Amended Order and Opinion *containing footnote 4*. Additionally, the Clerk shall take action consistent with the Amended Order and Opinion filed this date, specifically, to vacate the judgments in *Cannon* (02-61) and *Wycoff* (02-772), and to reinstate the judgments in *Dhillon* (02-1477) and *Johnson* (04-908). Additionally, plaintiffs' counsel shall still show cause by August 4, 2008, why the decisions in *Dhillon* (02-1477) and *Johnson* (04-908) should be vacated, to which show-cause brief defendant's counsel shall respond by August 18, 2008.

IT IS SO ORDERED.

s/ *Lawrence J. Block*

Lawrence J. Block
Judge