IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-60 T
Judge Lawrence J. Block

---

RONALD C. PRATI and MARY G. PRATI,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

RESPONSE TO PLAINTIFFS' SHOW CAUSE BRIEF

---

On July 31, 2008, the Court reiterated its order that, by August 4, 2008, plaintiffs show cause to vacate the decisions in *Dhillon*, Fed. Cl. No. 02-1477 and *Johnson*, Fed. Cl. No. 04-908, and that, by August 18, 2008, defendant respond. *See Amended Order and Opinion* [Doc. #98] at 9. On August, 4, 2008, plaintiffs filed a Response [Doc. #99], conceding that there is no reason to vacate the decisions, because no claims survive the Court's prior opinions [Docs. ##87, 95, 98]. Accordingly, the Court should not vacate the decisions in *Dhillon* and *Johnson*.

Respectfully submitted,

s/Bart D. Jeffress

BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

NATHAN J. HOCHMAN
*Assistant Attorney General*
STEVEN I. FRAHM
*Acting Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

August 18, 2008